MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN D. CLOPPER*
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Tel.: (212) 637-2716
Fax: (212) 637-0033
\* Authorized to represent the United States in this District.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YEMISI AKINYEMI,                                :
                Plaintiff,      :
                              :   ECF CASE
        v.                            :
                              :   07 CV 4048 (CM) (AJP)
MICHAEL CHERTOFF, SECRETARY,     :
DEPARTMENT OF HOMELAND              :
SECURITY, et al.,                                :
                              :   NOTICE OF APPEARANCE
                Defendants.   :
                              :
---------------------------------------------------------------x

       To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for MICHAEL CHERTOFF,

SECRETARY, DEPARTMENT OF HOMELAND SECURITY and THE DEPARTMENT OF

HOMELAND SECURITY.

       I certify that I am authorized to represent the United States in this District.


Dated:  New York, New York
         July 6, 2007


                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York

                    By:      /s/ John D. Clopper

- 2 -

JOHN D. CLOPPER*
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2716
Facsimile: (212) 637-0033
Email: john.clopper@usdoj.gov
* Authorized to represent the United States in this District.