UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Yemisi Akinyemi,

                Plaintiff(s),                    07 Civ. 4048 (CM) (AJP)

-against-                               ORDER OF REFERENCE
                                                        TO A MAGISTRATE JUDGE
Michael Chertoff, Secretary,
Department of Homeland Security,

                Defendant(s).

------------------------------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ✓ General Pretrial (includes ~~scheduling~~, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | _____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: 7/19/07
New York, New York

SO ORDERED

/s/ Colleen McMahon
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/07