UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

YEMISI AKINYEMI, :

          Plaintiff, :

    -against- :

MICHAEL CHERTOFF, Secretary, Department of :
Homeland Security,
           :
          Defendant.
           :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

07 Civ. 4048 (CM) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a conference is scheduled for August 9, 2007 at 3:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
           July 27, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Kenechukwu Chudi Okoli, Esq.
                              John Dalton Clopper, Esq.
                              Judge Colleen McMahon

C:\ORD\Order Scheduling Status Conference