UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

YEMISI AKINYEMI, :

           Plaintiff, : 07 Civ. 4048 (CM) (AJP)

      -against- : ORDER RESCHEDULING
                                           STATUS CONFERENCE
MICHAEL CHERTOFF, SECRETARY, :
DEPARTMENT OF HOMELAND SECURITY,
                                      :
          Defendant.
                                      :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

The status conference originally scheduled for 10:00 a.m. on Tuesday, September 25, 2007 is rescheduled to <u>11:30 a.m.</u> on the same date.

SO ORDERED.

DATED:    New York, New York
              September 20, 2007

                                            **Andrew J. Peck**
                                            United States Magistrate Judge

Copies **by fax & ECF** to:    Kenechukwu Chudi Okoli, Esq.
                                          John Dalton Clopper, Esq.
                                          Judge Colleen McMahon

C:\ORD\