MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

YEMISI AKINYEMI,

          Plaintiff,

     v.

MICHAEL CHERTOFF, SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY,

          Defendant.
-------------------------------------------------------X

07 Civ. 4048 (GM) (AJP)

PRIVACY ACT ORDER

     WHEREAS, plaintiff has brought the instant employment discrimination action;

     WHEREAS, pursuant to Rule 26 of the Federal Rules of Civil Procedure, defendants are prepared to make disclosures of documents and information that may be protected by the Privacy Act of 1974, 5 U.S.C. § 552a ("Privacy Act"); and

     WHEREAS, it appears that the disclosure of such documents and information is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith;

IT IS HEREBY ORDERED, that

1. Any objection to the production and use of such documents and information on the ground that they are protected by the Privacy Act is overruled.

2. This Order is without prejudice to any other objections the parties may have to producing or using such documents and information.

Dated: New York, New York
October 2, 2007

_____
THE HONORABLE ANDREW J. PECK
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

The parties to this action consent to the entry of this Order.

_____
K.C. Okoli, Esq.
330 7th Avenue
15th Floor
New York, NY 10001
Attorney for Plaintiff

**BY FAX**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2822

Page 2 of 2