UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YEMISI AKINYEMI,                                :

                    Plaintiff,               :              07 Civ. 4048 (AJP)

          -against-                          :        ORDER FOR SETTLEMENT CONFERENCE

MICHAEL CHERTOFF, Secretary, Department      :
of Homeland Security,

                                             :

                    Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        A settlement conference is scheduled for December 7, 2007 at 10:00 a.m.

before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.  Counsel

attending the conference must have full settlement authority and their client(s) must be present

at the conference, as must a representative of the client's insurance company where the

decision to settle and/or amount of settlement must be approved by the insurance company.

        On or before December 4, 2007, counsel shall provide a confidential settlement

memorandum to my chambers.  The memorandum shall not be filed with the Clerk of the

Court nor provided to opposing counsel.  The memorandum should explain the factual and

legal background of the case as it impacts on settlement negotiations; the status of prior

settlement discussions between the parties, if any; and the party's settlement proposal (range).

C:\ORD\

2

The latter should be the realistic settlement range of that party, not just the party's "opening bid." The settlement range in the settlement memorandum will be kept confidential by me and not disclosed to opposing counsel. I strongly suggest that the settlement memorandum not exceed 15 pages (counsel may file a longer memorandum without leave of court if counsel truly believes it is necessary; however, any memorandum in excess of 15 pages must be filed two weeks before the conference).

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         November 5, 2007

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to:   Kenechukwu Chudi Okoli, Esq.
                              John Dalton Clopper, Esq.

C:\ORD\