# LAW OFFICES OF K.C. OKOLI, P.C.
330 SEVENTH AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10001
(212) 564-8152

TELECOPIER (212) 268-3443

November 5, 2007

**MEMO ENDORSED**

*[Handwritten endorsement: Copy of today's order with settlement conference adjourned to 12/7 at 2 PM]*

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

**BY FAX**

VIA FAX ONLY
Honorable Andrew J. Peck
United States Magistrate Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Akinyemi v. Chertoff*, 07 CV 4048 (SHS)(AJP)

Dear Judge Peck:

I regret to inform you that I have a calendar conflict at 10:00 a.m., on December 7, 2007, and hereby request that the time, but not the date, of the settlement conference scheduled in the above-entitled matter be changed.

At a conference held on June 6, 2007, an order was entered in <u>Deronette v. City of New York</u>, (EDNY), scheduling a status conference for **10.00 a.m. on December 7, 2007**. Unfortunately for me, because I did not have my calendar at this morning's conference I agreed to a conference <u>for the same time and date</u> in this action.

Would the court kindly change the time for the conference in this action from 10:00 a.m. to 12 noon, of the same day, or some other time that is convenient, to enable me participate in both conferences.

Respectfully,

K.C. Okoli
(KO-7222)

cc:  John D. Clopper
     Assistant United States Attorney (Via Fax)

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** November 5, 2007                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Kenechukwu Chudi Okoli, Esq. | 212-268-3443 |
| John Dalton Clopper, Esq. | 212-637-0033 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 11/5/07**

Settlement conf. rescheduled at plaintiff's request to **12/7 at 2 PM**.