

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 27, 2007

RECEIVED
NOV 28 2007
CHAMBERS OF
ANDREW J. PECK

**BY HAND**
The Honorable Andrew J. Peck
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

     Re:   *Akinyemi v. Chertoff*, 07 Civ. 4048 (AJP)

Dear Judge Peck:

     I write respectfully to request that the Court adjourn the settlement conference currently scheduled for December 7, 2007 in the above-referenced case. Based on preliminary discussions with counsel, the Government does not believe that a settlement conference is likely to be beneficial at this time. In lieu of a settlement conference, the Government requests that that Court schedule a status conference in early January 2008 to discuss a briefing schedule for a motion for summary judgment by the Government. Plaintiff's counsel consents to this request. Counsel for both parties are available January 7 and 9, 2008 for a conference.

     The Government thanks the Court for its consideration of this matter.

                           Respectfully,

                           MICHAEL J. GARCIA
                           United States Attorney

By:    /s/ John Clopper
            JOHN D. CLOPPER
            Assistant United States Attorney
            Telephone: (212) 637-2716
            Facsimile: (212) 637-0033

cc:   **BY FAX**
     K.C. Okoli, Esq.
     (212) 564-8152

**MEMO ENDORSED** 11/27/07

DENIED. Let's try to settle case. If not, Summ. J. should be due 1/16/08.

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

<u>Dated</u>:   November 28, 2007                        <u>Total Number of Pages</u>:   2

| TO | FAX NUMBER |
|---|---|
| John D. Clopper, Esq. | 212-637-0033 |
| Kenechukwu Chudi Okoli, Esq. | 212-268-3443 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 11/28/07**

**DENIED.  Let's try to settle this case.  If not, SJ motion shall be due 1/16/08.**