Case 1:07-cv-04048-AJP   Document 22   Filed 01/02/2008   Page 1 of 3



**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

January 2, 2008

**BY HAND**
The Honorable Andrew J. Peck
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

    Re:   *Akinyemi v. Chertoff*, 07 Civ. 4048 (AJP)

Dear Judge Peck:

    I write respectfully to request a one-month extension of time – from January 16, 2008 to February 18, 2008 – to file the Government's motion for summary judgment in the above-referenced case. This request is necessitated by the press of other business. Specifically, counsel for the Government is litigating a CERCLA Superfund case before Judge Scheindlin that has required substantial work, including travel and document review, during the pre-holiday period. Beginning in January, the case will require the taking and defending numerous fact and expert depositions. In the week prior to January 16, 2008, I expect to have scheduled every day either a deposition or a deposition preparation session. In light of the undersigned's schedule, the Government requests an extension of time to file its summary judgment brief in this case.

    Counsel for the Government has attempted to contact plaintiff's counsel, via voicemail and email, to obtain his consent to this request, but plaintiff's counsel has not responded to the Government's inquiries.

    The Government thanks the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

**MEMO ENDORSED** 1/2/08

Extension granted
to 1/15/08. No further
extensions.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

cc: **<u>BY FAX</u>**
K.C. Okoli, Esq.
(212) 564-8152

Case 1:07-cv-04048-AJP    Document 22    Filed 01/02/2008    Page 2 of 3

cc: **<u>BY FAX</u>**
K.C. Okoli, Esq.
(212) 564-8152

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** January 2, 2008                    **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| John D. Clopper, Esq. | 212-637-0033 |
| Kenechukwu Chudi Okoli, Esq. | 212-268-3443 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 1/2/08**

Extension granted **only** to **1/25/08**. No further extensions.