MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2716
Fax: (212) 637-0033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YEMISI AKINYEMI,                            :
                Plaintiff,         :
                                    :   ECF Case
       v.                          :
                                    :   07 Civ. 4048 (AJP)
MICHAEL CHERTOFF, SECRETARY,                :
DEPARTMENT OF HOMELAND                      :   NOTICE OF MOTION
SECURITY,                                   :
                                    :
                Defendant.         :
                                    :
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of defendant's motion for summary judgment, dated January 25, 2008; defendant's statement pursuant to Local Civil Rule 56.1; dated January 25, 2008, the declaration of John D. Clopper, dated January 25, 2008, and the attachments thereto; and the declaration of Susan Mitchell, dated January 24, 2008, defendant Michael Chertoff, Secretary of the Department of Homeland Security, will move this Court, before the Honorable Andrew J. Peck, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting defendant summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's January 2, 2008 Order, opposition papers, if any, are to be served on or before February 8, 2008, and reply papers, if any, are to be served on or before February 15, 2008.

Dated: New York, New York
January 25, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

By:    /s/ John D. Clopper
           JOHN D. CLOPPER
           Assistant United States Attorney
           86 Chambers Street
           New York, New York 10007
           Telephone: (212) 637-2716
           Facsimile: (212) 637-0033
           john.clopper@usdoj.gov