# FEDERAL CAREER INTERN PROGRAM
## EMPLOYMENT AGREEMENT

The position being offered to you is under the Federal Career Intern Program and is in the Excepted Service (Schedule B). These appointments are time-limited and will not exceed 2 years (plus any approved extensions) unless a decision is made to convert you to a competitive service position at the end of the 2-year period.

**Trial Period:** Career Interns serve a trial period of 2 years. During this time, the Intern's performance, development, conduct, and general suitability for continued employment will be assessed. Employment may be terminated during this time due to work performance or conduct reasons. Interns are not required to serve an additional trial or probationary period following conversion to the Competitive Service.

**Conversion:** Appointments under the Federal Career Intern Program allow for non competitive conversion to a career or career-conditional appointment at the end of 2 years. There is no guarantee or entitlement to conversion. Conversion is contingent upon:
- successful completion of the intern program, including all training and development aspects of the program;
- certification from supervisory officials requesting conversion; and
- the availability of an appropriate position and related funding.

If you are not converted, your excepted appointment terminates. If you had previous competitive status, you may apply for reinstatement in the competitive service at no higher grade level that from which you left. However, if you were a CBP employee who held a career or career-conditional appointment when you accepted the intern position and you are not converted, you will be placed in a career or career conditional position in CBP at no lower grade or pay than the position you occupied immediately prior to acceptance of the intern position.

**Appeal Rights:** Employees who enter government service under excepted appointments are subject to less rigorous competitive requirements. Therefore, the rights accorded to these employees are less than those accorded to those serving under competitive appointments.

If you have no prior federal service and you are entitled to veteran's preference, you must complete 1 year of continuous employment in the same or similar position in order to acquire MSPB appeal rights. If you have no prior federal service and you are not entitled to veteran's preference, you must complete 2 years of continuous employment in the same or similar position, in other than a temporary appointment limited to 2 years or less, in order to acquire MSPB appeal rights

* * * * * * * * * * * * * * * * * * *

## EMPLOYMENT AGREEMENT

I have read the above conditions of employment and I voluntary accept this offer of employment under the Federal Career Intern Program.

SEWEJE-AKINYEMI, YEMISI   [Signature]   4/15/03
Printed Name (Last, First MI)   Signature   Date

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
SSN

31

Exhibit No. Gov't 1
dd 9/12/07

**FINK & CARNEY**
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018  (212) 869-1500

# FEDERAL CAREER INTERN PROGRAM
## EMPLOYMENT AGREEMENT (part 2)

**Complete this ADDITIONAL section only if you are currently a federal employee on a competitive non-temporary appointment**

Federal Career Intern Program appointments are made under Schedule B and are in the excepted service. I understand that because the position is in the excepted service, it may not be filled by a competitive appointment. I further understand that since I currently serve in a non-temporary appointment in the competitive service, my acceptance of this appointment will remove me from the competitive service as long as I occupy the excepted service position.

**Statement of Understanding**

I have read the above conditions of employment and I voluntary accept this offer of employment under the Federal Career Intern Program.

SEWEJE-AKINYEMI, YEMISI    _[signature]_    4/15/03
Printed Name (Last, First MI)    Signature    Date

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
SSN

33