1

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

3  - - - - - - - - - - - - - - - - - - - - - -x

   YEMISI AKINYEMI,                              :

4                                               :

5             Plaintiff,                         :

                                                :

6          -against-                            :

                                                :

7  MICHAEL CHERTOFF, SECRETARY                   :
   DEPARTMENT OF HOMELAND SECURITY,              :

8                                               :

              Defendant.                         :

9  - - - - - - - - - - - - - - - - - - - - - -x

10

11         DEPOSITION of YEMISI AKINYEMI, taken by

12  Defendant at the office of the U.S. Attorney, 86

13  Chambers Street, 3rd Floor, New York, New York, on

14  Wednesday, September 12, 2007, commencing at 11:55

15  o'clock a.m., before Debra DiBenedetto, a Shorthand

16  (Stenotype) Reporter and Notary Public within and for

17  the State of New York.

18

19

20

21

22

23

24

25

37

1                           Akinyemi

2      your uniform, your badge, or your professional

3      position to access secured areas while off duty?

4           A      I want to -- was I ever told?  I

5      want you to repeat that question.

6           Q      Sure, let me back up.  I first asked

7      you if you were ever told it was permissible.  I

8      believe you said no.  And then I asked were you

9      ever told it was impermissible?

10          A      Impermissible to use it?

11          Q      Yes.

12          A      Yes, if it's going to affect the

13     government image, yes.

14          Q      You were told that?

15          A      I knew that.

16          Q      Who told you that?

17          A      I knew that like from reading the

18     directives and stuff like that, so --

19          Q      I want to talk just a little bit

20     about your duties while you worked as CBP.

21                 What was your job?

22          A      While I was at CBP my job, I was

23     more of an -- as a CBP office position, but I was

24     detailed at 1100 Raymond Boulevard and my

25     responsibility was to attain clients, attend to

38

Akinyemi

1   the general public that come in for import

2   clearance, to do paperwork import clearance on

3   behalf of the import specialist, the inspection

4   part of import.

5        Q    When you say import clearance,

6   what's that?

7        A    Things, all imports coming into the

8   you United States go through the U.S. CBP Customs

9   for clearance to make sure that it meets all the

10  required regulations, paperwork, regulations to

11  check the quota, if they're within the limit and

12  guidelines of that commodity.  If it's not under

13  restriction.  If it's under restrictions, what

14  kind of restrictions, the classifications and all

15  the things.  The import specialist does all those

16  classifications, but as officer I was assigned to

17  review, to make sure it meets all those

18  requirements.

19       Q    Okay.  And as part of those job

20  responsibilities you had certain sort of

21  professional credentials and things, like you wore

22  a uniform?

23       A    Yes.

24       Q    And you carried a weapon?

39

                            Akinyemi

1

2          A      Yes.

3          Q      And you had a badge?

4          A      Yes.

5          Q      Okay.  And you had what I've heard

6    referred to as an AOA card?

7          A      Yes, I've always had an AOA card

8    even when I was with -- I have an AOA card, I

9    didn't just have an AOA card with CBP.  With my

10   previous employer which was Federal Express

11   because of my relations with the Customs I've

12   always had an AOA card.  When I changed employment

13   I just changed the name of the employer.

14         Q      And an AOA card, when I say AOA card

15   it's the initials AOA, is that correct?

16         A      Um-hum.

17         Q      What does AOA stand for?

18         A      It's the status that, an access to

19   an operations area.

20         Q      Is this the same thing or is it

21   different from what I've heard referred to as a

22   Port Authority ID?

23         A      It's not different, it's the same

24   thing.

25         Q      It's the same thing.  Okay.  So

40

1                          Akinyemi

2    aside from your uniform, your badge, your weapon,

3    your AOA card, what other sort of outward

4    manifestations of your position did you have?

5              A      My personality.

6              Q      Your personality?

7              A      Yes, which is more important.

8              Q      Of course.

9                     And so you worked on, I think you

10   said Raymond Boulevard?

11             A      Yes.

12             Q      And you would receive members of the

13   public, members of the public would come in to you

14   and have documents and questions related to import

15   matters?

16             A      Yes.

17             Q      And you would answer their questions

18   or deal with whatever issues needed to be dealt

19   with?

20             A      Yes.

21             Q      So would you say that you had a lot

22   of public contact?

23             A      I do have -- yes, I have public

24   contact and apart from also working in Raymond

25   Boulevard, based on the schedule, I work at the

41

                              Akinyemi
1
2    airport on weekends.  I work in the passenger

3    area, in immigration area, in inspection, and I

4    also worked in baggage inspection areas.

5           Q      So let's take those two separately.

6    You said you worked at the airports on the

7    weekends?

8           A      Yes.

9           Q      And what was the first type of job?

10          A      Inspection, we call it inspection.

11   Immigration inspection.

12          Q      What's that?

13          A      That is, inspection and examination,

14   you inspect non-U.S. residents and you examine

15   U.S. residents to determine their admissibility.

16          Q      Okay.  And where did this work take

17   place?

18          A      It took place in the airport in the

19   primary.

20          Q      In the primary?

21          A      Primary is considered upstairs where

22   passengers, once they get off where the jetway

23   where they're coming to get immigration clearance

24   before they're allowed access to their baggage.

25          Q      I see.  And then I think you said

42

1                          Akinyemi

2     the second weekend job that you sometimes did was

3     baggage?

4          A     Yes, depending on the assignment

5     that I'm given.

6          Q     And what kind of work was that?

7          A     Inspecting passengers' baggage,

8     luggages that they bring in, for contraband, for

9     what's not allowed.  That's what our job, and if I

10    could also put that, I also work at the warehouse.

11         Q     The warehouse?

12         A     Yes, where you examine imports that

13    are coming in, you do examinations.

14         Q     And where is the warehouse?

15         A     We have about five warehouses, we

16    had all around Newark and depending on where

17    you're assigned to work, we had an east coast

18    warehouse, we had the select warehouse, and

19    there's warehouses there.  Their consigned

20    warehouse, have individual packages are

21    consolidated to a large package and sent to a

22    broker.  I go to the warehouses to examine them

23    for any reason based on the orders that are given.

24         Q     And each of these areas I believe

25    you said first the primary area, the baggage area

43

Akinyemi

1
2      and then the warehouse, are these all secured

3      areas?

4              A      Yes, because they're internal areas.

5              Q      And so, when I say secured areas,

6      these are areas that are not accessible to the

7      members of the general public?

8              A      When you're coming in, because

9      they're just getting off the flight.

10             Q      So, would it be fair to say the only

11     members of the general public that are allowed to

12     be there are members who are coming off flights?

13     In other words, members of the general public who

14     have no official business to be there are not

15     allowed to be in that secured area?

16             A      I will not be able to know, because

17     I've seen so many people there.  I don't question

18     them why are they there.

19             Q      Okay.  Well, let's talk a bit about

20     December 5th, 2005.  What happened on the morning

21     of December 5th, 2005?

22             A      On the morning of December 5th, 2005

23     we had a call from Nigeria that my father-in-law

24     has been sick, that he passed, and my husband --

25     so, I went to work, because I had no one, my

44

Akinyemi

1  responsibility was import for the day, was three

2  officers detailed there, and we have different

3  post manned which has to be manned at all costs.

4  So I went in to work as usual and went to the

5  office of, spoke to my husband first, consoled

6  him, he started making arrangements to go to his

7  father -- I mean to his parents' home.  So I went

8  to the office and went to the supervisor's office

9  which was Mitchell Landau, to import specialist

10  supervisor, to explain to him the bereavement of

11  my family.  I explained to him what happened that

12  morning, I was the officer that was assigned to

13  stay late, because the office close at 4:30 and

14  somebody has to be there, so I explained this is

15  what happened, I'm not going to be able to stay

16  late.  I explained the situation, nobody's going

17  to do this, it's a great thing in the family, but

18  at the same time what's happening, he needs me

19  now.  He said okay, what do you think I could do?

20  What would help?

21           I said I have to leave at this time

22  I need time off, then I'll know, because of my

23  husband is leaving.  I'll not be able to wait to

24  4:30 to close, because there's not going to be

45

Akinyemi

2  anyone to take care of the kids at home.  He said

3  okay.  He gave me the excuse for an hour to leave

4  early, because I said I was going to join my

5  husband at the airport.  Meanwhile, all through

6  work I was communicating with him, just to console

7  him in such a difficult state.

8          Q     Let me back up and just ask a couple

9  follow-up questions.  Who did you receive the

10  phone call from in the morning informing you of

11  your father-in-law's death?

12          A     My brother-in-law from Nigeria.

13          Q     From Nigeria?

14          A     Yes.

15          Q     When did the call come in?

16          A     Early in the morning, about

17  5:00 a.m. or six.

18          Q     Between the time of when you heard

19  the news of the death in the family and let's say

20  going to the airport, other than speaking with

21  your husband and other than speaking with Mitchell

22  Landau, did you speak with anybody else about the

23  death in the family?

24          A     Oh, yeah, a lot of people, the

25  calls, once he told me, I called my sister, called

52

Akinyemi

1  I go through security with my husband.  He went as

2  a passenger.  I just went because I'm in that

3  environment and that is the only way I could come

4  to that environment.

5        Q    Well, I just want to ask you a bit

6  about your conversations with Mr. Slutsky and

7  Mr. McPhail and Mr. Kennedy but it may be helpful

8  to jump forward a bit to talk about what happened

9  when you and your husband went through the

10  security area at the airport.  So why don't we do

11  that.  We'll have to come back a little bit to the

12  events that led up to it, but it might be a little

13  easier for both of us.

14        When you went through security with

15  your husband, you accompanied your husband from

16  the public main terminal of the airport to the

17  gate where his plane left, is that correct?

18        A    I did not accompany my husband.  My

19  husband went through the passenger, we went to two

20  different places.  He went through the passenger

21  line because he had the carry on luggage, he had

22  everything, he went through.  I went on the side,

23  where people who work in the airport, where they

24  go through.  It's not through -- so my husband, I

53

Akinyemi

1    did not -- I did not company him through that.  He

2    went through as a passenger, went through all his

3    regular screening that needs to be done.

4         Q     So your husband went through as a

5    regular passenger and you said you went by the

6    side?

7         A     Yes.

8         Q     And is this -- do you literally

9    mean, is there a lane that goes around the

10   security area?

11        A     Yes.

12        Q     And by the security area I mean

13   where they do the metal detector?

14        A     Yes.

15        Q     And where they do the x-ray

16   machines?

17        A     Yes.

18        Q     And so you went around that in a

19   lane that was designated for people that work at

20   the airport?

21        A     It's designated for everybody.

22        Q     Okay, well, what do you mean by

23   designated for everybody?

24        A     Because everybody pass through the

25

54

                              Akinyemi

 1
 2    place.
 3         Q      But this side lane that you went
 4    through, who gets to go through there?
 5         A      Like I said, everybody, only the
 6    passengers, the people that passengers, the people
 7    that get through the side lane is people that have
 8    the Port Authority ID.
 9         Q      You need a Port Authority ID to get
10    through the side lane?
11         A      Yes.
12         Q      When you say everybody, you don't
13    mean non-ticketed passengers, meaning the general
14    public, the general public doesn't get to go
15    through that side lane?
16         A      The general public does, even if
17    they are not ticketed passenger, if they have the
18    Port Authority ID.
19         Q      The general public did that if they
20    don't have a Port Authority, doesn't --
21         A      They might.  There are jobs in
22    general public that don't have Port Authority IDs
23    that work for government agencies that come
24    through that lane even when I was working, yes.
25         Q      And these people you've seen that

55

1                          Akinyemi

2    have gone through without Port Authority IDs were

3    there on some official business?

4          A      I wouldn't know, I don't interrogate

5    them.

6          Q      Is there anybody monitoring that

7    side lane?

8          A      There's always somebody there.

9          Q      And who is there?

10          A      Depends on who's there, depends,

11    sometimes, I think they have security.

12          Q      And can the general member of the

13    public without any ID, without any badge, without

14    any uniform, simply walk through without being

15    challenged?

16          A      I would think so.

17                 MR. OKOLI:   Note my objection.

18            Go ahead and answer.

19          Q      You would think so?

20          A      Yes.

21          Q      Why would you think so?

22          A      Because it's an open place for

23    anybody to walk through.

24          Q      Have you ever seen anybody simply

25    just walk through?

56

1                          Akinyemi

2                  MR. OKOLI:  Note my objection,

3            asked and answered.

4                  But go ahead.  When he asks

5            the question, wait a little bit before

6            you start to respond.

7                  My objection is asked and

8            answered.  But go ahead and answer.

9        Q    When you walked through was there

10   anybody there checking badges or uniforms or Port

11   Authority IDs?

12       A    I wouldn't recollect if there was

13   somebody -- like I say, it's an open place.  It's

14   not a closed place.  I'm sure you've traveled a

15   couple of times, and it's an open place.  You

16   don't know who's who, everybody's just standing,

17   you don't know what they're doing.

18       Q    Did you stop and speak to anyone as

19   you were walking through?

20       A    Nobody stopped me, so I didn't stop

21   to speak to anyone.

22       Q    Did you show your badge or ID to

23   anyone?

24       A    No.

25       Q    Was your badge visible?

57

Akinyemi

1

2      A      Yes, my badge is always visible,

3  once I'm in uniform, and I'm coming from work, I

4  have it always visible, both badges for all the

5  locations that I work.  I have based on where I'm

6  working all the badges clipped together, I just

7  flip it.

8      Q      So you had -- I should go back and

9  be more specific.  You have different badges for

10  different places?

11     A      Yes.

12     Q      And then do you have like just a

13  general badge, you know, like I'm thinking of that

14  a police officer might have that just identifies

15  them as a police officer that has like a shield on

16  it or something like that, do you have that sort

17  of badge?

18     A      Yeah, that's the badge on the

19  uniform.

20     Q      That's the badge on the uniform,

21  okay.  And in addition to that, you have other

22  forms of ID like the authority Port Authority ID

23  or the AOA card, right?

24     A      Yes.

25     Q      And when you walk through the side

58

1                         Akinyemi

2      lane did you have both your badge and your Port

3      Authority ID badge visible?

4           A      Yeah.

5           Q      And you were wearing your uniform?

6           A      Yes.

7           Q      Were you carrying a weapon?

8           A      Yes.

9           Q      Was your weapon visible?

10          A      Yes.

11          Q      And I apologize if I've asked this,

12     but you said you didn't speak to anyone as you

13     walked through?

14          A      Um-hum.

15                 MR. OKOLI:  You have to

16              verbalize your answer.

17          A      You said what?

18          Q      You did not speak to anyone as you

19     walked through the side lane?

20          A      I didn't say nothing.  I just walked

21     by.

22          Q      Did you make eye contact with anyone

23     or nod at anyone?

24          A      I wouldn't recollect all these

25     details.

66

1                           Akinyemi

2          A      So my concern was seeing me, at the

3    time I'm supposed to be in a location of

4    assignment, that was my concern.

5          Q      What time did you leave work?

6          A      About three.

7          Q      And where did you go upon leaving

8    work?

9          A      Just took the train and I went on to

10   the airport.

11         Q      No stops, straight to the airport?

12         A      No stop.

13         Q      Where did you meet your husband?

14         A      At the check-in counter.

15         Q      And did your husband check in at the

16   ticket counter?

17         A      Yes.

18         Q      What airline was it?

19         A      Air France.

20         Q      And did your husband have any bags

21   with him?

22         A      Yes.

23         Q      And did he check in the bags at the

24   ticket counter?

25         A      Yes.

72

Akinyemi

1

2    Q    I think you said after you both got

3    through the security check point through different

4    avenues --

5            MR. OKOLI:  Note my objection,

6            you're mischaracterizing the witness'

7            testimony.  She didn't say both of

8            them got through security check point.

9            The husband went through the security

10           screening, she went in through the

11           same place we were discussing and they

12           met at the gate area and continued

13           their conversation.

14   Q    I'm trying to find out where it was

15   that you re-met your husband after you briefly

16   separated.

17   A    After he went through security

18   screening.

19   Q    Right after?

20   A    Yes, at the gate area.

21   Q    And then, what happened at the gate

22   area?

23   A    At the gate area, they were boarding

24   already.  The plane was already boarding, so we

25   just had the final discussions and I just went

73

1                                Akinyemi

2     back, I was going to go home.  I have to go get

3     the kids.  I'm at the same time conscious of time

4     to go pick up my kids, we just continued talking

5     the cell phone.

6                        He said Yemisi, you know, I didn't

7     give you this money, I said oh, God, come back and

8     pick it up.  I was just coming back, I just went

9     back, he came back he gave me three $50 bills, I

10    saw Greg and Alice at the gate and I said oh, hi,

11    I said, that's my husband and he give me the

12    money, I just kissed him and he left, that's it.

13         Q      When you had initially arrived at

14    the gate, was your husband questioned by CBP

15    officers?

16         A      I don't know, because once you get

17    at the gate they were boarding.  I kissed him, hug

18    him bye, and I consoled him and I left.  So I

19    don't know what happened.  Nobody questioned at

20    the gate.  As a civilian officer you don't

21    question any passenger at the gate, because at the

22    gate we don't have the authority as a security

23    officer to question anybody, we can only question

24    them at the jetway.  At the time the intention to

25    travel has --

94

1                          Akinyemi

2    years, I'm getting back to on my feet.  Because

3    when I read the letter I'm like, what did I do?

4    Did I steal?  Did I kill?  What my crime was?

5    Because I didn't call out that day, maybe I should

6    call out, because I took the job a very important

7    part of me, if I didn't go all this wouldn't have

8    happened -- there was too much going through my, I

9    couldn't really put things together, because I was

10   trying to pinpoint what I did wrong.  That was my

11   first thing, trying to figure out what was wrong,

12   what I did wrong.

13         Q     So, let's talk about the allegations

14   of discrimination.  Who do you think discriminated

15   against you?

16         A     Everybody, from the first day there

17   was discrimination, because when I got to the gate

18   as courtesy if I was not a Nigerian, if I was not

19   a black person, if I tell you as an officer that

20   this is my husband there should be no issue of

21   integrity.  Officer Hector, DCO Hector said at

22   first on his statement I thought it was an

23   integrity issue.  Why would you think integrity?

24   Because I'm a Nigerian, because I'm black.  If

25   anybody that is not of my race tell you this is my

96

Akinyemi

1    did I misunderstand that?

2         A    Yes, he said on a statement that

3    when his officers at the gate told him they saw

4    me, which was written in black and white, he said

5    I thought it was an integrity issue.  Why would he

6    think it's an integrity issue, because I'm a

7    Nigerian?  If I told you this person is my

8    husband, why would the question of integrity come

9    in -- if we saw officer Akinyemi with Joe Blow at

10   the gate, and she told us this is my husband, why

11   should the question of integrity come in, because

12   she's a Nigerian, Officer Akinyemi went further

13   before she went left the office, she told

14   Mr. Landau that she was leaving, she was there

15   based on permission, and why should we question

16   why is it Officer Akinyemi, Officer Akinyemi was

17   called to the office -- people been in service for

18   as far back as 20 years and their supervisory

19   records reflect they have been in supervisory

20   position for over ten years.  I'm not the first

21   person, they did not go through that, while they

22   have to be reminded or notified of what has to be

23   done for Officer Akinyemi, it's because I'm a

24   Nigerian.

25

117

1                            Akinyemi

2    husband.

3         Q      Everything you do they say she's a

4    Nigerian, have you ever literally heard anyone

5    say, um-hum, she's a Nigerian?

6         A      That was the 5th of December when I

7    told the Officers Jurzac and Long that it was my

8    husband.  They didn't believe it.  Officer Herter

9    said it's integrity, because I'm a Nigerian,

10   because Nigerians are profiled.  So if these other

11   people were profiled and she's one of them, oh,

12   you obviously asked me a question, did you move

13   anything through security for your husband?  Why

14   would I move something through the security for my

15   husband?  So it's a perceived notion.

16        Q      It's a perceived notion, so in other

17   words none of those individuals have ever stated

18   that they've taken any action with respect to you

19   because you were a Nigerian?

20        A      The action they took against me from

21   the proceeding from the first day of the incident

22   till the termination is taken because I'm a

23   Nigerian.

24        Q      But none of them have said so?

25        A      They would not say.  Obviously

118

1                              Akinyemi

2       implied.  It's more implied.  Things are better

3       not implied -- they will not, Officer Gluba who

4       had incidents, Officer Haq was not brought up

5       until I brought it up.  Gluba, who had incidents,

6       she's not a Nigerian, she's not a black woman and

7       there were -- she was given a union

8       representative, all the documents you need from

9       the beginning of the incident and the time was

10      giving for her case to be looked into and she was

11      a probationary officer, she got all that.  She got

12      all those privilege.  She was a provisionary

13      officer, based on investigatory report, all the

14      provisionary officers that were terminated there

15      is no black there.  The ones, if I may go further,

16      the ones that was terminated, the first two

17      provisionary, there was a felony or misdemeanor

18      charges, which obviously wouldn't have qualified

19      them for the charge.  The two that were not

20      felony, they did not only get first warning, they

21      even got second warning.  It was when they

22      maliciously ignored the warning, they were

23      reprimanded.  I was not even aware, no one even

24      brought it to my knowledge.

25               Q     So, I'm sorry, who ignored these

120

Akinyemi

1

2   other CBP officers who have gone through that side

3   lane or whatever you want to call it, while off

4   duty?

5        A    Many.  Alba Mendez, she was hired

6   the same time I was hired, the parents were going

7   to Puerto Rico, she went there and even took them

8   to the gate.

9        Q    Do you have any knowledge of those

10  individuals who did that with the knowledge of the

11  people that are responsible for making

12  disciplinary decisions?  And by this I mean

13  Ms. Haage and Ms. Mitchell?

14              MR. OKOLI:  Note my objection.

15              Go ahead and answer if you

16           understand that, and if you have the

17           information.

18       A    If I note whether Ms. Haage has the

19  knowledge, I wanted to recollect based on that

20  file, all those things when I brought it up they

21  were not aware of it.  It was when I brought it up

22  they were aware.  They were not aware of Officer

23  Haq, and I'm sure they were not aware of Officer

24  Gluba.  They said we're not aware.

25              If they were not aware of this

124

Akinyemi

1
2    things, terminating me is discriminatory.

3            Q     And has Ms. Mitchell done anything

4    else that leads you to believe that she was acting

5    out of a discriminatory intent?

6            A     I don't have no contact with her,

7    but based on what I read she had said, she asked

8    for Ms. Haage's opinion so she was acting based on

9    Ms. Haage's opinion and Ms. Haage obviously, to my

10   knowledge, doesn't have the rights and authority

11   to terminate an employee.  So she needs a

12   supervisory authority to be able to do that.  So

13   that was an opportunity to tell or for her to

14   exercise her discriminatory intent, because it's

15   already been stated that Nigerian are profiled.

16   If Nigerians are profiled, or not profiled, back

17   in my mind, am I going to separate a Nigerian or

18   go with me and Nigerian that are profiled, a

19   Nigerian is a Nigerian.

20           Q     Has anybody -- well, have any of the

21   individuals we've discussed that you've alleged

22   discriminated against you, made any statements to

23   your knowledge, about profiling Nigerians?

24           A     Yes, that are alleged that I've

25   mentioned know because they don't work on the

125

Akinyemi

1

2   floor, because so they weren't be able to have

3   access to that, but the officers that were

4   questioned, and Officer Jurzac also indicated the

5   same thing, when it comes to flights, yes, they

6   inspect Nigerians.

7        Q    Has any of the people we've

8   discussed, do you have any evidence to support the

9   notion that any profiling of Nigerians as

10  passengers also applies to Nigerians as employees?

11       A    Yes.  Because it's like I said, if

12  you profile passenger is a Nigerian, you're not

13  going to separate.  If you're going to deal with a

14  Nigerian passenger and a Nigerian employee, you're

15  going to do the same ramification of what amount

16  knowledge, what impression you have with them, so

17  you're not going to separate them, because you're

18  dealing with an entity.

19       Q    Has anyone, to your knowledge ever

20  indicated, any of the people we've discussed,

21  indicated their belief that Nigerians or black

22  people in general as employees were of lower

23  quality, deserving of harsher treatment or

24  anything of that nature?

25       A    They did not say verbally, but their

126

Akinyemi

1    implied reactions did say, because if they did not

2    say it verbally, they implied reaction by not

3    letting somebody of black origin or another

4    nationality be exposed or be given the treatment

5    that the others are given.  It's so obvious that

6    yes, what's difference this person from this

7    person if it's not who they are.  While some

8    issues been discussed and some issues not been

9    discussed, it's because of who I am, a Nigerian.

10        Q    What do you mean some issues

11   discussed and some issues not discussed?

12        A    Like Officer Haq's case, it was not

13   mentioned or discussed.  Officer Gluba's case, it

14   took forever.  It was not even handled the way

15   mine was handled.  A lot of officers had union

16   representation, which can be proven from the union

17   record, that had administrative issues, and none

18   of them was handled this way.

19        Q    Has Ms. Mitchell done anything else

20   that you can think of that reflects in your view a

21   discriminatory animus toward you?

22        A    I have not, I don't have no personal

23   contact with her.  Apart from when I meet her at

24   the -- I had my badge from her.  Terminating me is

129

Akinyemi

1
2   involved in the whole process, the whole process
3   from the first thing to the termination was
4   discriminatory.
5          Q      Can you think of anybody else
6   that --
7          A      Except the ones that you have on
8   record.
9          Q      Apart from or actually including
10  this incident, has anyone at CBP ever said
11  anything to you about your race or national
12  origin?
13         A      They wouldn't talk to me direct,
14  like I said.  As a Nigerian, and you know the
15  perception of what they have, I stood within the
16  scope of my employment, I would not give any room
17  or I would not give an arousal for suspicion or
18  for anything else or for a reason, even if it's so
19  obvious that it is done.
20         Q      I just want to go through a couple
21  of documents and I just want to talk a little bit
22  about some of these other incidents that you've
23  compared your case with.  And you've already
24  covered I think most of them, so I'm going to try
25  very hard not to be repetitive.  And I'm happy to

130

Akinyemi

1

2    mark these documents as exhibits but mostly I'm

3    just using them to refresh my recollection as to

4    what individuals we're talking about.  So far

5    we've discussed Officer Gluba.  Was there an

6    incident regarding Officer Mendez?

7          A    Yes.

8          Q    And what was that?

9          A    Officer Mendez escorted her parents

10   to the boarding gate when they were going to

11   Puerto Rico and when they were coming back, bring

12   them back that, welcomed them and she was off

13   duty.

14         Q    How do you know about this?

15         A    Everybody knows.  Ashraf Assad,

16   another officer, he knows about it.  When, if I

17   may allude a little bit to what Officer Jurzac

18   said in his statement, he said, seeing passengers

19   off is not an issue, right, he said because a lot

20   of officers do it, that was his statement.  DCO

21   Herter inside, we do not do it.  We do not have

22   jurisdiction over that territory, so who is right,

23   DCO Herter doesn't walk on the gate.  He doesn't

24   know what's happening.  We walk on the gate.  We

25   know what's happening so I see and only -- they

131

Akinyemi

1

2    only bring to the knowledge of their superiors

3    what they want them to know.  Mine was brought to

4    their knowledge because I'm a Nigerian.  Well, he

5    said it looks bizarre that a Nigerian, that's --

6         Q    I believe we've already spoken about

7    Officer Haq leaving a weapon in the restroom?

8         A    Yes.

9         Q    Is there anything else you want to

10   tell me about, what happened there and how you

11   feel that's comparable?

12        A    I'm not going to question you, but a

13   weapon is a very deadly, dangerous instrument,

14   that's supposed to be kept in a secure, we were

15   even given a safe to lock it up at home, going to

16   the bathroom, leaving a loaded weapon in the

17   public bathroom that is entered by everybody, this

18   is not a bathroom -- not even a bathroom in the

19   secure area where passengers are.  The bathroom in

20   the an open area.  Once you come to the airport, a

21   general public bathroom from anybody in the street

22   to could come in.  That's where it was left.  It

23   was treated differently.  They knew this incident

24   months, even about a year.  It was just

25   counseling, maybe the officers said don't do that

132

1                          Akinyemi

2    again or counseling, and it was done, swept under

3    the desk.  Until I brought it up.

4              Q      Did we discuss the incident with

5    Officer Murphy?

6              A      No, sir.  Pat Murphy, no.

7              Q      What was it about the incident with

8    Pat Murphy?

9              A      Officer --

10             Q      That you felt was discriminatory?

11             A      I was working by myself.  I work at

12   the seaport sometimes on the cruise vessel.

13   Officer Pat Murphy, I was on duty, he came to

14   welcome his, to pick his wife's sister up in full

15   uniform on a Saturday morning.  I say the

16   supervisor was Dominic Calise.  He asked him, Pat,

17   I didn't see your name on the schedule, are you

18   here to replace somebody?  Sometime you're

19   scheduled and the last minute you call and detail

20   another officer to replace.  He said I'm here to

21   pick up my wife's sister, she's coming in from the

22   cruise.  Officer Murphy was there.  I was there,

23   and Officer Calise was there.  He even verified

24   it, are you on duty?  He said no, in full uniform,

25   Pat Murphy.