```
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------------X
     YEMISI AKINYEMI,
 4
                              PLAINTIFF,
 5
             -against-
 6
     MICHAEL CHERTOFF, Secretary,
 7   Department of Homeland Security,

 8                            DEFENDANT.
     ------------------------------------------------X
 9             DATE:  October 29, 2007

10             TIME:  10:24 a.m.

11

12        EXAMINATION BEFORE TRIAL of the

13   Defendant, MICHAEL CHERTOFF, Secretary,

14   Department of Homeland Security, by GILBERT

15   PATRICK MURPHY, taken by the Plaintiff,

16   pursuant to Notice, held at the U.S. Attorney's

17   Office Southern District of New York, 86

18   Chambers Street, New York, New York 10007,

19   before a Notary Public of the State of New

20   York.

21

22

23

24

25
```

```
 1                         MURPHY
 2              If I ask you a question and you
 3    respond, I will assume that you fully
 4    understood the question; is that fair enough?
 5         A.    Fine.
 6         Q.    Where is your place of birth?
 7         A.    Jersey City, New Jersey.
 8         Q.    And for the record, what is your
 9    race?
10         A.    White.  Caucasian.
11         Q.    And are you currently employed?
12         A.    Yes.
13         Q.    Who is your employer?
14         A.    Department of Homeland Security.
15         Q.    Any division of the Department of
16    Homeland Security, any particular unit?
17         A.    Customs.  Customs and Border
18    Protection.
19         Q.    Thank you.
20              What's your highest level of
21    education?
22         A.    High school.
23         Q.    When did you first become employed
24    by the Customs and Border Protection, or its
25    predecessor agency?
```

```
 1                        MURPHY
 2        A.    Uh, February 26, 1971.
 3        Q.    And what was your title when you
 4   were hired?
 5        A.    Sky marshal.  Customs security
 6   officer.
 7        Q.    And what's your current title?
 8        A.    They keep changing it so often.
 9              The Department of Homeland Security
10   officer.
11        Q.    And what are your duties in your
12   current title?
13        A.    I'm the firearms instructor for
14   Newark, New Jersey.  And collateral duties
15   is -- I'm try to, to -- property control
16   officer.
17        Q.    And when you say, "property control
18   officer," what does that mean, what does it
19   entail?
20        A.    Control of high-value merchandise
21   belonging to the government.  Automobiles,
22   radios, radiation detectors, scopes, things
23   like that.
24        Q.    And does firearms instructor mean
25   what it says?
```

```
 1                        MURPHY
 2       A.    Yes.
 3       Q.    And where is your current job
 4  posting, what is your current job location?
 5       A.    1200 Corbin Street -- 1210 Corbin
 6  Street, in New -- Port Elizabeth.
 7       Q.    And that's in New Jersey?
 8       A.    That's correct.
 9       Q.    For how long have you been
10  operating out of 1210 Corbin Street?
11       A.    Ten years.
12       Q.    When did you become a Department of
13  Homeland Security officer?
14       A.    I don't know what you mean.
15             The Department of Homeland Security
16  officer, the predecessor to that was customs
17  inspector.  They were just absorbed into the
18  Department of Homeland Security after 9/11.
19  Now, it's the same position, same job, just a
20  different title.
21             Do you want Homeland Security when
22  it was created or when I had the job?
23       Q.    I was actually just following up on
24  the title that you gave.  I asked you what your
25  current title was.
```

```
                        MURPHY
 1
 2      A.    Yes.
 3      Q.    And you said Department of Homeland
 4  Security officer.
 5      A.    Yes.
 6      Q.    That is your current title?
 7      A.    That's correct.
 8      Q.    When did you start using that
 9  title?
10      A.    Okay, 2002.
11      Q.    Is there such a title, that you are
12  aware of, that is known as senior customs and
13  border protection officer?
14      A.    Not officially.
15            There were senior inspectors that
16  were absorbed into Homeland Security, they
17  still call them senior, but it no longer
18  applies.
19      Q.    Is there any title, official title,
20  that you are aware of, that is known as customs
21  and border protection officer?
22      A.    Yes.
23      Q.    And did you ever occupy that title?
24      A.    Yes.
25      Q.    For what time period were you in
```

```
 1                    MURPHY
 2   that title?
 3        A.   2001, 2002.
 4        Q.   Did you ever use the title senior
 5   customs and border protection officer at any
 6   time?
 7        A.   Yes.
 8        Q.   For what time period did you use
 9   that title?
10        A.   2001, 2002.
11        Q.   2001, 2002?
12        A.   That's correct.
13        Q.   In the year 2005, what title did
14   you use?
15        A.   Department of Homeland Security
16   officer.
17        Q.   And what grade level title is that?
18        A.   GS 11.
19        Q.   Are you still a GS 11?
20        A.   Yes.
21        Q.   Who is your current supervisor?
22        A.   Deputy Edward Fox.
23        Q.   For how long has Deputy Fox been
24   your supervisor?
25        A.   Two years.
```

                                                                    11

```
 1                          MURPHY
 2         Q.    That would be starting from what
 3   year?
 4         A.    2005.
 5         Q.    Do you remember what month in 2005?
 6         A.    No, I don't.
 7         Q.    Was it fall, summer --
 8         A.    In fall.
 9         Q.    Prior to Deputy Fox, who was your
10   supervisor?
11         A.    Uh, Deputy Robert Oscard,
12   O-S-C-A-R-D.
13         Q.    And do you know for what time
14   period Deputy Oscard was your supervisor?
15         A.    Well, eight years prior to 2001, so
16   '93, '94.
17         Q.    From '93 -- from are you saying --
18         A.    1993 to 2001 or 2002, whenever I
19   went to work for Mr. Fox.
20         Q.    Okay, let me just clear this up.
21               Is it 1992, 1993?
22         A.    '93, '94, in there.
23         Q.    Okay, between '93 and '94, you
24   started working for Oscard?
25         A.    That's correct.
```

```
 1                          MURPHY
 2        Q.    And you continued working for
 3   him --
 4        A.    Until Mr. Fox took over for him?
 5        Q.    And I believe you testified that
 6   you worked for Mr. Fox in 2005?
 7        A.    Okay, that would be it then.  Yeah.
 8        Q.    I just wanted to be sure that
 9   there's nobody in between Oscard and Fox.
10        A.    No.
11        Q.    Do you know Yemisi Akinyemi --
12        A.    Yes.
13        Q.    -- the plaintiff in this case?
14        A.    Yes.
15        Q.    How did you come to know her?
16        A.    On the gun range and her office was
17   across the hall from the gun range in 1100
18   Raymond Boulevard.
19        Q.    Have you ever been assigned to work
20   out of any of the airports?
21        A.    No.
22        Q.    Do you know where Cape Liberty
23   customs is located?
24        A.    Yes.
25        Q.    Where is it located?
```

13

```
                          MURPHY
 1
 2        A.    Bayonne, New Jersey, the old MOTB
 3   center.
 4        Q.    Sorry?
 5        A.    Bayonne, New Jersey.  It was a
 6   military base in Bayonne.
 7              Military Ocean Terminal of Bayonne
 8   is called MOTB.
 9        Q.    Have you ever been to the Liberty
10   Cruise terminal?
11        A.    Yes.
12        Q.    How often have you been there?
13              MR. CLOPPER:  Objection.  Compound.
14        Q.    Have you been there more than one
15   occasion?
16        A.    Yes.
17        Q.    Have you been there this year?
18        A.    No.
19        Q.    Were you there in 2006?
20        A.    No.
21        Q.    Were you there in 2005?
22        A.    Yes.
23        Q.    What was the occasion for your
24   being there in 2005?
25        A.    To clear passengers coming off a
```

```
 1                      MURPHY
 2    cruise ship.
 3         Q.    To clear passengers coming off a
 4    cruise ship?
 5         A.    That's correct.
 6         Q.    Who assigned you to clear
 7    passengers coming off a cruise ship when you
 8    went there?
 9         A.    Mr. Oscard's office.
10         Q.    Do you recall whether this occasion
11    was fall, summer or something else?
12         A.    Mostly the cruise ships come in in
13    the summer, from say May to October.
14         Q.    Do you know who Dominic Calise is?
15         A.    Yes.
16         Q.    On the day that you went to clear
17    passengers, did you see Dominic Calise at the
18    location?
19         A.    I don't know which day you are
20    speaking of.
21               We would go there maybe two or
22    three times a month.  It's not that I went
23    there once.  And each time you would go, it
24    would be a different supervisor.  Calise is a
25    grade 12 supervisor.
```

```
 1                         MURPHY
 2         Q.    So, how many times would you say
 3   that you went to clear passengers at the Cape
 4   Liberty Cruise Terminal in the summer of 2005?
 5         A.    Okay, June, July, August,
 6   September.  Three times a month for the six
 7   months.  Eighteen.
 8         Q.    About eighteen times?
 9         A.    Yes.
10               Approximately.
11         Q.    And on the occasions when you went
12   to clear passengers, were you in uniform?
13         A.    Yes.
14         Q.    Did you ever go to the cruise
15   terminal on the days that you were not on duty?
16         A.    No.
17         Q.    In the summer of 2005, did you ever
18   pick up any passenger from the cruise terminal?
19         A.    Pick up, as such?
20               MR. CLOPPER:  Objection.
21               Vague and ambiguous.
22               MR. OKOLI:  Okay.
23               MR. CLOPPER:  Go ahead.
24         Q.    Do you recall whether in the summer
25   of 2005 any relation of yours traveled on a
```

```
 1                        MURPHY
 2   cruise ship?
 3        A.   Yes.
 4        Q.   And who would that be?
 5        A.   My brother's widow, Eunice Murphy.
 6        Q.   Do you recall whether on any of the
 7   occasions that you were present at the Liberty
 8   Cruise Terminal whether Eunice Murphy came back
 9   from a cruise?
10        A.   Yes.
11        Q.   Do you remember whether on any of
12   the other occasions that you went to the Cape
13   Liberty Cruise Terminal you ever saw Yemisi
14   Akinyemi at that location?
15        A.   Yes.
16        Q.   Do you recall how many times it was
17   that you saw Yemisi Akinyemi at the Cape
18   Liberty Cruise Terminal?
19        A.   No, I don't.
20        Q.   Do you recall ever seeing Yemisi
21   Akinyemi at the Liberty Cruise Terminal at the
22   same time that Dominic Calise was at that
23   location?
24        A.   I don't recall.
25        Q.   Do you recall ever having a
```

```
 1                    MURPHY
 2   conversation with Dominic Calise in which he
 3   indicated that he did not see your name on the
 4   roster for the day and asked what you were
 5   there for?
 6        A.   No.
 7        Q.   On the day that you Eunice Murphy
 8   returned from a cruise, were you on duty on
 9   that day?
10        A.   Yes.
11        Q.   Have you ever been to the Cape
12   Liberty Cruise Terminal in uniform on a day you
13   were not on duty?
14        A.   No.
15        Q.   Has anyone at customs CBP -- I will
16   use CBP for short.
17        A.   Yes.
18        Q.   Has anyone at CBP from 2005 to the
19   present time that you are sitting here before
20   me, has anyone from CBP questioned you
21   concerning whether or not you have been at Cape
22   Liberty Cruise Terminal in the summer of 2005
23   when you were not on duty?
24        A.   No.
25        Q.   Just to be clear, is it your
```