```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     YEMISI AKINYEMI,
 4
                              PLAINTIFF,
 5                            07-CV-4048(CM)(AJP)

 6         -against-

 7   MICHAEL CHERTOFF, SECRETARY,
     DEPARTMENT OF HOMELAND
 8   SECURITY,

 9                         DEFENDANTS.
     ------------------------------------------X
10                  DATE: October 31, 2007

11                  TIME: 10:32 a.m.

12

13         EXAMINATION BEFORE TRIAL of the

14   Defendants, by a witness, JOLANTA GLUBA, taken

15   by the Plaintiff, pursuant to a Notice, held at

16   the offices of United States Attorney's Office,

17   Southern District of New York, 86 Chambers

18   Street, New York, New York 10007, before Helen

19   Shum, a Notary Public of the State of New York.

20

21

22

23

24

25
```

```
 1                        J. GLUBA
 2         A.    Warsaw, Poland.
 3         Q.    Just for the record, what's your
 4   race?
 5         A.    White.
 6         Q.    Who's your employer?
 7         A.    Customs and Border Protection.
 8         Q.    What's your highest education level
 9   attainment?
10         A.    I have a graduate degree, master's.
11         Q.    When did you obtain that master's
12   degree?
13         A.    I obtained it -- I graduated June
14   of '07.
15         Q.    I take it then that you have a
16   bachelor's degree?
17         A.    I have a bachelor's degree.
18         Q.    When did you graduate with your
19   bachelor's degree?
20         A.    January of '04.
21         Q.    When did you first become employed
22   by the Customs and Border Protection?
23         A.    March 2002.
24         Q.    When you became employed, what was
25   your title?
```

6

1              J. GLUBA
2       A.   Officer in training, COOP Program.
3       Q.   Officer in training?
4       A.   Yes, officer in training.
5       Q.   When you first became an employee
6  for the CBP, I'll call it CBP for short, were
7  you required to complete a probationary period
8  as part of your requirement?
9       A.   Yes.
10      Q.   How many months or years of
11 probation were you required to complete?
12      A.   Two years.
13      Q.   When did your probation begin?
14      A.   March of 2002.
15      Q.   When did it end?
16      A.   March of 2004, but I was also -- I
17 was promoted to officer at that time.
18      Q.   When were you promoted to officer?
19      A.   March 18th of 2004.
20      Q.   What's your current job title?
21      A.   Officer, CBP officer.
22      Q.   So is it fair to say from March 18,
23 2004 till the present time your title has been
24 CBP officer?
25      A.   Yes.

```
 1                          J. GLUBA
 2          A.     January 2, 2005.
 3          Q.     Where did that occur?
 4          A.     Exam belt, Terminal C.
 5          Q.     Terminal Six?
 6          A.     C, C like Charlie.
 7          Q.     Where is that located when you say
 8   exam belt, Terminal C?  Where is that located?
 9          A.     In the FIS area.
10          Q.     Is it at an airport?
11          A.     At the airport.
12          Q.     Which airport?
13          A.     Newark Liberty International
14   Airport.
15          Q.     Could you describe the incident as
16   it occurred as you remember it?
17          A.     Okay.  I had a passenger that was
18   referred to me from the control point and
19   passenger was referred to secondary.  As he
20   approached secondary, he was shouting.  As the
21   passenger approached secondary, I asked the
22   passenger routine custom questions, asked
23   passenger to put his bag on the exam belt, and
24   as I further proceeded to do my queries, upon
25   the queries, I was instructed to -- I was
```

```
 1                    J. GLUBA
 2       Q.    Who's your current supervisor?
 3       A.    Supervisor Steven Troman.
 4       Q.    Steven with a V or with a P?
 5       A.    V.
 6       Q.    For how long have you been
 7   supervised by Mr. Steven -- is it Truman?
 8       A.    Troman.  Approximately a year and a
 9   half.
10       Q.    Prior to Mr. Troman, who was your
11   supervisor?
12       A.    Supervisor John Nolan.
13       Q.    Was John Nolan your supervisor in
14   2005?
15       A.    Yes.
16       Q.    Has there ever been an incident
17   involving you in which sensitive information
18   got to a person who shouldn't have that
19   information?
20             MR. CLOPPER:  Objection.  Let me
21       just think about this for a moment.  You
22       can answer that to the best of your
23       ability, to the extent you know.
24       A.    To the -- yes.
25       Q.    When did that occur?
```

```
 1                     J. GLUBA
 2   instructed to do something.
 3              So I proceeded to call the
 4   supervisor and supervisor asked me to come into
 5   the office and see him with a passport.  As I
 6   was exiting -- as I was exiting the area, I
 7   remember I locked my computer, walked into the
 8   supervisor's office.  Supervisor looked at the
 9   passport, told me to go see another officer in
10   another office, and as I'm walking to the other
11   office, the passenger was asking me if
12   everything's okay.  I told him, "Everything's
13   fine.  Just give me a few more minutes."
14              As I walked into the other office,
15   I proceeded to do what I was instructed to, and
16   during that time, the passenger walked into the
17   exam belt and played with something with the
18   computer, and another supervisor walked out of
19   the office and witnessed the passenger in the
20   area and instructed the passenger to leave the
21   area and had another officer watch the
22   passenger.  During the time -- during that
23   time, the supervisor walked into this other
24   room where I was doing what I was instructed
25   to, and he told me the incident that happened,
```

```
 1                    J. GLUBA
 2   and I told him I -- no.  I locked the computer,
 3   and from then on, I know the supervisor spoke
 4   to the passenger, and that was it.
 5        Q.    Let's just go back a little bit.
 6   You said that the passenger was referred from
 7   control point.  What does that mean?
 8        A.    The control point is where a
 9   passenger walks up for an exit from the
10   immigration with his bags.  He's either
11   instructed by a control point officer to exit
12   the area.  He's free to go or he goes into
13   secondary.  If the passenger has a high stamp,
14   he comes into the secondary area.
15        Q.    In this particular passenger's
16   case, what was the reason that he was sent to
17   secondary?
18            MR. CLOPPER:  Objection; law
19        enforcement privilege.  I'm directing
20        the witness not to answer, but I may be
21        able to give an answer to this question.
22        So I'm going to step outside with
23        Officer Gluba for a moment very quickly
24        to see what we can answer and what we
25        can't, and we'll be right back.
```

1  J. GLUBA

2  (Whereupon, the witness,

3  Mr. Clopper, Ms. Acevedo and

4  Mr. Talarico left the room.)

5  MR. CLOPPER: You could ask the

6  question again or read it back, if you

7  like.

8  MR. OKOLI: Just read back the

9  question.

10  (Whereupon, the referred to

11  question was read back by the Reporter.)

12  A. He was sent into secondary for a

13  law enforcement lookout.

14  Q. At the time that this person was

15  sent to secondary, were you the only officer

16  there or was there any other officer with you

17  at the location?

18  A. No. I was the only officer.

19  Q. What were you supposed to perform

20  in connection with this passenger?

21  A. I don't understand.

22  Q. What were you supposed to do with

23  this passenger who came to secondary?

24  A. Do a secondary exam.

25  Q. What would that be? What would the

1              J. GLUBA

2     secondary exam constitute?

3         A.    Routine customs questions and

4     whatever I was required to do on the law

5     enforcement lookout and bag checks.

6         Q.    Bag checks?

7         A.    Baggage checks.

8         Q.    Do you recall who it was that

9     instructed you to do a secondary on this

10    person?

11              MR. CLOPPER:  You can answer that.

12              THE WITNESS:  I can answer who it

13        was?

14              MR. CLOPPER:  Tell me.

15        Q.    I said who.  I'm just talking about

16    name, nothing else, name of officer who gave

17    you the instruction.

18              MR. CLOPPER:  Unfortunately...

19        A.    I mean, the lookout instructed me

20    to do certain things.

21              MR. CLOPPER:  You can't give the

22        name, and you can't give the identity of

23        the agency.

24        A.    No, I can't.

25              MR. CLOPPER:  I'm instructing you

```
 1                        J. GLUBA
 2           not to give the name or the identity of
 3           the agency and the remainder of what you
 4           told me.
 5           A.    Law enforcement lookout or whatever
 6   was in the lookout to instruct me to do, I
 7   proceeded to do.
 8           Q.    Was this instruction given to you
 9   verbally or was it communicated through
10   computer?
11           A.    It was communicated through the
12   computer.
13           Q.    So you saw this come up on your
14   computer?
15           A.    Yes.
16           Q.    You said this individual then
17   approached?  This passenger then came to your
18   location?
19           A.    Yes.
20           Q.    And did you say you performed some
21   queries?
22           A.    Yes, I did.
23           Q.    Was it in the course of performing
24   these queries that another supervisor asked you
25   to come see them or had you finished --
```

```
 1                       J. GLUBA
 2          A.    No.  It's just a regular routine
 3   that every time a passenger is referred, we do
 4   queries.  We query that passenger.
 5          Q.    When you were doing this query,
 6   where was this passenger in relation to you?
 7          A.    On the opposite, across from me.
 8          Q.    When you say opposite from you, was
 9   there a desk between you and this passenger?
10          A.    Yes, there was.
11          Q.    You had a computer on the desk?
12          A.    Inside the booth there.
13          Q.    Inside the desk?
14          A.    Yes.
15          Q.    I imagine the computer screen was
16   facing you?
17          A.    Yes.
18          Q.    This would mean that the back of
19   the computer would be facing the passenger?
20          A.    The passenger.
21          Q.    Fair to say?
22          A.    Yes.
23          Q.    Was it something like a cubicle?
24          A.    Similar, a little different.
25   Cubicle is more of enclosed totally.  This
```

```
 1                      J. GLUBA
 2    wasn't enclosed.
 3           Q.    But just to be clear, the computer
 4    was not on top of the desk.  It was like under?
 5           A.    It was secured into the cubicle,
 6    the desk area that if a passenger standing
 7    across from me, the passenger can't see the
 8    computer.
 9           Q.    And did you say at some point after
10    the query, some supervisor asked you to come
11    and see them; is that what you said?
12           A.    Yes.
13           Q.    What was the name of this
14    supervisor who asked you to come see them?
15           A.    Anthony Scaringella.
16           Q.    At the time that Mr. Scaringella
17    asked you to come and see him, do you recall
18    specifically what the reason was he asked you
19    to come and see him?
20           A.    I don't recall.
21           Q.    Do you recall whether why he asked
22    you to come to see him had to do with the
23    passenger or something else?
24           A.    It had to do with this passenger.
25           Q.    When you went to see him, did you
```

```
 1                    J. GLUBA
 2   go with the passenger?
 3         A.    No.  I told the passenger, "You
 4   should just stand by the belt area."
 5         Q.    When you say "belt area," is this a
 6   conveyer belt?
 7         A.    Yes.  There's a desk.  There was a
 8   space, and then the exam belt area
 9   (indicating).
10         Q.    So when you asked the passenger
11   to wait by the belt area and you went to see
12   Mr. Scaringella, you went with the passenger's
13   passport?
14         A.    Yes.
15         Q.    And what else?
16         A.    Just the passenger's passport.
17         Q.    There was nobody else around
18   the passenger at the time you went to see
19   Mr. Scaringella?
20         A.    No.
21         Q.    How far was Mr. Scaringella's
22   office to the location where you were with this
23   passenger?
24         A.    Approximately from here to the door
25   (indicating), 500 feet, a thousand feet.
```

```
 1                        J. GLUBA
 2   sent him on his way.  At what point was he
 3   questioned?
 4        A.    Right after when he asked me, "What
 5   happened?  Did you lock your computer?"  Right
 6   after that, when I walked in to grab the
 7   passenger's passport in the enforcement room.
 8   During that time, Supervisor Frank questioned
 9   the passenger.
10        Q.    Do you know --
11        A.    From my understanding, I just know
12   from him telling me that he asked the
13   passenger.
14        Q.    Did he tell you what the passenger
15   told him?
16        A.    The passenger told him that he saw
17   certain things that he already knew from
18   earlier on.
19        Q.    Did he say what those things were
20   that he saw?
21        A.    No.
22        Q.    But he saw information on the
23   computer screen?
24        A.    Yes.
25        Q.    Did Mr. Frank tell you that he had
```

```
 1                       J. GLUBA
 2         A.    Deputy Chief Maresca asked about
 3   the situation.
 4         Q.    And you told him the same thing?
 5         A.    I told him the same things I told
 6   the other deputy and supervisors that asked me.
 7   He explained to me that I'm on probation and
 8   that my weapon will be taken away and that I am
 9   put into -- it's an internal investigation, and
10   I need to report to a cargo facility called
11   CACEF tomorrow at 8:00 a.m.
12         Q.    Just to be clear on this, Deputy
13   Chief Maresca, after you had explained to him
14   what happened, he told you you were on
15   probation?
16         A.    Yes.
17         Q.    Were you on probation at the time?
18         A.    To my knowledge, I was.
19         Q.    He told you you were on probation
20   and now will be reassigned?
21         A.    Yes.
22         Q.    To where?
23         A.    Cargo facility CACEF.
24         Q.    Where is that located?
25         A.    In the airport, Building 50, Newark
```

```
 1                    J. GLUBA
 2    Liberty International Airport, Building 50.
 3         Q.   Did Supervisor Frank say anything
 4    at this meeting?
 5         A.   No.
 6         Q.   How soon after this meeting were
 7    you reassigned to the cargo facility?
 8         A.   The next day.
 9         Q.   Did you have a supervisor at the
10    cargo facility?
11         A.   Yes.
12         Q.   Who was the supervisor at the cargo
13    facility?
14         A.   Bun Tang, B-U-N, T-A-N-G, last
15    name.
16         Q.   Is it a Ms. or Mr.?
17         A.   Mr.
18         Q.   Do you know Mr. Bun Tang's title?
19         A.   Supervisor.
20         Q.   For how long did you work at the
21    cargo facility?
22         A.   Four and a half months.
23         Q.   After the four and a half months,
24    what happened?
25         A.   I was called in to the area
```

```
 1                    J. GLUBA
 2   director, and I was told my case was closed and
 3   that I'm receiving a disciplinary letter that
 4   will stay on file for a year and that if any
 5   incident happens within that year, I will be
 6   terminated.
 7        Q.   Who was the area director that
 8   you're referring to?
 9        A.   Kathleen Haage-Gaynor.
10        Q.   Could you describe Kathleen
11   Haage-Gaynor, her physical appearance?
12        A.   White female, six feet tall, blonde
13   hair, eyeglasses.
14        Q.   In the four and a half or so months
15   that you were at the cargo facility, did you
16   receive a salary?
17        A.   Yes, I did.
18        Q.   The same salary you were earning at
19   the time that you worked at the secondary, the
20   belt area?
21        A.   Yes, without overtime.
22        Q.   Sorry.
23        A.   Without overtime.
24        Q.   But you received your base salary?
25        A.   Base salary.
```

```
 1                    J. GLUBA
 2    EXAMINATION BY
 3    MR. CLOPPER:
 4         Q.    When Mr. Okoli was questioning you,
 5    he asked you about supervisor -- I think it was
 6    Anthony Scaringella's office and the windows in
 7    the office.  Are there windows all the way
 8    around the office?
 9         A.    Yes.
10         Q.    And could you see through those
11    windows or were they closed by blinds?
12         A.    No.  You can see through them.
13         Q.    So you could see into the office
14    from standing outside, and you could see out of
15    the office from standing inside?
16         A.    Yes.
17         Q.    Thank you.  Second, Mr. Okoli asked
18    you about, I believe, what you did at the time
19    you left your workstation to go speak with
20    Supervisor Scaringella.  Did you attempt to
21    lock the screen of the computer at that time?
22         A.    Yes, I did.
23         Q.    At the time, did you have any
24    reason to believe the computer was not working
25    properly?
```

```
 1                    J. GLUBA
 2      A.   Yes, I did.
 3      Q.   At the time, you knew that?
 4      A.   At that time, no.
 5      Q.   Do you know now whether or not the
 6 computer was working properly?
 7      A.   Yes.
 8      Q.   What do you know?
 9      A.   That another officer filed a
10 complaint a few months in advance that the
11 computer had some type of malfunctions.
12           MR. CLOPPER:  Thank you.
13           MR. OKOLI:  Just a few questions.
14 EXAMINATION BY
15 MR. OKOLI:
16      Q.   Now, when you said you attempted to
17 lock the computer, what specifically did you do
18 to attempt to lock the computer?
19      A.   I hit control, alt, delete.
20      Q.   Did you observe the screen of the
21 computer to see what happened after you hit
22 control, alt, delete?
23      A.   Yes.
24      Q.   What did you see on the computer?
25      A.   I saw a blank screen with the
```