RECEIVED
FEB 26 2008
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/08

LAW OFFICES OF K.C. OKOLI, P.C.
330 SEVENTH AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10001
(212) 564-8152

TELECOPIER (212) 268-3443

February 26, 2008

MEMO ENDORSED

**BY FAX**

Honorable Andrew J. Peck
United States Magistrate Judge
U.S. Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

*Re:* *Akinyemi v. Chertoff*, 07 CV 4048 (AJP)

Dear Judge Peck:

I am the attorney for the plaintiff in the above-referenced action. I write this letter to respectfully seek your leave to file the plaintiff's opposition papers to the pending motion for summary judgment, which are due on February 29, 2008, in hard copy instead of by ECF.

The reason I am making this request is because of the volume of the exhibits which I anticipate to file with the opposition papers. I estimate that the exhibits which will accompany the opposition papers will well exceed 800 pages. This makes it very hard to do as an ECF filing. I note here that my review of your Individual Practices do not appear to provide guidance as to how counsel may proceed with this kind of request. However, as the party who bears the ultimate burden in the case, I have made such requests which have been granted in ECF cases. My most recent such request, two months ago, was granted by Judge Joanna Seybert of the United States District Court for the Eastern District of New York.

Respectfully submitted,

[signature]

K.C. Okoli (KO-7222)

cc: John D. Clopper, AUSA (By Fax)

SO ORDERED:

[signature]

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** February 26, 2008 **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Kenechukwu Chudi Okoli, Esq. | 212-268-3443 |
| John D. Clopper, Esq. | 212-637-0033 |
| | |

## TRANSCRIPTION:

**MEMO ENDORSED 2/26/08**

**Your brief is limited to 25 pages, so I assume this refers to exhibits. If the exhibit is a depo transcript, only attach the relevant pages not the entire deposition. The request is DENIED w/o prejudice to renewal with more details as to what will take 775 pages.**