

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 3, 2008

**BY HAND**
The Honorable Andrew J. Peck
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/4/08

Re:   *Akinyemi v. Chertoff*, 07 Civ. 4048 (AJP)

Dear Judge Peck:

The Government respectfully requests a one-week extension, until March 14, 2008, to file its reply brief in support of summary judgment in the above-referenced case. Agency counsel, with whom counsel for the Government has been working closely in this case, will be unavailable on March 5 and 6, the two days prior to the Government's current due date. The Government's extension request is necessary to permit agency counsel to review the Government's brief prior to filing.

In addition, the Government needs additional time in order to sift through the 631-pages of attachments and exhibits that the plaintiff filed in opposition to the Government's motion for summary judgment. In contravention of the Court's Order of February 26, 2008, plaintiff filed the entire transcript of at least two depositions taken in this case, rather than the relevant excerpts. Moreover, plaintiff's electronic filing is in a state of significant disorder. For example, plaintiff filed a declaration of attorney K.C. Okoli listing 40 exhibits. However, the docket entry only appears to include exhibits 1 thru 35. Other docket entries – which may contain the missing exhibits – are either mislabeled or include duplicate versions of the same document. It will take some time for the Government to sort thru the various docket entries to find the relevant exhibits.

**MEMO ENDORSED** 3/4/08
Extension to 3/14 APPROVED.

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

**BY FAX**

Plaintiff's counsel consents to a one-week extension. Thank you for considering this request.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

By: _____
     JOHN D. CLOPPER
     Assistant United States Attorney
     Telephone: (212) 637-2716
     Facsimile: (212) 637-0033
     john.clopper@usdoj.gov

cc: **BY FAX**
    K.C. Okoli, Esq.
    (212) 268-3443

2

# FAX TRANSMITTAL SHEET



### ANDREW J. PECK
### UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:      (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   March 4, 2008                                Total Number of Pages:  3

| TO | FAX NUMBER |
|---|---|
| K. C. Okoli, Esq. | 212-268-3443 |
| John D. Clopper, Esq. | 212-637-0033 |
|  |  |

## TRANSCRIPTION:

**MEMO ENDORSED 3/4/08**

**Extension to 3/14 APPROVED.**