

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/11/08

86 Chambers Street, 3rd Floor
New York, New York 10007

March 10, 2008

RECEIVED MAR 10 2008
CHAMBERS OF
ANDREW J. PECK

**BY HAND**
The Honorable Andrew J. Peck
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

    Re:    *Akinyemi v. Chertoff*, 07 Civ. 4048 (AJP)

Dear Judge Peck:

    The Government respectfully requests an increase of the page limitation from 10 pages to 15 pages for the Government's reply brief in support of its motion for summary judgment in the above-referenced case. The additional pages are necessary to respond to the various arguments raised by plaintiff in opposition to summary judgment.

    Plaintiff's counsel consents to the requested increase in page limits. Thank you for considering this request.

**MEMO ENDORSED** 3/10/08

APPROVED

SO ORDERED
[signature]
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033
john.clopper@usdoj.gov

cc:    **BY FAX**
    K.C. Okoli, Esq.
    (212) 268-3443

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:  (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: March 11, 2008          Total Number of Pages: 2

| TO | FAX NUMBER |
| --- | --- |
| K. C. Okoli, Esq. | 212-268-3443 |
| John D. Clopper, Esq. | 212-637-0033 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 3/10/08**

Approved.