USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 3/13/08

# LAW OFFICES OF K.C. OKOLI, P.C.
330 SEVENTH AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10001
(212) 564-8152

TELECOPIER (212) 268-3443

March 13, 2008

*BY FAX*

**BY FAX**
Honorable Andrew J. Peck
United States Magistrate Judge
U.S. Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

**MEMO ENDORSED** 3/13/08

1. Sealed documents are not filed with ECF

2. For its public filing of 36, just file its transcripts called ex. [illegible] without duplicating, and ECF [illegible for opposing cpy]

3. No, I do not want new courtesy cpy.

Re:   *Akinyemi v. Chertoff,* 07 CV 4048 (AJP)

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Dear Judge Peck:

I am the attorney for Yemisi Akinyemi, the plaintiff in the above-referenced matter.

I hereby make a request based upon the technical difficulties which the ECF system is having with my Plaintiff's Exhibit 36 - Transcript of the deposition testimony of Yemisi Akinyemi. The ECF system does not accept Plaintiff's Exhibit 36, apparently because of the size of the document. I had the same problem the last time I filed the plaintiff's opposition papers which were later ordered deleted opposition papers. Plaintiff's Exhibit 36 was not in fact electronically filed even though the court received a courtesy copy.

My request is that in filing designated confidential documents under seal, that I be permitted to file a hard copy of Plaintiff's Exhibit 36, which the ECF system would not accept. I also wish to be guided as to whether the court wants me to submit another set of courtesy copies of the plaintiff's opposition papers even though same documents will be refiled, albeit under seal for some of them.

I thank you for your kind consideration.

Respectfully submitted,

K.C. Okoli (KO-7222)

cc:   John D. Clopper, AUSA (By Fax)

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   March 13, 2008                     Total Number of Pages:   2

| TO | FAX NUMBER |
|---|---|
| K. C. Okoli, Esq. | 212-268-3443 |
| John D. Clopper, Esq. | 212-637-0033 |
|  |  |

**MEMO ENDORSED 3/13/08**

1. Sealed documents are <u>not</u> filed via ECF.

2. For the public file re Ex. 36, just file the excerpts cited in your brief, not entire depo, via ECF (except for confidential info).

3. No, I do not want new courtesy copies.