**6.      Akinyemi's Identification With Her Nigerian-Born Husband Doomed Her**

Mr. Seweje Akinyemi testified that when he first went to board the plane on December 5, 2005, no CBP officer spoke to him before he walked down the jetway towards the plane, after his boarding pass had been checked. Seweje Akinyemi Dep., at 25. But he did not board the plane, and was only half-way down the jetway when he remembered that he had money to give to Akinyemi to reimburse his cousin whose credit card was used for paying for his excess luggage. He then started coming back out. *Id*., at 26. It was at this point that Mr. Seweje Akinyemi first made contact with a male CBP officer at that location - Gregory Jurczak. Alyse Long, a female CBP officer who was working with Officer Jurczak at the time, testified that they both were conducting a <u>random</u> examination of outbound passengers at the time. Okoli Decl., Exhibit 37. This meant that both CBP officers did not stop every passenger who was outbound like Mr. Seweje Akinyemi for exam. This fact corroborates Mr. Seweje Akinyemi's testimony that he did not speak with any CBP officer when he first went past the boarding gate into the jetway - a place he referred to as a "tunnel".

It was on his way back out from the "tunnel" that he first encountered CBP Officer Jurczak. And once he told Officer Jurczak that he was traveling to Nigeria, Officer Jurczak began questioning him in a sarcastic manner. After learning that he was a limo driver who was married to a CBP officer, Jurczak questioned where Mr. Seweje Akinyemi got the money to purchase an air ticket to Nigeria. He also questioned him where his wife was from to which Mr. Seweje Akinyemi responded that his wife was a Nigerian American. *Id.*, at 27-30. Based upon the totality of what he experienced at the hands of the CBP officers on December 5, 2005, Mr. Seweje Akinyemi believes that his wife's termination occurred from "guilt by association", because she is a Nigerian married to a Nigerian limo driver. *Id*., 37.