

REDACTED PER CONFIDENTIALITY ORDER

# EXHIBIT 2

Law Offices of K.C. OKOLI, P.C.
330 Seventh Avenue, 15th Floor, New York, N.Y. 10001



## U.S. Customs Service

1210 Corbin Street
Elizabeth, NJ 07201

AUG 2 3 2002

PER-2-LER

... proper procedure.

Sincerely,

Kathleen M. Haage
Area Director
Newark/New York

TRADITION

★

SERVICE

★

HONOR

CONFIDENTIAL USA0316



In reaching my decision, I have considered the facts, as I understand them and the report provided by Deputy Chief Inspector Brenda Johnson. The core issue is that this new trainee did not understand the proper procedure to secure the 'cashier's till'.

CONFIDENTIAL USA0317



## U.S. Customs Service

*Memorandum*

DATE: JUL 17 2002

FILE: PER-2-12-LER LB

TO: Area Director
New York/Newark

FROM: Acting Director, Field Operations
New York Customs Management Center

SUBJECT: Management Referral

Attached for your review is a management referral that I recently received from the Assistant Commissioner, Office of Field Operations [text redacted] Student Trainee [text redacted].

If you believe your office should investigate this case, please do so and obtain the documentation, including the evidence and statements necessary to support your determination. If you believe that this case should be closed, please advise Mel Steuerman in writing accordingly. Your determination concerning this case should be submitted to Mr. Steuerman by August 2, 2002.

Any questions regarding this matter should be directed to Beth Bernstein, Employee Relations Specialist, at (646) 733-[redacted].

Jeffrey Margalit

Attachment

TRADITION

★

SERVICE

★

HONOR

CONFIDENTIAL USA0318

## OFFICE OF FIELD OPERATIONS
### Management Referral Transmittal

JUL 11 2002

**TO:** New York

- ☐ Deputy Assistant Commissioner
- ☐ Executive Director
  - ☐ Field Operations
  - ☐ Enforcement Planning
  - ☐ Trade Programs
  - ☐ Mission Support
  - ☐ Passenger Programs
- ☑ Field Director

- ☐ Arizona
- ☐ Caribbean
- ☐ East Great Lakes
- ☐ East Texas
- ☐ Gulf
- ☐ Mid America
- ☐ Mid Atlantic
- ☐ Mid Pacific
- ☑ New York
- ☐ North Atlantic
- ☐ North Florida
- ☐ North Pacific
- ☐ Northwest Great Plains
- ☐ South Atlantic
- ☐ South Florida
- ☐ South Pacific
- ☐ South Texas
- ☐ Southern California
- ☐ West Great Lakes
- ☐ West Texas/New Mexico

**ACTION:**

☐ The attached file(s) are being referred to your office for appropriate action. You have the following options:
- Take immediate action;
- Request the LER Specialist to close the file in DAATS; or
- Return the file to the Human Resources Management Division, OFO for assignment of a fact finder or refer back to Internal Affairs.

☑ The attached file(s) has been closed by Internal Affairs and OFO Headquarters, and referred to your office for information. You have the following options:
- Review for information only.
- Take immediate management action. If you take management action, your office must request the LER Specialist to open case as an "M" Class in DAATS. (Identify/refer to IA File number in narrative of the "M" Class.)

❖ Actions must be coordinated with your servicing LER representative.
❖ You must request the LER Specialist to update DAATS with action taken.
❖ Complaint Correspondence will be answered by the CSU.

☐ Case # _____, referred by _____, requires a response by _____. Please forward to the Human Resources Management Division, OFO (Room 5.5-C), a memorandum stating what action, to date, has been taken. If the case was closed without action, please indicate the basis upon which that determination was made.

**FILE #:**

▬▬▬▬▬▬

_[signature]_
Assistant Commissioner
By

CONFIDENTIAL USA0319

*To 7/5/02*
*FYI only*

REQUESTED BY: MALBURNE, MEREDITH M

I A   S E N S I T I V E

| DEPARTMENT OF THE TREASURY | 1. ACCESS CODE: ▮ |
| UNITED STATES CUSTOMS SERVICE | |
| | 2. PAGE: 1 |
| R E P O R T   O F   I N V E S T I G A T I O N | |
| | 3. FILE ID: ▮ |

| 4. TITLE: ▮ | /USCS/INCIDENTS | /NEW JERSEY NJ |

5. FILE STATUS:    OPEN & CLOSE

| 6. REPORT DATE | 7. ASSIGN DATE | 8. CLASS | 9. FILE DESC CODES | 10. RPT NBR. |
|---|---|---|---|---|
| 06282002 | 06272002 | 4 | ▮ | 001 |

11. RELATED FILE IDS:

12. UNDVL LEADS TO:

13. TYPE OF REPORT:
    INITIAL SOURCE DOC.

| 15. DISTRIBUTION: | 16. ORIGINATOR: OPIOLA     TERENCE    S |
| NY | (TITLE)       CRIM INVSTGR |
| | 17. APPROVED BY: CONNELLY    KAREN    T |
| | (TITLE)       SUPVY CRIM INVSTGR |
| | 18. ORIGIN OFFICE: NY   19. PHONE: ▮ |
| | NEW YORK |
| | 20. TYPIST: OPIOLA |

I A   S E N S I T I V E

THIS DOCUMENT, LOANED TO YOU FOR OFFICIAL USE ONLY, REMAINS PROPERTY OF THE
US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

CONFIDENTIAL USA0320

IA SENSITIVE

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE: 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. FILE ID: ▇▇▇▇ |
| | 3. REPORT NUMBER: 001 |

IA SENSITIVE

THIS DOCUMENT, LOANED TO YOU FOR OFFICIAL USE ONLY, REMAINS PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.