REDACTED PER
CONFIDENTIALITY ORDER

# EXHIBIT 4

Law Offices of K.C. OKOLI, P.C.
330 Seventh Avenue, 15th Floor, New York, N.Y. 10001



U.S. Customs and
Border Protection

JUN 0 5 2006

CONFIDENTIAL USA0275

Sharmila Zaman

In addition to the aforementioned, I considered your entire employment record. My decis~~~ ~~~ offense ~~~ ~~~ ~~~ ~~~ ~~~ate
storage ~~~ ~~~ ~~~ ~~~

with the above-specified charge.

All material upon which this proposal is based, is enclosed. You will be given ten (10) calendar days from the date you receive this notice (exclusive of day of delivery) to review the material on which this notice is based, and if you so desire, to answer it orally in person, in writing, or both orally and in writing. Consideration will be given to extending this period of time if you submit a request stating your reasons for desiring more time prior to the expiration of the ten calendar day period. You may submit, with your reply, affidavits or other evidence in support of your answer.

You have the right to be represented by an attorney or other representative of your choice. Any designation of representative should be furnished in writing to Ms. Susan T. Mitchell, Director, Field Operations, New York, c/o Mr. Dennis Desautels, Labor Relations Specialist, 300 Interstate Corporate Center, Suite 301, Williston, VT 05495.

If your representative is an Agency employee in active duty status, he or she will be allowed four (4) hours of official time to review the material on which this notice is based, to secure affidavits and present your reply. Consideration also will be given to extending this period if you submit a request stating your reasons for desiring more time.

If you wish to reply in person, you should request an appointment for that purpose in writing. All correspondence, including any written reply or any request for additional time, should be directed to Ms. Mitchell, c/o Mr. Desautels at the address listed above within the ten-day limit.

Full consideration will be given to any answer and supporting evidence that you submit. As soon as possible after your answer is received, or after expiration of the ten-day limit if you do not answer, Ms. Mitchell will consider all of the available facts and render a decision on the proposal.

Please sign the receipt acknowledgement copy of this letter as evidence that you have received it. Your signature does not mean that you agree or disagree with its contents, and by signing, you do not forfeit any of your rights cited above.

CONFIDENTIAL USA0276

Sharmila Zaman

If you have any questions regarding your rights or other procedures contained in this notice, contact Dennis Desautels, Labor Relations Specialist, in writing at 300 Interstate Corporate Center, Suite 301, Williston, VT 05495, by telephone at (802) 872-8032, or by facsimile at (802) 872-3197.

Sincerely,

Kathleen M. Haage-Gaynor
Area Director
New York/Newark

Enclosures
In Duplicate

CONFIDENTIAL USA0277



**U.S. Customs and Border Protection**

February 7, 2006

## Interoffice Memorandum

MEMORANDUM FOR:   Kathleen M. Haage-Gaynor
                  Area Director
                  Newark / New York Area

FROM:             Joseph Cardinale
                  Chief, Passenger Operations
                  Air Operations Division, Newark Airport

SUBJECT:          Management Referral Regarding the Firearm that was
                  Temporarily Misplaced in the Women's Public Restroom

I reviewed the Firearms and Use of Force Handbook published by the Office of Training and Development, Firearms and Tactical Training Division. I also inquired with Primary Firearm Instructor Richard Cotugno on procedures regarding this matter.

**BACKGROUND**

CONFIDENTIAL USA0278

## INTERVIEWS and MEMORANDUMS SUBMITTED

I separately interviewed each officer that was involved with this matter.

CONFIDENTIAL USA0279

CONFIDENTIAL USA0280

**RESEARCH**

**SUMMARY**

Although this incident occurred [illegible]

CONFIDENTIAL USA0281

Therefore, based on the severity of this incident and improper reporting procedures, I recommend that disciplinary action should be initiated against all of these officers.

*[signature: Joseph Carlile]*

Attachments

CONFIDENTIAL USA0282

**SUSAN T MITCHELL**  
01/03/2006 05:57 PM

To: LENARD H ANGEVINE@USCUSTOMS  
cc: KATHLEEN.M.HAAGE@CUSTOMS.TREAS.GOV  
Subject: Re: EEO Information

I do know about the ███ case and would not characterize it as releasing TECS information to a passenger, but have not heard of either ███. I am forwarding to Ms. Haage to see if she can confirm the last two names.  
Susan T. Mitchell  
Director Field Operations  
New York  
LENARD H ANGEVINE

**LENARD H ANGEVINE**  
01/03/2006 05:31 PM

To: SUSAN T MITCHELL/NE/USCS  
cc:  
Subject: EEO Information

Ms. Mitchell-

Ms. Akinyemi has identified three (3) comparative employees that allegedly violated CBP policies/procedures during their probationary period and received less disciplinary action (not terminated). I know that CBP cannot release specific information pertaining to disciplinary action taken against an employee and that final decisions are on a case by case basis.

I only need to confirm if you were notified and if you were the deciding official for any of the below alleged violations of CBP policies/procedures. The employees are from the Newark/New York Seaport Area.

Lenard H. Angevine  
Equal Employment Opportunity Officer  
U.S. Customs and Border Protection  
New York Field Office  
(646) 733-3234  
(646) 733-3283 - fax  
email: lenard.angevine@dhs.gov

CONFIDENTIAL USA0284


U.S. Customs and Border Protection

NOV 0 7 2007

CONFIDENTIAL USA0431

Ms. Sharmila Zaman
Page 2

If you have any questions concerning this letter, you may contact Dennis Desaurais, Labor and Employee Relations Specialist, at telephone number (802) 679-████.

Sincerely,

*[signature]*

Susan T. Mitchell
Director, Field Operations
New York

In Duplicate

Receipt of original notice is hereby acknowledged. It was delivered on _____

CONFIDENTIAL USA0432