U.S. Department of Homeland Security
New York, New Yo

EXHIBIT F16e



U.S. Customs and
Border Protection

**SEP 2 0 2005**

Mr. ███████ H
███████

Dear Mr. ███

This is to notify you of my decision to terminate you from your position and from Federal service during your trial period under your Schedule B appointment. On December ██, 2003, you received an excepted service appointment as a Customs and Border Protection Officer (CBP Officer), GS-1895-07, with U.S. Customs and Border Protection (CBP). Under this appointment, you were required to serve a trial period of two years from the date of your appointment. Your termination will be effective September ██ 2005, as provided by 5 C.F.R. § 213.

This termination is based on the following reason:

On September ██ 2005, Special Agents from the Resident Agent in Charge/Newark, Office of Professional Responsibility, arrested you pursuant to a warrant issued in the District of New Jersey on September ██, 2005, charging you with violation of 18 U.S.C. 201 (b) (2) and 2.

Specifically, you were arrested after you were monitored conducting a previously agreed to meeting with a confidential witness. This confidential witness gave you his I-20 (Student Visa), his passport, and $2,300.00 in undercover funds. In return, you told the confidential witness that you had a contact who would fix his immigration problems by renewing his student visa. Your actions are in direct conflict with the mission of CBP and cannot be tolerated. Therefore, it is my decision to terminate you from your position of CBP Officer, GS-1895-09, effective September ██ 2005.

Should you allege that the action taken against you was based in whole or in part on discrimination based on race, color, sex, religion, national origin, age, disability, and/or because of participation in the EEO process, and you want to initiate an EEO complaint, you must seek pre-complaint counseling from your local EEO Counselor or EEO Officer within forty-five (45) days of the effective date of this action. You may contact the local EEO Officer at telephone number (646) 733-3234.



A copy of the Employee Transcript, an exception to the Standard Form 50, documenting your termination will be mailed to you at a later date.

Sincerely,

*Susan T. Mitchell*
Susan T. Mitchell
Director
Field Operations
New York

ACKNOWLEDGEMENT OF RECEIPT

██████████████ - 9-██-2005
_____

Signature and Date