

U.S. Customs and Border Protection

Mr. [redacted]
Customs and Border Protection Officer
U.S. Customs and Border Protection
JFK Airport Area

Dear Mr. [redacted]

In order to promote the efficiency of the Agency, I am issuing you this official letter of reprimand for your Unprofessional Behavior and Misuse of Position.

Specifically, on October [redacted] 2004, while working primary inspections at JFK Airport, you were rude to a passenger. When the passenger asked you to correct a mistake you made on his form I-94, you loudly responded, in sum or substance, that you would fix it when you were ready and felt like it.

Furthermore, on October [redacted] 2004, while off-duty, you used your position to gain access to a secure area of the JFK Airport. You entered the inspections area of Terminal One wearing a CBP baseball cap and stood near the baggage carousel with your AOA identification card, awaiting the arrival of incoming passengers. You did not have authorization to greet incoming passengers in a secure area of Terminal One on that day, and there was no other official reason for your presence there. You were ordered to leave the area and were escorted to the lobby by an on-duty supervisor.

In consideration of your offenses, as well as aggravating or mitigating circumstances, I find this official reprimand to be both reasonable and appropriate. Your misconduct and seeming reluctance to accept responsibility for your actions does not inspire confidence in your judgment. You must behave in a professional manner toward the traveling public regardless of provocation. Additionally, you should now be aware that you may not use your position, or accoutrements thereof, to advance a personal interest. You accessed a secure area of the airport, off-duty, to meet and assist acquaintances of yours. You did so without proper authorization and for no valid business reason. Should you engage in future misconduct, progressively higher disciplinary action may be taken against you.



Mr. ▮
Page 2

This decision can be grieved in accordance with the procedures set forth in Article 31(J) of the negotiated agreement between the legacy U.S. Immigration and Naturalization Service and the National Immigration and Naturalization Service Council (NINSC).

If you believe that this action is based on discrimination based on your race, color, sex, national origin, age, disabling condition or sexual orientation, you may file a complaint of discrimination with the U.S. Customs and Border Protection in accordance with the Equal Employment Opportunity (EEO) discrimination complaint procedures found in 29 CFR Part 1614. You have forty-five (45) calendar days from the date you receive this letter to seek EEO counseling.

Whichever is filed first, a formal complaint or a grievance, shall be considered an election by you to proceed in that forum (seeking EEO counseling itself does not constitute an election). You cannot contest this decision under both the discrimination complaint procedure under 29 CFR Part 1614 and the negotiated grievance procedure.

Please sign the receipt acknowledgement copy of this letter as evidence that you have received it. Your signature does not mean that you agree or disagree with its contents and by signing, you do not forfeit any of your rights cited above.

Sincerely,

*[signature]*

Susan T. Mitchell
Director, Field Operations
New York

Enclosures
In Duplicate

Acknowledgement of receipt of the reprimand. It was delivered on

___JAN ▮ 2006___ at _0905_ .M.

Employee Signature ▮

Witness Signature ▮