## U.S. CUSTOMS AND BORDER PROTECTION
## Department of Homeland Security

FEB 2 3 2004
PER-2-LER

Employee B
Customs Inspector
New York/Newark Area

Dear Employee B

This is notice of my decision to terminate you from your Excepted Service position as Customs Inspector, GS-1890-07, with U.S. Customs and Border Protection (CBP). You were hired pursuant to 5 C.F.R. § 213. Your termination is effective February 27, 2004. This termination is based on the following reasons:

On January 12, 2004, your first day of reporting to work, you submitted medical documentation dated January 9, 2004, which indicates that you underwent a lumbar fusion on December 31, 2003, your recovery will take approximately 3 to 6 months and that you are unable to travel. Therefore, you will not be able to attend the required training at the Federal Law Enforcement Training Center (FLETC) now or in the near future.

Successful completion of basic inspector training is a mandatory component of demonstrating satisfactory job performance. In view of the fact that you are unable to attend the training at FLETC for several months, I am terminating you from your position and CBP. Accordingly, effective Friday, February 27, 2004, you are terminated from your Excepted Service position as Customs Inspector, GS-1890-07. A copy of the Employee Transcript, an exception to the Standard Form 50, documenting your termination, will be mailed to you at a later date.

If you believe this action is due to discrimination against you on the basis of race, color, religion, sex, national origin, age or handicap you may also initiate a discrimination complaint by seeking pre-complaint counseling from an EEO Counselor within 45 days of the effective date of this action. If you wish to pursue such an action you should contact Mr. Lenard Angevine, EEO Manager, at (646) 733-3234.

*Vigilance* ★ *Service* ★ *Integrity*

CONFIDENTIAL USA0004

2

Please sign, date, and return the accompanying copy of this letter so that it may serve as acknowledgement of your receipt of the original.

Sincerely,

*[signature]*

Susan T. Mitchell
Director, Field Operations
New York


cc: Area Director, New York/Newark

Enclosures


RECEIPT ACKNOWLEDGEMENT

Employee B                                          02/06/2006
―――――――――――――――――                          ――――――――――
Employee's Signature                                Date

*[handwritten notes, partially illegible:]* Delivered - Ted Hosea, SCI, Brenda Johnson, SCI.
Presented for signature: Carol T. Noakes

CONFIDENTIAL USA0005