MAR 2 2006



U.S. Customs and
Border Protection

Employee G
Agriculture Specialist
JFK Airport

Dear Employee G

This is to officially notify you of my decision to terminate your employment as an Agriculture Specialist, GS-0401-07 with U.S. Customs and Border Protection (CBP) and from Federal Service, effective March 6, 2006.

On September 19, 2005, you were appointed by U.S. Customs and Border Protection as an Agriculture Specialist, GS-0401-007 to an Excepted Service position under the authority of 5 Code of Federal Regulations, 213.3202(o). You have failed to meet a condition of employment for your position which is to pass a background investigation. You have received an unfavorable suitability determination based on the following factors: dishonest conduct; misconduct or negligence in employment; and criminal conduct. Therefore, I have no choice but to terminate your employment with CBP.

If you feel this action is motivated by discrimination based on race, color, sex, religion, national origin, age, and/or disability, you may initiate a discrimination complaint by seeking pre-complaint counseling from an Equal Employment Opportunity Counselor within 45 days of the effective date of your termination. If you wish to pursue such an action you should contact Mr. Lenard Angevine at (646) 733-3234.

Please sign the receipt of acknowledgement copy of this letter as evidence that you have received it. Your signature does not mean that you agree or disagree with its contents, and by signing, you do no forfeit any of your rights cited above.

Sincerely,

Susan T. Mitchell
Director, Field Operations
New York

RECEIPT ACKNOWLEDGEMENT:

Employee G                     3/6/06
Signature                      Date

** TOTAL PAGE.02 **

CONFIDENTIAL USA0015