U.S. Department of Homeland Security
New York, New York



EXHIBIT F15g

DEC 2 0 2005

U.S. Customs and
Border Protection

Yemisi Akinyemi
Customs and Border Protection Officer
New York/Newark Area

Dear Ms. Akinyemi:

This is notice of my decision to terminate you from your Schedule B Excepted Service position as Customs and Border Protection Officer (CPB Officer), GS-1895-09 with U.S. Customs and Border Protection (CBP), effective December 22, 2005, as provided by 5 CFR 213. This termination is based on the following reasons:

On December 5, 2005, you informed Supervisory Import Specialist (SIS) Mitchel Landau that you wanted to see your husband off at the airport as he had received a call from Nigeria that your father-in-law had passed away. You were excused 59 minutes. Two CBP Officers, Alyse Long and Greg Jurczak, subsequently observed you at Gate 46, Terminal B of Newark International Airport (NIA). You were not authorized to be at Gate 46, Terminal B at any time, as this is a restricted area where only ticketed passengers and CBP Officers on duty are allowed. Your status as a CBP Officer as well as your credentials and/or Airport Operations Area (AOA) Card permit you to enter past the Transportation Security Administration (TSA) screeners only when you are on official duty. Since you were on excused time, you were not on official duty. Being in a restricted area and using your position as a CBP Officer to obtain access without authorization is a serious violation and cannot be tolerated.

Moreover, on December 19, 2005, you were questioned by Deputy CBP Officer Edward Fox and Supervisory CBP Officer Dominick Calise, regarding how you entered the restricted Gate area. During that meeting you admitted that you used your AOA Card to go past TSA on December 5, 2005, while your husband went through the regular TSA screening. You also stated you were unchallenged by TSA since you were in full uniform.

In making my decision, I have considered the nature and seriousness of the charge and its relationship to your employment with CBP. CBP must be able to place complete trust in its employees. This includes adhering to policies regarding restricted area entrances as well as using your official credentials, badge and AOA Card for personal gain. These policies are detailed in the Standards of Conduct, Section 6.3.5. Your misuse of position and authority jeopardized and tarnished how the public views CBP and it's employees. As a CBP Officer, you are responsible for enforcing a wide variety



of laws. As such, you hold a position of trust and responsibility and you must conform to a higher standard of conduct than employees who are not responsible for law enforcement. Furthermore, in order to accomplish its mission, CBP must be able to trust and depend on its employees to conduct themselves in an appropriate manner at all times. Your actions, cannot be tolerated by CBP.

Should you allege that the action taken against you was based in whole or in part on discrimination based on race, color, sex, religion, national origin, age, disability, and/or because of participation in the EEO process, and you want to initiate an EEO complaint, you must pre-complaint counseling from an EEO Counselor within forty-five (45) days of the effective date of this action. If you wish to pursue such an action you should contact Mr. Lenard Angevine at (646) 733-3234.

A copy of the Employee Transcript, an exception to the Standard Form 50, documenting your termination, will be mailed to you at a later date.

Please sign, date and return the accompanying copy of this letter so that it may serve as acknowledgement of your receipt of the original. Your signature does not mean that you agree or disagree with its contents and by signing, you do not forfeit any of your rights cited above.

Sincerely,

*[signature: Susan T. Mitchell]*

Susan T. Mitchell
Director
Field Operations, New York

Enclosures

**ACKNOWLEDGEMENT OF RECEIPT**

_____

**Signature and Date**

*[signature]* 12/21/05