

*Programme for the Celebration of Life*

**Late Chief John Ajayi AKINLEYE AKINYEMI**
(April 16, 1933 - Dec. 5, 2005)
*(73 Years)*

Friday, 21st April, 2006



# Late Chief John Ajayi
## Akinleye Akinyemi
(April 16, 1933 - Dec. 5, 2005)
(73 Years)

*A time to be born, and a time to die; a time to plant, and a time to pluck up that which is planted. (Eccl. 3:2)*