1

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

3  - - - - - - - - - - - - - - - - - -x
                                      :
   YEMISI AKINYEMI,

4                Plaintiff,            :

5                                      :

6           -against-                 :

7  MICHAEL CHERTOFF, SECRETARY        :
   DEPARTMENT OF HOMELAND SECURITY,   :

8                                      :
                Defendant.

9  - - - - - - - - - - - - - - - - - -x

10

11         DEPOSITION of AKINTUNDE OLUBUKOLA SEWEJE

12  AKINYEMI, taken by Defendant at the offices of the U.S.

13  Attorney, 86 Chambers Street, 3rd Floor, New York, New

14  York, on Friday, November 16, 2007, commencing at 11:31

15  a.m., before Elizabeth Santamaria, a Certified Shorthand

16  (Stenotype) Reporter and Notary Public within and for

17  the State of New York.

18

19

20

21

22

23

24

25

2

1

2

3    A P P E A R A N C E S:

4
          LAW OFFICES OF K.C. OKOLI, P.C.
5              Attorneys for Plaintiff
               330 Seventh Avenue, 15th Floor
6              New York, New York   10001

7        BY:   KENECHUKWU CHUDI OKOLI, Esq., of Counsel

8

9
          UNITED STATES ATTORNEY'S OFFICE
10        BUDGET FISCAL OFFICE
               Attorneys for Defendant
11             86 Chambers Street
               New York, New York   10007
12
         BY:   JOHN D. CLOPPER, Esq., of Counsel
13

14

15

16

17

18

19

20

21

22

23

24

25

4

1

2    A K I N T U N D E    O.   S.   A K I N Y E M I,

3           called as a witness, having   been first

4           duly sworn by Elizabeth Santamaria, a

5           Notary Public within and for the State of

6           New York, was examined and testified as

7           follows:

8    DIRECT EXAMINATION

9    BY MR. CLOPPER:

10          Q.    Please state your full name for the

11   record.

12          A.    Akintunde Olubukola Seweje Akinyemi.

13          Q.    Where do you presently reside?

14          A.    36 Hennessy Place, New Jersey 07111.

15          Q.    If I could ask, it was my

16   understanding that you went by Mr. Seweje.

17          A.    Olubukola Seweje.

18          Q.    Not Mr. Akinyemi?

19          A.    Not Mr. Akinyemi.

20          Q.    My name is John Clopper.  I am an

21   Assistant United States Attorney for the Southern

22   District of New York.  I represent the Secretary

23   of the Department of Homeland Security, Michael

24   Chertoff in this case and I am going to be asking

25   you a series of questions.

1          A. Akinyemi

2    feel you couldn't testify truthfully today?

3          A.    There is no other reason.

4          Q.    Where are you currently employed?

5          A.    I am currently employed with Boston

6    Coach.

7          Q.    How long have you been employed

8    there?

9          A.    About three years now.

10         Q.    Annually how much do you make at

11   Boston Coach?

12         A.    I would say about $24,000, $26,000.

13         Q.    And you have made about that amount

14   for each year you have worked there?

15         A.    For each year, yes.  At least on the

16   average.

17         Q.    Where did you work before you worked

18   for Boston Coach?

19         A.    Before I worked for Boston Coach I

20   was working with American Express.

21         Q.    American Express?

22         A.    Yes.

23         Q.    What did you do for them?

24         A.    I worked in their IT department.

25         Q.    And how long did you work there?

8

1               A. Akinyemi

2          A.    I worked there for a little over a

3     year.

4          Q.    Do you remember from when to when

5     you worked there?

6          A.    I would say maybe around 2000 to

7     2001.

8          Q.    And then did you start working at

9     Boston Coach in 2001?

10         A.    No.

11         Q.    What did you do after you worked at

12    American Express?

13         A.    At that time I was -- after 9/11 I

14    was laid off and I was looking for a job during

15    those time.

16         Q.    About how long were you unemployed?

17    From when to when?

18         A.    From like -- I would say from 2002

19    to about 2003, thereabouts.

20         Q.    And in about 2003 is when you went

21    to work for Boston Coach?

22         A.    I would say 2004.

23         Q.    So you were unemployed until you

24    went to work for Boston Coach?

25         A.    I was unemployed.

9

A. Akinyemi

1

2      Q.    And you went to work for Boston

3    Coach around 2004?

4      A.    Yes.

5      Q.    I don't think I asked.  How much

6    money did you make when you worked for American

7    Express?

8      A.    I was making $45,000.

9      Q.    A year?

10      A.    Yeah.

11      Q.    Other than the income from your jobs

12    and the income from your wife's job at Customs and

13    Border Protection, what other income has your

14    family had since December 2005?

15      A.    None.

16      Q.    Has your wife worked since she left

17    or was terminated from Customs and Border

18    Protection?

19      A.    She didn't work until -- she started

20    working about maybe this week or last week.

21      Q.    This week or last week?

22      A.    Yes.

23      Q.    Where did she start working?

24      A.    She started working with Fed Ex.

25      Q.    So prior to this week or last week

10

A. Akinyemi

1

2  she hadn't worked?

3      A.   No.

4      Q.   What is she doing now for Federal

5  Express?

6      A.   Assistant manager.

7      Q.   Assistant manager?

8      A.   Yes.

9      Q.   Do you know about how much money she

10  makes?

11      A.   She is still in training.  I don't

12  know.

13      Q.   How old are you now?

14      A.   I am forty.

15      Q.   Forty?

16      A.   Yes.

17      Q.   Where were you born?

18      A.   I was born in Nigeria.

19      Q.   When did you immigrate to the United

20  States?

21      A.   In '94, '95.

22      Q.   '94, '95?

23      A.   Yes.

24      Q.   Have you ever used another name?

25      A.   The only name I have ever used is

1                                    A. Akinyemi

2    Akintunde.

3              Q.    Do you have a Social Security

4    number?

5              A.    Yes.

6              Q.    What is it?

7              A.    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.

8              Q.    Are you married?

9              A.    Yes, I am married.

10             Q.    To whom?

11             A.    To Yemisi.

12             Q.    When were you married?

13             A.    We were married in 1992.

14             Q.    This is when you were living in

15   Nigeria?

16             A.    Yes.

17             Q.    Do you live together now?

18             A.    Yes, we do.

19             Q.    And you have lived together for the

20   entire period that you have been married?

21             A.    Yes.

22             Q.    Have you ever been separated?

23             A.    No.

24             Q.    Did you do anything to prepare for

25   the deposition today?

13

A. Akinyemi

1

2      Q.    To the best of your recollection,

3  what have you discussed with your wife about the

4  case?

5      A.    The only thing I discussed is just

6  knowing the position of things, what is going on.

7  You know, how far have you gone, how far have they

8  gone with the investigation from her office.

9      Q.    Did you specifically discuss your

10 testimony here today?

11     A.    Not at all.

12     Q.    Do you remember the events of

13 December 5, 2005?

14     A.    Yes, I do.

15     Q.    I am going to ask you some questions

16 and we will just go through the day.

17         What do you remember happening first

18 on the morning of December 5, 2005?  If you just

19 tell me in your own words how your day started.

20 You should take as much time as you need.

21     A.    That's okay.  It was a sad day.  At

22 about 3:00 a.m. on that Monday I received a call

23 that my dad passed away.  Very sad.  I cried all

24 night long.  Prior to that day we had spoken on

25 the phone.

14

A. Akinyemi

1

2       Even though he had been sick we had

3   spoken on the phone and he said, "It's okay.  It

4   will get better."  That was on a Saturday.  I told

5   him that God will keep you and that I will see you

6   on Tuesday.  When they called me, he died on that

7   day and I was -- I was sad and that was the day I

8   was traveling to Nigeria, and I packed up my

9   things and about the time I was supposed to leave

10  the house my wife came down and she drove me to

11  the airport.  And on getting to the airport we

12  took my luggage out and went on the line.

13      I was maybe like -- I don't know.

14  Maybe I was the last person to check my luggage,

15  but as we got to the airport a few of my -- two of

16  my cousins were there waiting for me and

17  immediately they saw me.  They left me with the

18  luggage.  One female, one male.  The female was

19  pregnant so she couldn't carry any luggage, but

20  she was standing way out and she was there while I

21  was doing my luggage, my wife was standing with

22  her.  They were talking and stuff like that.

23      So when I checked in my luggage with

24  one of my cousins, the male cousin of mine, prior

25  to that time he had a luggage that I wanted to

15

A. Akinyemi

1

2  send to Nigeria so he came with the luggage to the

3  airport.  So when we got there we had to pay for

4  the luggage and upon payment he doesn't have cash,

5  but I have cash with me that I want to pay, but

6  the lady at the counter said no.  She wouldn't

7  take part cash and part credit card.  She said it

8  is either we pay with credit card, that she is not

9  going to accept part cash, part credit.

10             So my cousin used his credit card to

11  pay for the excess luggage.  And that was what

12  happened at the check-in counter.  And to the best

13  of my knowledge, I have a lock --

14             MR. OKOLI:  Anyway, he already

15             said how your day started.  So I think

16             we would rather do this -- instead of

17             having a long kind of story we would

18             like to have it question and answer.

19             Wait for the next question.

20             THE WITNESS:  Okay.

21       Q.    I am going to back up a little.

22       A.    Okay.

23       Q.    Was December 5, 2005 a Tuesday?

24       A.    It was a Monday.

25       Q.    Monday.  Sorry.  Prior to your

16

1                           A. Akinyemi

2     father's death you were intending to travel on

3     that day?

4            A.    Yes.

5            Q.    To see him?

6            A.    Yes.

7            Q.    With whom did you go to the airport?

8            A.    With my wife.

9            Q.    Just your wife.  You drove to the

10    airport?

11           A.    She drove.

12           Q.    You met two cousins at the airport?

13           A.    Yes.  And one of my uncles, too.

14           Q.    Who went with you to the ticket

15    counter?

16           A.    My male cousin.

17           Q.    What is your male cousin's name?

18           A.    His name is Taiwo Ajayi, and the

19    other female cousin is Bukola Kayode.  That was a

20    female.  Both of them were there.

21           Q.    And your uncle?

22           A.    Yes.

23           Q.    What is his name?

24           A.    James Deledilly.

25           Q.    Is it true that you and your male

17

1          A. Akinyemi

2  cousin went to the ticket counter?

3          A.   Yes.

4          Q.   And your male cousin had some

5  luggage he wanted to send to Nigeria with you?

6          A.   Yes.  And I, too, have another

7  excess luggage.

8          Q.   Pardon me?

9          A.   I have another excess luggage.  So

10  there are two excess luggage.

11          Q.   What happens with excess luggage?

12  You have to pay?

13          A.   You have to pay.

14          Q.   Where was your wife, Ms. Akinyemi,

15  while you were at the ticket counter?

16          A.   She was with my female cousin.

17          Q.   About how far away was she standing?

18               MR. OKOLI:  Can you use this

19          room to illustrate?

20          A.   From this end to that end is where I

21  came out from.  Where we came in through.

22          Q.   From the elevator?

23          A.   No, not from the elevator.  From

24  that corner there.

25               MR. OKOLI:  The door leading

18

1                        A. Akinyemi

2            into this place.

3            A.    No.  From that corner where we make

4      a right.

5            Q.    Right after we got the elevator?

6            A.    When we come inside you said make a

7      right.  But that, I believe there is an opening

8      there from that place to this place.  That

9      distance.  She was far away from it.

10           Q.    We are on the fifth floor of the

11     U.S. Attorney's office on 86 Chambers Street in

12     conference Room 515 and you are saying your wife

13     was about the same distance from where we are in

14     the conference room to the doorway that leads to

15     the elevators?

16           A.    Distance she was very far, yes.  She

17     was very far.

18           Q.    At any time did your wife approach

19     the ticket counter?

20           A.    No.

21           Q.    At any time did your wife speak with

22     the ticket agent?

23           A.    No.

24           Q.    How many bags did you have that you

25     needed to check to get onto the flight?

19

A. Akinyemi

1

2    A.    With my cousin's they are four.

3    Q.    Do you know what was in the bags?

4    A.    Yes.

5    Q.    Did you talk to someone at the

6    ticket counter?

7    A.    Only the lady who was checking my

8    luggage.

9    Q.    And what was the conversation, to

10   the extent you remember it?

11   A.    The conversation that I remember was

12   like -- after she finished checking the luggage I

13   told her, can you please -- because I bought --

14   what you call?  A lock.  The Lock I bought it at

15   the airport it is for -- they put TSA on it.  That

16   is an agency at the airport.  So they said if I

17   bought the lock I can use it to lock my, you know,

18   my baggage.  So after she finished she said, can

19   you please help me lock with the lock?  She said,

20   "No."  I said, "Why?  Then, do I waste my money to

21   buy this lock?"

22          Then the handler, the baggage

23   handler then said, oh, that if I really want to

24   lock it that I can go and lock it downstairs.  And

25   since I don't have anything in there I just throw

20

1                    A. Akinyemi

2    the lock inside my pocket and walk away.

3            Q.    Which baggage handler said this to

4    you?

5            A.    At the airport there.  I don't know

6    his name.

7            Q.    An employee of the airport?

8            A.    An employee of the airport.

9            Q.    What was this lock that you said you

10   bought?

11           A.    They put TSA, transport Security

12   Administration.  They have a lock with their name

13   on it.  That was the lock I bought.

14           Q.    Who sold this to you?

15           A.    I bought on a previous trip before

16   this one.

17           Q.    It was your understanding once you

18   had this lock you could lock your bag at the

19   ticket counter?

20           A.    And that lady said, the system have

21   changed.  You cannot lock your luggage here.

22           Q.    And the baggage handler said?

23           A.    If I want to, that I could go

24   downstairs and lock it.  I said, "Where?  Let's

25   forget about it."  Because on that day I am not

21

A. Akinyemi

1
2    happy.  So because of that I just want everything
3    to, you know, I don't want any headache.  I don't
4    want -- I have had enough of the day.
5              Q.    At the ticket counter was there any
6    discussion of your wife's position as an employee
7    of Customs and Border Protection?
8              A.    At the counter?
9              Q.    At the ticket counter did anybody
10   mention your wife's position as an employee of
11   Customs and Border Protection?
12             A.    She is not even there.  No.  Okay.
13   No.
14             Q.    What was in the bags?
15             A.    My clothes and the other one my
16   cousin brought has children's clothes in it.  Used
17   clothes, you know.  They donate it to various
18   people in Nigeria.
19             Q.    Anything else?
20             A.    No.
21             Q.    Do you know who the baggage handler
22   worked for?
23             A.    He worked for, I believe -- I
24   believe he worked for Air France.  Because it was
25   right behind them at the counter when you, you

22

1                          A. Akinyemi

2      know, when you put your luggage on the trolley to

3      go back, he was standing right there.  I don't

4      know him.

5           Q.    After you left the ticket counter,

6      where did you go after that?

7           A.    After that I went to where my wife

8      was standing with my cousin.  We were there.  She

9      had already bought them coffee and she asked me,

10     do I need coffee.  I said, no, I am not in the

11     mood for coffee.  After that they bid me farewell

12     and I went downstairs to proceed inside.

13          Q.    Who accompanied you, if anybody, to

14     the gate area?

15          A.    To the gate area?  It was only me

16     and my wife.

17          Q.    As you entered into the gate area

18     did you go through TSA security?

19          A.    Yes, I did.

20          Q.    Did you go through the metal

21     detector?

22          A.    Yes.

23          Q.    Did you have whatever carry-on bags

24     that you had?

25          A.    No.  Prior to that time, on the line

23

A. Akinyemi

1

2     my wife told me, "Oh, you have to remove your

3     shoes. You have to remove your shoes and remove

4     everything you have." Like my watch and

5     everything. I said, "Oh, this is the new law

6     now." So she -- from there she just went inside

7     and I was still on the line and I went through the

8     metal detector and push everything through.

9          Q.    And your wife went around TSA

10    security?

11         A.    Yes.

12         Q.    So she went in an area where --

13         A.    I don't know how she went because I

14    was on the line, but I know I met her inside.

15         Q.    You met her back in the gate area?

16         A.    No.  I met her inside.

17         Q.    What do you mean by inside?

18         A.    Inside this, after the metal

19    detector.

20         Q.    Did your wife carry anything with

21    her when she went around security that you took

22    with you on the plane?

23         A.    Not at all.

24         Q.    What happened after you met back

25    with your wife inside after TSA security?  What

24

A. Akinyemi

1

2  did you do?

3        A.    She was just, you know, we were just

4  talking, talking to me.  You know, just consoling

5  me.

6        Q.    Did you go to the gate area?

7        A.    Did I go to the gate area?

8        Q.    Yes.

9        A.    Where is the gate area?

10       Q.    Where you board the plane.

11       A.    At that time, no.  I was at the

12  waiting area where you sit down before you board

13  the plane.

14       Q.    How long were you there for?

15       A.    I would say I was there for -- at

16  that time she had already left.  So at that time I

17  was there waiting I would say for -- I can't

18  remember.  But I was like the last person there to

19  go in.

20       Q.    So after you met your wife back

21  inside, after the security --

22       A.    Yeah.  We spoke for about five

23  minutes and she said she had to go.  Because

24  probably she had to go back to work or something.

25       Q.    So your wife left and you stayed and

25

1                           A. Akinyemi

2    sat and waited?

3              A.    Yes.

4              Q.    Did there come a time when you got

5    up to board the plane?

6              A.    To board the plane, yeah.

7              Q.    And tell me what happened after you

8    got up and went to board the plane?

9              A.    When I got up to board the plane the

10   airline tear my boarding pass and give me the

11   other one to go inside, and after that I went in.

12             Q.    Other than having someone take your

13   boarding pass, did you speak with anyone before

14   you boarded the plane?

15             A.    No.  I didn't speak to nobody.

16             Q.    Did you speak to a CBP officer, that

17   you recall?

18                       MR. OKOLI:  Before you went to

19                  board the plane.

20             A.    Before I went to board the plane?

21   No.

22             Q.    And then you boarded the plane?

23             A.    No.

24             Q.    What happened?

25             A.    What happened was like in the middle

26

A. Akinyemi

1
2    of the tunnel, like you go down, you have to go
3    through before you make a left and go up a little
4    bit inside the plane.  At the middle of that
5    tunnel I found the money in my -- I realized that
6    I have the $150 in my wallet to give back to my
7    cousin who had paid for my excess luggage.  Inside
8    the tunnel my phone doesn't have a -- what do you
9    call it?  My phone is not working.  So I had to go
10   back out, out of the gate to the waiting area.  I
11   am getting to the waiting area with the intention
12   of asking the officers, can I use your phone?
13            At that time, my phone started
14   working.  I believe it's the tunnel that doesn't
15   have a signal.  So I started working and I was
16   like, "Oh, excuse me, officer.  Can I quickly go
17   outside?  I want to give my wife something."  And
18   that was ...
19            Q.    I think you said you walked down the
20   tunnel, you were halfway down the tunnel?
21            A.    Halfway down the tunnel, yes.
22            Q.    By tunnel, have you ever heard --
23   excuse me.  Have you ever heard it referred to as
24   the Jetway?
25            A.    I have never heard it.

A. Akinyemi                                    27

1

2          Q.     You just mean the hallway after they

3     take your boarding pass but before you get on the

4     plane?

5          A.     Before you get on the plane.

6          Q.     So you were about halfway down and

7     you stopped --

8          A.     And came back out.

9          Q.     Did you ever set foot on the plane?

10         A.     No.

11         Q.     Other than what you have testified

12    to, which is you realized you had $150 you needed

13    to give back to your cousin for the excess

14    baggage, was there any other reason why you turned

15    around and came back through the tunnel?

16         A.     No.

17         Q.     After you exited back from the

18    tunnel, what happened?

19         A.     That was another sad day for me,

20    because my intention was asking the officer, can I

21    do this?  And to this point I was expecting "yes"

22    or "no."  All of a sudden my question leads to my

23    interrogation.

24              Then the officer -- it is a male and

25    female officer.  Then the officer said, "Oh, where

28

A. Akinyemi

1
2  are you going?"  I said, "Where am I going as how?
3  I just came to tell you that can I just go and
4  give something to my wife that I forgot in my
5  pocket?"  He said, "No.  I mean where are you
6  traveling to?"  I said, "I am going to Nigeria."
7  He said, "You are going to Nigeria?  Where is your
8  passport and your ticket?"  "This is my passport
9  and my ticket.  And what do you do?"
10              I told him, I am a limo driver.
11  "Where did you get -- where did you get the money
12  to buy ticket?  I said, I worked for it.  Then he
13  said, a lot of questioning.  At that time I was
14  like why am I -- what is all this about?  I am
15  saying that to myself.  All I need from you is
16  just yes or no.  The next thing he said, "Oh,
17  where is your wife?"  I said, "My wife is outside.
18  And now that I have spoken to her she is almost at
19  the parking lot.  Can I call her or can I just go
20  outside to meet her?  That was what I needed from
21  you."
22              He said, "Oh, no."  A lot of
23  questions that I can't even start talking.  So at
24  that point in time he started saying, "Oh.  How
25  did you get the money?  What do you do?  Where is

1                         A. Akinyemi                    29

2       your wife?"  She is out in the parking lot.  She

3       must have been in the parking lot now.  Okay?

4       Then I called my wife to at least meet me outside

5       by the TSA so I can at least give her the money.

6       So along that line the female officer said, "Oh,

7       yes, let him go."  But the male officer said,

8       "No."  Then it was at that time I told him that,

9       "Officers, my wife is a colleague of yours."  She

10      is a custom and border protection officer like

11      you.  Then the male officer now asked me, your

12      wife?  Your wife is a custom officer?  I said,

13      yes.  What is her name?  I gave her the name.

14      Then the female officer now said -- because the

15      male officer asked her, have you ever heard that

16      name before?  Then the female officer said, "that

17      name rings a bell.  Well, I really can't picture

18      her face.

19                    Then at that point in time we were

20      like in the sitting area.  The officer said, "In

21      that case, why don't you just call her?"  Then

22      that was when I called my wife and she came and I

23      gave her the money.

24            Q.    Other than what you just testified

25      to, you have said that -- you used the words

A. Akinyemi

30

1  interrogation and you said that there was a lot of

2  questioning.  Other than what you have testified

3  to, do you recall any of the other questions that

4  were asked of you or your answers?

5       A.    Most of the questions he asked was

6  like, your wife, where is your wife from?  Then I

7  told her, she is a Nigerian American.  Probably

8  from before my wife came.  Then after my wife came

9  the lady said, "Oh, I know her."

10           Probably the officer asked me,

11  "Where does your wife work?" Then I said, "She

12  works at the Federal building in Newark, New

13  Jersey, Raymond Boulevard."  That was when I told

14  her she works there and when my wife came

15  approached us like oh -- the female said, "Oh, I

16  know her."  And she came and I gave her the money

17  there in their presence, $150, and we kiss and I

18  went back in.

19       Q.    Anything else about the conversation

20  with the CBP officers that you remember?

21       A.    That's what I can remember right

22  now.  That's the only one I remember.

23       Q.    Tell me what happened when your wife

24  came back when she approached.  What did you say

A. Akinyemi                                31

2  to her?

3          A.    I just told her that -- on the phone
4  I told her, please come and take this money from
5  me to give to my cousin to pay his bill, when his
6  bill comes -- when the bill -- you know, because I
7  don't want the situation where my cousin will
8  receive the bill and realize that why would they
9  charge me twice?  You know, so I said, come and
10 take the money so you can give him to pay the
11 bill.  That was the conversation with her.

12         Q.    When you were talking with the CBP
13 officers after you came back out from the tunnel,
14 where were you talking to them?

15         A.    They were right by the sitting area.

16         Q.    And when your wife came back and
17 approached you, where were you standing?

18         A.    I was by that sitting area.

19         Q.    Did your wife speak with the CBP
20 officers?

21         A.    I mean they are colleagues.  She is
22 in uniform they would have said, hello, how are
23 you.  But I can't remember what they said.

24         Q.    I think you testified that you gave
25 your wife $150?

A. Akinyemi                                    32

1

2          A.    Yes.

3          Q.    Did you give your wife anything

4    else?

5          A.    No.

6          Q.    Did your wife give you anything?

7          A.    No.

8          Q.    Other than giving your wife the

9    $50 --

10         A.    $150.

11         Q.    Sorry.

12               -- the $150, what do you remember

13   about your conversation with your wife?

14         A.    That was the only conversation we

15   had.  And part of the conversation we said it on

16   the phone that, you know, come and take this money

17   and give it to my cousin.

18         Q.    How long was your wife, after she

19   returned from when she left again, how long was

20   she there for?

21         A.    It's just a matter of this is the

22   money and we hug.  That was it.

23         Q.    I think you said less than three

24   minutes.  Is that what you said?

25         A.    Less than three minutes.

A. Akinyemi                              33

    2       Q.    Then what happened after that?

    3       A.    After that I went in the plane.

    4       Q.    Did you have any further discussion

    5    with the CBP officer?

    6       A.    No.

    7       Q.    Did you have any discussion with any

    8    representative from Air France?

    9       A.    No.

   10       Q.    It was an Air France plane?

   11       A.    It was Air France.

   12       Q.    I forgot to ask.  Did you have a

   13    discussion with any Air France representative when

   14    you were -- after you had had your boarding a

   15    taken?  Did you ever have another discussion with

   16    an Air France representative?

   17       A.    No.

   18       Q.    And so after your wife left --

   19       A.    I just went back in.

   20       Q.    And boarded the plane?

   21       A.    Yes.

   22       Q.    And did you get back off the plane

   23    after that?

   24       A.    No.

   25       Q.    Have you ever discussed any of the

A. Akinyemi

2    events that your wife alleges were discriminatory?

3         A.    With my wife?

4         Q.    Yes.

5         A.    She only told me that.  And I felt

6    that way, too when, discussing about it.  That

7    male officer was too mean.

8         Q.    Sorry.  Say that again.

9         A.    Too mean.

10                   MR. OKOLI:  The male officer

11              was mean.

12        A.    The male officer was too -- How

13   would I say it?  For somebody to just create, you

14   know, I would say hatred.  That's what I mean by

15   mean, to me.

16        Q.    What about these events did your

17   wife say to you she thought was discriminatory?

18        A.    Did she say that?  Yes, she did.

19        Q.    Let me try that again.  Why does

20   your wife believe that these events were

21   discriminatory?  Or what did she tell you about

22   why she believes that these events were

23   discriminatory?

24                   MR. OKOLI:  If she told you

25              that.

35

A. Akinyemi

1

2      Q.    If she told you that.

3      A.    No because I mean with the officer's

4  attitude towards me, why should I need to come to

5  you?  Simple question, "yes" or "no" and the next

6  thing is "Where is your passport?  You are

7  Nigerian?  How did you get the money?  How did you

8  marry your wife?"  It's like some classes of

9  people are not entitled to marry some classes of

10  people.  So because my wife is a Customs Officer,

11  that's the way I felt.  My wife is a custom

12  officer, I am a limo driver so I can't marry her?

13  "And where did you get the money?"  "How did you

14  get the money?"  "That's why I told you that I

15  work."

16      Q.    You are aware that eventually your

17  wife was terminated from CBP.  Has your wife ever

18  told you why she believes her termination from

19  employment was discriminatory?

20      A.    She told me because of her

21  nationality.

22      Q.    And what did she say as to why she

23  thought her termination was motivated by racial or

24  natural origin discrimination?

25      A.    Because she hasn't done anything --

A. Akinyemi

1
2    she hasn't got a warning letter from anybody.  No

3    written, nothing from nobody.  Nothing from -- she

4    hasn't even offended anybody to be given a warning

5    letter.  And the officer invited her to come.  The

6    officer said, "Call her."  And my thought was like

7    the officer wanted to know if I'm lying or not

8    that my wife work for CBP.  He wanted to see

9    himself.  Because the female officer said, "Let

10   him go."

11        Q.    What do you mean when you say the

12   officer invited her?

13        A.    She asked me to call her so she can

14   come.

15              MR. OKOLI:  When you say the

16        officer, you are talking about the

17        male?

18              THE WITNESS:  The male

19        officer.

20              MR. OKOLI:  First you said,

21        male, female.

22              THE WITNESS:  The male officer

23        said, "Call her.  She can come in."

24        So if you call somebody to come and

25        see you, why do you have to report

37

A. Akinyemi

1

2          the -- I am talking about the male

3          officer -- who said I should invite my

4          wife to come inside.  My thing is if

5          it's not discriminatory, if he doesn't

6          have any hatred for Nigerian, why

7          would you say she should come in and

8          at the same time turn back to report

9          her?

10        Q.    You exited the tunnel.  You came

11    back off the tunnel in order to contact your wife,

12    correct?

13        A.    Yes.

14        Q.    Are you aware that your wife was

15    terminated for bypassing TSA security while she

16    was off duty?

17        A.    I wasn't aware.

18        Q.    What is your understanding as to why

19    your wife was terminated from employment?

20        A.    My understanding -- to be honest

21    with you, my understanding is probably guilt by

22    association.  Being a Nigerian, being married to a

23    limo driver.  That is it.

24        Q.    And to your knowledge has anybody at

25    CBP ever said to her that she was being fired

38

A. Akinyemi

1

2    because she was Nigerian?

3         A.    I don't talk to anybody from there.

4    I don't know anybody from that job.

5         Q.    To your knowledge, has your wife

6    told you that anyone has said those things to her?

7         A.    No.

8         Q.    Is there anything else that your

9    wife has said to you about why she thinks she was

10   treated in a discriminatory manner?

11        A.    No.

12        Q.    After your wife was terminated from

13   employment from CBP, what did she do, if anything,

14   to try to look for work?

15        A.    She keep going to the unemployment

16   center.  She said she would go in the Internet

17   looking for job and stuff like that.

18        Q.    When did she start looking for work?

19                    MR. OKOLI:  To the extent you

20             remember.

21        A.    She started looking for job I would

22   say in January of maybe '06.

23        Q.    And tell me again.  I think you said

24   unemployment office?

25        A.    I mean the unemployment office, they

52

A. Akinyemi

1

2    have?

3        A.    That's it.

4        Q.    Mortgage?

5        A.    No, we don't have any.  We are

6    trying our best to pay.

7        Q.    But you do have a mortgage?

8        A.    We have a mortgage.

9        Q.    How much debt is outstanding on the

10   mortgage?

11       A.    I don't know.  She has all the

12   records.

13       Q.    Have you ever been subjected to any

14   government investigation?

15       A.    Never.

16            MR. OKOLI:  That you know.

17       A.    Not that I know.  Somebody can

18   investigate you and you don't know about that.

19       Q.    Have you ever been arrested?

20       A.    No.

21       Q.    Have you ever sought or received

22   treatment for alcohol or drugs?

23       A.    I don't drink, I don't smoke.

24       Q.    Have you ever sought or received

25   treatment for alcohol or drugs?

53

A. Akinyemi

1

2     A.    No.

3     Q.    Your wife, did she ever seek any

4 medical or professional help after she was

5 terminated from CBP?

6     A.    That I don't know.  The only thing I

7 know is that she gets counseling from the church.

8 Counseling from the church, from time to time.

9     Q.    Never went and saw a doctor?

10     A.    I don't know about it.

11               MR. CLOPPER:  I don't have

12          anymore questions.  Thank you very

13          much.

14               MR. OKOLI:  I have just a few

15          questions for you, sir.

16 EXAMINATION BY

17 MR. OKOLI:

18     Q.    Your father died in December 2005,

19 correct?

20     A.    Yes, sir.

21     Q.    When was he, in fact, buried?  When

22 was the funeral held?

23     A.    The funeral was in April 2006.

24     Q.    Did you go for that funeral?

25     A.    Yes, I did.

54

A. Akinyemi

1

2      Q.    Did your other siblings go for the

3  funeral?

4      A.    Yes, everybody came.

5      Q.    The ones who are married, your

6  siblings that are married, did their spouses

7  attend the funeral?

8      A.    Yes, they did.

9      Q.    The ones that have children, did the

10  children attend funeral?

11      A.    Yes, they all came.

12      Q.    Did your wife attend the funeral?

13      A.    No.

14      Q.    Did any of your children attend your

15  father's funeral?

16      A.    No.

17      Q.    So neither your wife nor your

18  children paid their last respects to your father?

19      A.    Not at all.

20              MR. OKOLI:  I'm sorry.  That

21          will be all.

22              MR. CLOPPER:  I have just one

23          question.

24  FURTHER EXAMINATION

25  BY MR. CLOPPER:

A. Akinyemi

Q.    Could I ask, and I know that this is difficult, if your father died in December 2005, why is it that the funeral was in April 2006?  Is that customary?

A.    That is the tradition.

Q.    What happens during that period? Why is that, if you can explain that to me?

A.    They have to do some traditional event because he is a high chief in the town and there is a special tradition they have to do before they put him in the ground.  So he has to stay for a longer period of time.

Q.    Did you stay in Nigeria when you first arrived until the final burial?

A.    No.  I came back in February.

Q.    You came back in February and then returned in April?

A.    Yes.

Q.    Why didn't your wife attend?

A.    Can't afford to pay the ticket.

            MR. CLOPPER:  I don't have any further questions.

            THE WITNESS:  Thank you, sir.

            (Time noted:  12:47 p.m.)

57

CERTIFICATE

STATE OF _____LAGOS_____ :

COUNTY/CITY OF_____IKEJA_____ :


Before me, this day, personally appeared

AKINTUNDE OLUBUKOLA SEWEJE AKINYEMI, who, being duly

sworn, states that the foregoing transcript of his

Deposition, taken in the matter, on the date, and

at the time and place set out on the title page

hereof, constitutes a true and accurate transcript

of said deposition.


_____

AKINTUNDE OLUBUKOLA SEWEJE AKINYEMI


SUBSCRIBED and SWORN to before me this 28th

day of _December_, 2007, in the

jurisdiction aforesaid.


FRIDAY NNANA UDOM
SOLICITOR & NOTARY PU
6. OSHITELU JR
LAGOS STATE
Tel: 234-(0)8023013842 Public
234-(0)8022217811

NOT APPLICABLE
_____

My Commission Expires

**Page 10 Line 3** "No" should read ("Yes") I said no, because I meant full time job.

**Page 14 Line 10** "my wife came down and drove me to the airport" should read ("my wife met me at the airport") she does not drive to work; she drove the car back from airport home.

**Page 16 Line 11** "she drove" should read ("I drove")


Akintunde Olubukola Seweje-Akinyemi


**FRIDAY NNANA UDOM ESQ.**
SOLICITOR & NOTARY PUBLIC.
6. OSHITELU    R    In Ja,
LAGOS STATE       Ri,
Tel; 234-(0)8023015842
    234-(0)8022217811