# EXHIBIT 36

**Law Offices of K.C. OKOLI, P.C.**
**330 Seventh Avenue, 15th Floor, New York, N.Y. 10001**

1

1

2    UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - - - -x

YEMISI AKINYEMI,

4                        :

             Plaintiff,     :

5                        :

6           -against-      :

7    MICHAEL CHERTOFF, SECRETARY   :
DEPARTMENT OF HOMELAND SECURITY,

8                        :

            Defendant.     :

9

10   - - - - - - - - - - - - - - - - - - - - -x

11         DEPOSITION of YEMISI AKINYEMI, taken by

12   Defendant at the office of the U.S. Attorney, 86

13   Chambers Street, 3rd Floor, New York, New York, on

14   Wednesday, September 12, 2007, commencing at 11:55

15   o'clock a.m., before Debra DiBenedetto, a Shorthand

16   (Stenotype) Reporter and Notary Public within and for

17   the State of New York.

18

19

20

21

22

23

24

25

```
 1

 2       A P P E A R A N C E S:

 3

 4           LAW OFFICES OF K. C. OKOLI, P.C.
                 Attorneys for Plaintiff
 5               330 Seventh avenue, 15th Floor
                 New York, New York  10001

 6           BY:  KENECHUKWU CHUDI OKOLI, Esq.,
                                    of Counsel
 7

 8

 9           UNITED STATES ATTORNEY'S OFFICE
             BUDGET FISCAL OFFICE
10               Attorneys for Defendant
                 86 Chambers Street
11               New York, New York  10007

12           BY:  JOHN D. CLOPPER, Esq., of Counsel

13

14           U.S. CUSTOMS AND BORDER PATROL
             U.S. DEPARTMENT OF HOMELAND SECURITY
15               Attorneys for Defendant
                 One Penn Plaza, 11th Floor
16               New York, New York  10119

17           BY:  CYNTHIA J. PREE, Esq., of Counsel

18

19

20

21

22

23

24

25
```

3

1

2            IT IS HEREBY STIPULATED AND

3      AGREED that the filing and sealing of

4      the within deposition be, and the

5      same are hereby waived;

6            IT IS FURTHER STIPULATED AND

7      AGREED that all objections, except as

8      to the form of the question, be and

9      the same are hereby reserved to the

10     time of the trial;

11           IT IS FURTHER STIPULATED AND

12     AGREED that the within deposition may

13     be sworn to before any Notary Public

14     with the same force and effect as if

15     sworn to before a Judge of this

16     Court;

17           IT IS FURTHER STIPULATED that

18     the transcript is to be certified by

19     the reporter.

20

21

22

23

24

25

4

1                                        Akinyemi

2      Y E M I S I    A K I N Y E M I, called as a

3                  witness, having been first duly sworn by

4                  Debra DiBenedetto, a Notary Public within

5                  and for the State of New York, was examined

6                  and testified as follows:

7      DIRECT EXAMINATION

8      BY MR. CLOPPER:

9                  Q     Ms. Akinyemi, my name is John

10     Clopper, I'm an assistant United States attorney

11     for the Southern District of New York and I'm

12     going to be asking you a few questions in this

13     case.  I represent Michael Chertoff, the secretary

14     of the Department of Homeland Security.

15                 Would you please state your name and

16     address.

17                 A     My name is Yemisi Akinyemi, I live

18     at 36 Hennessey Place, Irvington, New Jersey,

19     07111.

20                       MR. OKOLI:  Just one point

21                  before we proceed.  I want to place on

22                  record that we are withdrawing the

23                  second count of the complaint, without

24                  prejudice to filing in appropriate

25                  place.  That's the breach of contract

1                        Akinyemi

2          claim.

3                    MR. CLOPPER:   Thank you very

4          much, Mr. Okoli, because that will, I

5          think, shorten some things, and I

6          wanted to ask you about that.

7    BY MR. CLOPPER:

8          Q     I just want to start with a few

9    basics that we go through in all of these cases.

10   You understand that you are under oath and that

11   you have sworn to tell the truth?

12         A     Yes.

13         Q     And if at any time you don't hear my

14   question, you'll let me know?

15         A     Okay, I will.

16         Q     I would ask before you answer any of

17   my questions that you wait until I've finished the

18   answer or finish the question, and that when you

19   give an answer you give a verbal answer.

20         A     Okay.

21         Q     Also, if at any time you'd like to

22   take a break, please let me know.   I'd be happy to

23   take a break whenever you'd like.   The only thing

24   I would ask is that we not take a break while a

25   question is pending.   So we can answer the

Akinyemi

1

2    question and then we can take a break.

3                    Also, along similar lines, it's

4    improper to confer with your lawyer while a

5    question is pending.  Do you understand that?

6            A      I do.

7            Q      Okay.  And are you represented by

8    counsel here today?

9            A      Yes, I am.

10           Q      And who is that?

11           A      K. C. Okoli.

12           Q      Mr. Okoli may from time to time

13   object to my questions.  He's supposed to do that.

14   However, unless he specifically tells you not to

15   answer my question, you should go ahead and

16   answer.  Do you understand that?

17           A      I do understand.

18           Q      Great.  When all of this is done, I

19   will send Mr. Okoli a copy of the transcript and I

20   will ask that you read it, sign it and send it

21   back to me.  Is that okay?

22           A      That's okay by me.

23           Q      Okay, great.

24                    Have you taken any medication or any

25   other drug today that might interfere with your

7

1                              Akinyemi

2    ability to understand or respond to my questions?

3          A      I have not.

4          Q      Okay.  Is there any other reason why

5    you feel you can't testify truthfully today?

6          A      There's no reason.

7          Q      Okay.  You allege in your complaint

8    that you were discriminated against because of

9    your race, your color, and your national origin.

10   Have I stated those three bases correctly?

11         A      Yes.

12         Q      Okay.  During questioning I'll refer

13   to the alleged discrimination, and I may refer to

14   it as discrimination based on race, color and

15   national origin or I may refer to it as race or

16   color or national origin.  Unless I say otherwise,

17   when I refer to race, color or national origin I

18   mean all three.  Can we agree to that?

19         A      Yes.

20         Q      Great.  So I just want to start with

21   a little bit of background and then to your

22   current employment.  Where do you currently work?

23         A      Currently I work with Icom,

24   Incorporated, it's at 1011 Bloomfield Avenue.

25         Q      And what does Icom do?

8

1                              Akinyemi

2          A      It's an advertising agency, works

3   with pharmaceutical companies.  They do

4   literatures about drugs.

5          Q      And what do you do for them?

6          A      I'm an administrative assistant

7   there.

8          Q      And so what are your duties as

9   administrative assistant?

10         A      As an administrative assistant I do

11  writing a lot of literatures, it's correspondence

12  between doctors and med pharmaceutical companies,

13  I create a different presentations that's going to

14  be used for any market or to be marketed.

15         Q      How long have you worked there?

16         A      About four months.  I actually just

17  started the first week in May this year.

18         Q      What's your current salary?

19         A      I make $18 an hour.

20         Q      And is there a provision for a

21  bonus?

22         A      No.  And if I may add, it's a

23  part-time job.  They only have a part-time

24  position.

25         Q      How many hours per week are you

1                              Akinyemi

2    currently working?

3            A      Twenty hours.

4            Q      Is it, do you think it will stay at

5    20 hours or do you expect it will increase or

6    decrease or do you know?

7            A      It will stay 20.  In fact, yesterday

8    we discussed it, because I actually requested for

9    a raise and they said no, they cannot going

10   higher, they cannot give more hours.  That's what

11   it got to stay, because that's what their job

12   capacity can accommodate for now.

13           Q      Who is your supervisor there?

14           A      Patrick Guiliano, is the president

15   of the company.

16           Q      Okay, great.  And how old are you,

17   ma'am?

18           A      Thirty eight.

19           Q      And when were you born?

20           A      6/16/69.

21           Q      And where were you born?

22           A      I was born in Nigeria.

23           Q      Where in Nigeria?

24           A      Ebada.

25           Q      And you stated now you live in,

1                              Akinyemi

2    could you just tell me where it was?

3          A      I live in the town of Irvington at

4    36 Hennessey Place, Irvington, New Jersey.

5          Q      And when did you move from Nigeria

6    to the United States?

7          A      About '94.

8          Q      Are you an American citizen?

9          A      Yes, I am.

10         Q      And when were you naturalized as an

11   American citizen?

12         A      About 2001.

13         Q      And where you live now, how long

14   have you lived there?

15         A      I've lived there since I closed on

16   the house the 30th of April, 2003.  I moved in

17   like the first week of May, 2003.

18         Q      When you say you closed on the

19   house, I take it to mean that you own the house?

20         A      Yes, I do.

21         Q      And where did you live previous to

22   that?

23         A      Prior to that I lived on 10 Marshal

24   Street, Apartment 5-C, the same, Irvington and I

25   lived prior to that for ten years in the same

11

1                                   Akinyemi

2    building.

3            Q       And where did you live before that?

4            A       Before that I came to the United

5    States, I stayed with my sister for three months,

6    then we got our own apartment.

7            Q       Have you ever used any other name?

8            A       Before getting married?

9            Q       Um-hum.

10           A       Williams, before getting married,

11   but after I got married, my name was Akinyemi,

12   Akinyemi to make it easier.

13           Q       What was your name when you were

14   born?

15           A       Yemisi Williams.

16           Q       And then when you came to the United

17   States it was Yemisi Williams?

18           A       No, I came here married.

19           Q       I should ask you that then.  When

20   did you get married?

21           A       I got married '94.

22           Q       And when you got married your name

23   changed to?

24           A       Yemisi, Seweje, S-E-W-E-J-E, dash

25   Akinyemi, hyphenated.

12

1                                    Akinyemi

2          Q      And then when you went to work for

3      Customs and Border Protection you just started

4      using professionally?

5          A      Yes, because while I was with my

6      first employer was FedEx, while I was there I

7      didn't have to need no name tag so everybody

8      called me Yemisi, with customs it was so -- we

9      have to make life easier here for everybody of

10     us --

11         Q      I'm prone to jumping in and cutting

12     people off as well, so I'm going to do my best as

13     well.  I would probably need to be reminded.

14                So what is your Social Security

15     number?

16         A      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.

17         Q      And you said before that you were

18     married.  What's your husband's name?

19         A      Olu Bukola Akentunde, last name,

20     Seweje-Akinyemi.

21         Q      Is it okay if I refer to your

22     husband as Mr. Akinyemi?

23         A      Excellent.

24         Q      What is your husband's profession?

25         A      Limo driver.

1                            Akinyemi

2       the second weekend job that you sometimes did was

3       baggage?

4            A      Yes, depending on the assignment

5       that I'm given.

6            Q      And what kind of work was that?

7            A      Inspecting passengers' baggage,

8       luggages that they bring in, for contraband, for

9       what's not allowed.  That's what our job, and if I

10      could also put that, I also work at the warehouse.

11           Q      The warehouse?

12           A      Yes, where you examine imports that

13      are coming in, you do examinations.

14           Q      And where is the warehouse?

15           A      We have about five warehouses, we

16      had all around Newark and depending on where

17      you're assigned to work, we had an east coast

18      warehouse, we had the select warehouse, and

19      there's warehouses there.  Their consigned

20      warehouse, have individual packages are

21      consolidated to a large package and sent to a

22      broker.  I go to the warehouses to examine them

23      for any reason based on the orders that are given.

24           Q      And each of these areas I believe

25      you said first the primary area, the baggage area

43

1                                  Akinyemi

2       and then the warehouse, are these all secured

3       areas?

4              A      Yes, because they're internal areas.

5              Q      And so, when I say secured areas,

6       these are areas that are not accessible to the

7       members of the general public?

8              A      When you're coming in, because

9       they're just getting off the flight.

10             Q      So, would it be fair to say the only

11      members of the general public that are allowed to

12      be there are members who are coming off flights?

13      In other words, members of the general public who

14      have no official business to be there are not

15      allowed to be in that secured area?

16             A      I will not be able to know, because

17      I've seen so many people there.  I don't question

18      them why are they there.

19             Q      Okay.  Well, let's talk a bit about

20      December 5th, 2005.  What happened on the morning

21      of December 5th, 2005?

22             A      On the morning of December 5th, 2005

23      we had a call from Nigeria that my father-in-law

24      has been sick, that he passed, and my husband --

25      so, I went to work, because I had no one, my

Akinyemi

1
2  responsibility was import for the day, was three
3  officers detailed there, and we have different
4  post manned which has to be manned at all costs.
5  So I went in to work as usual and went to the
6  office of, spoke to my husband first, consoled
7  him, he started making arrangements to go to his
8  father -- I mean to his parents' home.  So I went
9  to the office and went to the supervisor's office
10 which was Mitchell Landau, to import specialist
11 supervisor, to explain to him the bereavement of
12 my family.  I explained to him what happened that
13 morning, I was the officer that was assigned to
14 stay late, because the office close at 4:30 and
15 somebody has to be there, so I explained this is
16 what happened, I'm not going to be able to stay
17 late.  I explained the situation, nobody's going
18 to do this, it's a great thing in the family, but
19 at the same time what's happening, he needs me
20 now.  He said okay, what do you think I could do?
21 What would help?

22              I said I have to leave at this time
23 I need time off, then I'll know, because of my
24 husband is leaving.  I'll not be able to wait to
25 4:30 to close, because there's not going to be

1                           Akinyemi

2    anyone to take care of the kids at home.  He said

3    okay.  He gave me the excuse for an hour to leave

4    early, because I said I was going to join my

5    husband at the airport.  Meanwhile, all through

6    work I was communicating with him, just to console

7    him in such a difficult state.

8            Q     Let me back up and just ask a couple

9    follow-up questions.  Who did you receive the

10   phone call from in the morning informing you of

11   your father-in-law's death?

12           A     My brother-in-law from Nigeria.

13           Q     From Nigeria?

14           A     Yes.

15           Q     When did the call come in?

16           A     Early in the morning, about

17   5:00 a.m. or six.

18           Q     Between the time of when you heard

19   the news of the death in the family and let's say

20   going to the airport, other than speaking with

21   your husband and other than speaking with Mitchell

22   Landau, did you speak with anybody else about the

23   death in the family?

24           A     Oh, yeah, a lot of people, the

25   calls, once he told me, I called my sister, called

1                              Akinyemi

2      his brother, calls were coming in back and forth,

3      a lot of friends we have here.  Yes, we spoke to

4      them, then what happened and everybody trooped in,

5      a lot of them mostly joined him to sort of

6      encourage him and comfort him.

7              Q     And what time did you arrive at work

8      that day?

9              A     8:30, like the day before, 8:30.

10             Q     Is that your normal time to start?

11             A     That's my normal time to start.

12             Q     At what point did you go speak with

13     Mitchell Landau?

14             A     If I can be accurate, a little after

15     ten when I saw him.  Yes, once I saw him, I was

16     trying to catch him in his office, because he has

17     two offices, so I was trying to track him down to

18     the downstairs office, a little after ten.

19             Q     Could you tell me again after you

20     informed him of your father-in-law's death what

21     the conversation, how the conversation went?

22             A     He said oh, I'm sorry, I sympathize

23     with you.  What can we do for you?  So I said at

24     this time, because I knew I was the officer

25     responsible to stay till 4:30, I said I will not

47

1                                    Akinyemi

2       be able to stay till 4:30 from that day because my

3       husband was not going to be home because that's

4       what's happened, he said he'll work it out to find

5       somebody to cover the bases while I'm not there.

6                    And I requested to leave early to

7       join my husband at the airport.  Then he excused

8       me.

9            Q      I'm sorry if you had already stated

10      this, but at what point did your husband decide to

11      fly to Nigeria?

12           A      He had already had the plan, you

13      know, that he was going to travel, but that

14      morning the father passed, all the plans changed.

15           Q      He'd already had the plan, what do

16      you mean by that?

17           A      Meaning that he had already had a

18      ticket to travel to Nigeria because the father was

19      ill, he had, they said it was lung cancer or

20      something which was not diagnosed until the last

21      minute, already had a reservation to travel, but

22      open date.  The whole plan just changed when they

23      said the man gave up.

24           Q      I see.  How long had he had a plan

25      to fly to Nigeria?

48

1                              Akinyemi

2          A     Maybe, I can't say, about maybe

3     three weeks or two.

4          Q     And his reasons for having planned

5     to go to Nigeria were to see his father?

6          A     Yes.

7          Q     Was there any other reason?

8          A     No.

9          Q     And so, I believe you said you asked

10    Mr. Landau for permission to leave a bit early to

11    go with your husband to the airport?

12         A     Yes.

13         Q     And what did Mr. Landau say?

14         A     He granted the permission.  He

15    excused me for an hour to leave early.

16         Q     Was there any other discussions with

17    Mr. Landau related to going to the airport other

18    than just a simple permission?  Was there anything

19    else in the conversation about --

20         A     Not with Mr. Landau, no.  If I may

21    say Mr. Landau isn't an officer so I couldn't --

22    he's a supervisory import specialist that

23    supervises us because I have no supervisor on the

24    site, so anything I have to do that requires

25    supervision I'm responsible to bring it to his

49

Akinyemi

1

2      knowledge instead of going to Elizabeth, where my

3      superiors are, which is Dominick Calise, Lorraine

4      Spina, and Cathy Hawkins.  So I only asked him for

5      permission to leave.

6          Q      You said something about Elizabeth.

7      Elizabeth is?

8          A      Where my supervisors are.

9          Q      And the names of your supervisors

10     are?

11         A      Directly or indirectly I report to

12     three supervisors based on who is covering the

13     units, Catherine Hawkins, Lorraine Spina, and

14     Dominick Calise.

15         Q      So, after you spoke with Mr. Landau

16     what did you do after that?

17         A      I went back to work and I told the

18     others two there what happened.  I just went back

19     to work, they were communicating with him.  Did

20     you do this, did you, trying to remember what's

21     needs to be done, and what kinds of things needed

22     to be done.

23              They're personal family things, did

24     you do this, did you take this, did you call this

25     person, did you inform this person, you know.

50

Akinyemi

1    Because we had -- so many things had to be done, I

2    was calling back and forth.

4         Q    And did you speak with any of your

5    other colleagues that day?

6         A    Yes.

7         Q    Who did you speak with?

8         A    I spoke to Brad Slutsky, Brendan

9    McPhail, and if I can remember, James Kennedy,

10   because I told them I'm leaving from here to the

11   airport to join my husband to see him off.

12        Q    Let's go through those a bit.  I

13   think the first one you said was Brad Slutsky.

14             And what was your conversation with

15   Mr. Slutsky?

16        A    The conversation was can I go to the

17   airport, like -- said going to be a problem

18   because when I work in Raymond Boulevard there's

19   no provision for parking.  As an officer it was

20   part of the conditions of going to work there,

21   because nobody wanted to work there because there

22   was no -- it is a small place.  It's in the heart

23   of downtown Newark.  So I was to take the public

24   transportation.  They had several officers that

25   was detailed there before me that said they

1                          Akinyemi

2       couldn't take it.  They left.  But I said don't

3       worry, I'll take it as long as the job gets done.

4       So there's no parking.  I go with public

5       transportation to work every day with my uniform

6       on.   The only thing is because I take a bus I

7       don't expose my weapon, I just have a jacket

8       depending on where the weather is, so -- and I

9       don't have an off duty clothes or nothing, I go

10      the same way, I come back the same way, no off

11      duty clothes because sometime from the Raymond

12      Boulevard you might be detailed, 4:30 it's

13      mandatory time, you have to report at this house,

14      we want this job done.  I'm going to the airport

15      to see my husband, then what happened, said okay,

16      that shouldn't be a problem.

17            Q       Was there any specific discussion

18      with Mr. Slutsky about using your credentials to

19      bypass security at the airport?

20            A       I did not mention using my

21      credentials and neither did I bypass security.

22      When I'm saying bypassing security, it's going

23      through security without being identified.  You

24      understand, I did not bypass security.  I went

25      through security but not bypass.  And neither did

52

Akinyemi

1
2    I go through security with my husband. He went as
3    a passenger. I just went because I'm in that
4    environment and that is the only way I could come
5    to that environment.
6              Q    Well, I just want to ask you a bit
7    about your conversations with Mr. Slutsky and
8    Mr. McPhail and Mr. Kennedy but it may be helpful
9    to jump forward a bit to talk about what happened
10   when you and your husband went through the
11   security area at the airport. So why don't we do
12   that. We'll have to come back a little bit to the
13   events that led up to it, but it might be a little
14   easier for both of us.
15             When you went through security with
16   your husband, you accompanied your husband from
17   the public main terminal of the airport to the
18   gate where his plane left, is that correct?
19             A    I did not accompany my husband. My
20   husband went through the passenger, we went to two
21   different places. He went through the passenger
22   line because he had the carry on luggage, he had
23   everything, he went through. I went on the side,
24   where people who work in the airport, where they
25   go through. It's not through -- so my husband, I

53

Akinyemi

1

2       did not -- I did not company him through that.  He

3       went through as a passenger, went through all his

4       regular screening that needs to be done.

5               Q       So your husband went through as a

6       regular passenger and you said you went by the

7       side?

8               A       Yes.

9               Q       And is this -- do you literally

10      mean, is there a lane that goes around the

11      security area?

12              A       Yes.

13              Q       And by the security area I mean

14      where they do the metal detector?

15              A       Yes.

16              Q       And where they do the x-ray

17      machines?

18              A       Yes.

19              Q       And so you went around that in a

20      lane that was designated for people that work at

21      the airport?

22              A       It's designated for everybody.

23              Q       Okay, well, what do you mean by

24      designated for everybody?

25              A       Because everybody pass through the

54

1                               Akinyemi

2    place.

3         Q      But this side lane that you went

4    through, who gets to go through there?

5         A      Like I said, everybody, only the

6    passengers, the people that passengers, the people

7    that get through the side lane is people that have

8    the Port Authority ID.

9         Q      You need a Port Authority ID to get

10   through the side lane?

11        A      Yes.

12        Q      When you say everybody, you don't

13   mean non-ticketed passengers, meaning the general

14   public, the general public doesn't get to go

15   through that side lane?

16        A      The general public does, even if

17   they are not ticketed passenger, if they have the

18   Port Authority ID.

19        Q      The general public did that if they

20   don't have a Port Authority, doesn't --

21        A      They might.  There are jobs in

22   general public that don't have Port Authority IDs

23   that work for government agencies that come

24   through that lane even when I was working, yes.

25        Q      And these people you've seen that

55

Akinyemi

1

2    have gone through without Port Authority IDs were

3    there on some official business?

4         A    I wouldn't know, I don't interrogate

5    them.

6         Q    Is there anybody monitoring that

7    side lane?

8         A    There's always somebody there.

9         Q    And who is there?

10        A    Depends on who's there, depends,

11   sometimes, I think they have security.

12        Q    And can the general member of the

13   public without any ID, without any badge, without

14   any uniform, simply walk through without being

15   challenged?

16        A    I would think so.

17             MR. OKOLI:   Note my objection.

18        Go ahead and answer.

19        Q    You would think so?

20        A    Yes.

21        Q    Why would you think so?

22        A    Because it's an open place for

23   anybody to walk through.

24        Q    Have you ever seen anybody simply

25   just walk through?

56

Akinyemi

1

2          MR. OKOLI:  Note my objection,

3              asked and answered.

4                  But go ahead.  When he asks

5              the question, wait a little bit before

6              you start to respond.

7                  My objection is asked and

8              answered.  But go ahead and answer.

9          Q      When you walked through was there

10    anybody there checking badges or uniforms or Port

11    Authority IDs?

12         A      I wouldn't recollect if there was

13    somebody -- like I say, it's an open place.  It's

14    not a closed place.  I'm sure you've traveled a

15    couple of times, and it's an open place.  You

16    don't know who's who, everybody's just standing,

17    you don't know what they're doing.

18         Q      Did you stop and speak to anyone as

19    you were walking through?

20         A      Nobody stopped me, so I didn't stop

21    to speak to anyone.

22         Q      Did you show your badge or ID to

23    anyone?

24         A      No.

25         Q      Was your badge visible?

1                              Akinyemi

2          A      Yes, my badge is always visible,

3    once I'm in uniform, and I'm coming from work, I

4    have it always visible, both badges for all the

5    locations that I work.  I have based on where I'm

6    working all the badges clipped together, I just

7    flip it.

8          Q      So you had -- I should go back and

9    be more specific.  You have different badges for

10   different places?

11         A      Yes.

12         Q      And then do you have like just a

13   general badge, you know, like I'm thinking of that

14   a police officer might have that just identifies

15   them as a police officer that has like a shield on

16   it or something like that, do you have that sort

17   of badge?

18         A      Yeah, that's the badge on the

19   uniform.

20         Q      That's the badge on the uniform,

21   okay.  And in addition to that, you have other

22   forms of ID like the authority Port Authority ID

23   or the AOA card, right?

24         A      Yes.

25         Q      And when you walk through the side

58

1                               Akinyemi

2      lane did you have both your badge and your Port

3      Authority ID badge visible?

4           A      Yeah.

5           Q      And you were wearing your uniform?

6           A      Yes.

7           Q      Were you carrying a weapon?

8           A      Yes.

9           Q      Was your weapon visible?

10          A      Yes.

11          Q      And I apologize if I've asked this,

12     but you said you didn't speak to anyone as you

13     walked through?

14          A      Um-hum.

15                 MR. OKOLI:   You have to

16            verbalize your answer.

17          A      You said what?

18          Q      You did not speak to anyone as you

19     walked through the side lane?

20          A      I didn't say nothing.  I just walked

21     by.

22          Q      Did you make eye contact with anyone

23     or nod at anyone?

24          A      I wouldn't recollect all these

25     details.

59

1                         Akinyemi

2          Q      I understand.

3          A      Because it's a casual environment,

4    it's just like when I leave the floor and I go on

5    a lunch break and I go through it the same way, I

6    walk through a primary upstairs, I'm off duty, I

7    am going to be dressed the same way I dressed that

8    day and I'm going to the restaurant to have lunch,

9    I pass the same place and I'm also off duty, so

10   it's not like it's a structured thing where I have

11   to talk to somebody or not to somebody.

12         Q      Sure.

13         A      Um-hum.  So just what I want to try

14   to make you understand, it's the same process I go

15   through if I'm off duty on lunch break.

16         Q      Why did you think you were entitled

17   to go through that side lane?

18         A      Because I've always gone there off

19   duty when I'm lunch break, I've seen many officers

20   gone there.  To my knowledge, and everybody, like

21   I say everybody goes through there.  And since I

22   took permission from the office that I said I'm

23   coming from there, I wasn't sneaking to be there.

24   So that was why.  I was just going around because

25   they know where I am and they know what I have

60

Akinyemi

1

2      come to do.  It's not that I'm escorting him in to

3      board the flight or I'm escorting him outside

4      where general passengers go.  So that was why I

5      just walked by.

6              Q     Sure, but would it be fair to say

7      that you were -- you thought you were entitled to

8      go through that side lane because you were a CBP

9      officer?

10                      MR. OKOLI:  Note my objection,

11                  she just said she'd been through

12                  before, she'd just testified, on lunch

13                  breaks, off duty, CBP officer or not

14                  CBP officer.

15                      But go ahead and answer.

16      BY MR. CLOPPER:

17              Q     Why did you think you were entitled

18      to go through the side lane?

19              A     If I could reiterate what I'd said

20      earlier, everybody goes through there, this is not

21      a conserve place not a -- once you get off, you

22      check in.

23              Q     What do you mean you get off and

24      check in?

25              A     I'm talking as a passenger.  As you

65

1                          Akinyemi

2   not be a concern, between three and four.

3           Q       Why had you been concerned about

4   going to the airport in your uniform while off

5   duty?

6           A       Because I'm not assigned there.  It

7   is because I didn't work there that day.  If I had

8   worked there, it wouldn't be an issue for me.

9           Q       Were you concerned that it would

10  violate a rule or regulation or some sort of

11  standard of practice of the office?

12          A       I just, well --

13                      MR. OKOLI:  Note my objection.

14                      Go ahead and answer.

15                      We can do this ten times,

16              you're just asking the same question

17              over and over.  Answer is not going to

18              change.

19          A       It's the same thing I'm telling you.

20          Q       I'm simply trying to understand what

21  the concern was.

22          A       I'm saying it in plain English.

23                      MR. OKOLI:  She wasn't

24              assigned there that day and it was

25              during work time.

1                              Akinyemi                    66

2          A      So my concern was seeing me, at the

3    time I'm supposed to be in a location of

4    assignment, that was my concern.

5          Q      What time did you leave work?

6          A      About three.

7          Q      And where did you go upon leaving

8    work?

9          A      Just took the train and I went on to

10   the airport.

11         Q      No stops, straight to the airport?

12         A      No stop.

13         Q      Where did you meet your husband?

14         A      At the check-in counter.

15         Q      And did your husband check in at the

16   ticket counter?

17         A      Yes.

18         Q      What airline was it?

19         A      Air France.

20         Q      And did your husband have any bags

21   with him?

22         A      Yes.

23         Q      And did he check in the bags at the

24   ticket counter?

25         A      Yes.

70

Akinyemi

went through the security with his bag.  And I

went on the side and I went in, so he checked and

he came in and we continued the conversation at

the gate.

Q    So, but again, just to back up, you

walked to the general area of the Transportation

Security Administration area, you walked together,

you separated at that point, is that correct?

A    We talked, he went through the

security area and I went on the side.  Once he was

done with his security screening we started

talking back at the gate area.

Q    So I know we've be through a bunch

of this, I'm going to keep it short.  But your

husband --

A    That's okay.

Q    Your husband went through as a

normal passenger?

A    Yes.

Q    Did your husband take his own bags

through, whatever bags he had with him at that

time, through the security check point?

A    I would think so, but I don't think

he had a bag, because he checked all his bag he

1                                    Akinyemi

2    had.  He had too much on his mind to hold one bag,

3    I think the last bag he had is what he came to

4    tell me, they didn't want to hold it, excess bag,

5    so he paid it and let everything go.

6              Q     I'm sorry, explain that.

7              A     He had one extra bag, you're

8    entitled to two luggages.  He had one extra.  And

9    he didn't want to pay it through, so he paid for

10   it.

11             Q     Paid for it, at the ticket counter

12   you can check an extra bag by paying for it?

13             A     Um-hum.

14             Q     Did you carry anything on behalf of

15   your husband through the side lane?

16             A     No.  No.

17             Q     Did you give anything to your

18   husband to take on the plane with him that did not

19   go with him through the security check point?

20             A     No.

21             Q     Were you carrying your own personal

22   belongings --

23             A     I wasn't holding nothing, because I

24   came by public transportation, so I couldn't hold

25   nothing.

72

1                              Akinyemi

2          Q      I think you said after you both got

3     through the security check point through different

4     avenues --

5                         MR. OKOLI:   Note my objection,

6                    you're mischaracterizing the witness'

7                    testimony.   She didn't say both of

8                    them got through security check point.

9                    The husband went through the security

10                   screening, she went in through the

11                   same place we were discussing and they

12                   met at the gate area and continued

13                   their conversation.

14         Q      I'm trying to find out where it was

15    that you re-met your husband after you briefly

16    separated.

17         A      After he went through security

18    screening.

19         Q      Right after?

20         A      Yes, at the gate area.

21         Q      And then, what happened at the gate

22    area?

23         A      At the gate area, they were boarding

24    already.  The plane was already boarding, so we

25    just had the final discussions and I just went

91

Akinyemi

1

2    Notice of Action, they gave to me on that day.  He

3    asked me only one question, if I'm right, then he

4    asked that question then I answered it.  He put it

5    into writing that that was what I said, I said

6    yes.

7         Q    I apologize for re-asking, because

8    generally speaking, it's the same cast of

9    characters because, but who was at the

10   December 19th meeting?

11        A    The same thing, it was Officer Fox,

12   Officer Calise, Officer Martella and myself.

13   Officer Spino was only on the first date.

14   Subsequent I met with them on four times, the

15   fourth time was when they gave me the Kalkinos,

16   all my Notice of Action, the rights and

17   everything, and Officer Fox has always been there

18   as the DCO.  He was the one actually questioning

19   me.

20        Q    And after the December 19th meeting

21   what was the next thing that happened relevant to

22   what happened on December 15?

23        A    Nothing, after December 19th meeting

24   after that I went back to work.  The

25   December 20th what happened I think one of my kids

1                              Akinyemi

2      something happened that they couldn't to go school

3      so I had to be home with them and their father was

4      not home, nobody to take care, so I called them

5      that I won't be able to come, because, I was just

6      home, on December 21st -- December 20th I think I

7      went to work, December 21st, yes.  Then I was

8      home.  Nothing happened after that I gave them,

9      that's it.  The next day my daughter was sick, I'm

10     sorry, sure, yes, then she went to school, I think

11     they called me to pick her up early, then the 21st

12     I had to stay home with her, because she had open

13     heart surgery, I was home.  Then I just heard the

14     doorbell, then three officers came in, three

15     officers came in, with the DCO and they said they

16     worked for CBP, they introduced themselves that he

17     they want to serve me a letter that I didn't want

18     to get.  They want to get all my Customs property

19     that is with me.  I said thank you, I took the

20     letter.  I signed, turned whatever was with me

21     with them, then I read the letter.

22              Q     Do you remember who it was that came

23     to your house?

24              A     Yes, two, I know very well by faces,

25     because I worked with them at the airport, but I

93

Akinyemi

1    can't recollect their name now, but I can --

2

3        Q    Okay.  And when you read the letter

4    what did it say?

5        A    It said that I was terminated for

6    misuse of position.

7        Q    And I'm sorry, when the officers

8    were there in your house did they tell you why

9    they were there, other than what you said, to

10    gather belongings?

11        Well, what did they tell you when

12    they were in your house?

13        A    I just said they told me they were

14    there from CBP to serve me this letter and to get

15    the CBP belongings that is with me.  They asked

16    for my weapon.  I unloaded it.  I gave it to them.

17    My badge, the I.D., they asked for the office keys

18    and I turned it in to them and --

19        Q    What did you do after you read the

20    letter?

21        A    I was just, well, thank God, because

22    I'm here today, I was shocked to my bones.  I was

23    shocked.  I never, it was the greatest shock of my

24    life, but you know, I was, I didn't know I was --

25    in fact, I couldn't get over, but it's almost two

1                                  Akinyemi

2       years, I'm getting back to on my feet.  Because

3       when I read the letter I'm like, what did I do?

4       Did I steal?  Did I kill?  What my crime was?

5       Because I didn't call out that day, maybe I should

6       call out, because I took the job a very important

7       part of me, if I didn't go all this wouldn't have

8       happened -- there was too much going through my, I

9       couldn't really put things together, because I was

10      trying to pinpoint what I did wrong.  That was my

11      first thing, trying to figure out what was wrong,

12      what I did wrong.

13              Q       So, let's talk about the allegations

14      of discrimination.  Who do you think discriminated

15      against you?

16              A       Everybody, from the first day there

17      was discrimination, because when I got to the gate

18      as courtesy if I was not a Nigerian, if I was not

19      a black person, if I tell you as an officer that

20      this is my husband there should be no issue of

21      integrity.  Officer Hector, DCO Hector said at

22      first on his statement I thought it was an

23      integrity issue.  Why would you think integrity?

24      Because I'm a Nigerian, because I'm black.  If

25      anybody that is not of my race tell you this is my

# Amendment to the Deposition

## Of

## September 12, 2007

## By

## Yemisi Akinyemi

Pg 9 Line24

Q. Where in Nigeria

A. Ibadan

Pg 1 line 19

Q. What is your husband's name

A. Olubukola Akintunde Seweje-Akinyemi

Pg 13 line8

Q. And their names?

A. The first is Olatunbosun, his last name is Ugbogu. He was born in 1986

Pg 15 line 3

Q. And when did you graduate

A. I graduated in 1985

Pg 17 line 18

A. After graduating fro Essex County College I continued my employment with FedEx. Seeing that CBP had a job opening that the educational requirements and work experience is commensurate with the degree I obtained, I said yes, I could fit in the environment and I switched over from FedEx to CBP.

Pg 18 line 7

From there I moved to what is a position called International document Agent which worked directly with then U. S Customs. The position acts as a liaison between FedEx International clients and Customs to collate all documents required for shipments coming in or going out of the U.S.

Pg 19 line 7

For better opportunity, because it was a government job. I knew there would be more or better job security and potential for growth since I already possess the skills and knowledge required for the job. I will also be able to put those skills to use there.

Pg 37 line 25

My responsibility was to attend to clients, the general public that comes in for import clearance. I do the inspection part of import clearance on behalf of the import specialist.

Pg44 line 17-24

I explained the situation, the great loss in my family and what I will want done. I asked to leave the office one hour early because my husband is bereaved.

Pg 47 line22

on that date

Pg 52 line 25

I did not go through security with my husband; I did not accompany him through the security.

Pg 59 line 5

I went through the same way I have walked through whenever I worked the primary or secondary at the airport and off duty on break. I was dressed the same way I dress if I was going to the restaurant to have lunch. I passed through the same place I do when I'm off duty for lunch. It is not like it is a structured environment where I have to talk to somebody.

2

Line 20

To my knowledge and to everybody's, like I said, every Officer off duty goes through there. And since I took permission before leaving the office, indicating that I was going there, I knew I was not sneaking there.

Pg 60 line 21

If I could reiterate what I'd said earlier, everybody goes through there, it is not a restricted area for any CBP officer off duty or airport personnel, it is a waiting area where passengers and airport personnel who are not traveling can go, it is not the jetway.

Pg 61 line 14

If I was going to go past the waiting area, then that would have been a concern. The question would be what was I going to do there? That is border nexus, the intention to travel is there.

Pg 64 line 20-22

They said no, it's no problem. My concern was being there because I was not detailed to work there on that day. My concern was not to go pass security.

Pg 71 line 7

He had one extra bag and he did not want to hold any bag with him, so he paid for the excess luggage.

Pg 74 line10

The gate area is the same as the waiting area or lounge that passengers wait before they board the flight. The gate is before the jetway. The ticket agent stands between the boarding gate and the jetway to retrieve passengers boarding pass. From the point the boarding pass is detached, it is a restricted area because that is the point that CBP Officers perform their duties. At that point the intention to travel is there. Any other area before the boading pass is detached is considered a secure public area. That is why I am able to go there off duty when on lunch break to eat. The only place I cannot go past is where the boarding pass is detached, it is known as "border nexus". At that point the person is traveling and that is the location CBP Officers have authority to question, examine or inspect anyone that crosses. The inspection takes place in the jetway, where we have the slanting stairs, it is like a hall way.

Pg 76 line 1

We were just wrapping things up on the phone while I walked back. I communicated with him for a while. When we got to the gate area, the passengers where lined up as the seat assignment was called for boarding.

Pg 81 line 10

When I got there, I said here I am. She called me in the office, called Dominic Calise and said they want her to take a statement from me about what happened on December 5th when I went to the airport with my husband.

Pg 85 line 15

She cannot answer any further question until I confer with a union attorney to find out if we are obligated to do this.

Pg 85 line 24

And you've said you've gone there not once, but you've gone there twice and they still have not told you what you did. He asked me what happened and I told him. He said is that it? I said yes.

Pg 86 line 4

If they (Officers at the gate) don't show up and there's no notice you cannot answer any further question, because you don't know what they're trying to do. No! That's not the procedure.

Pg 86 line 17

Officer Fox said I don't know, he said you don't know why you are questioning her? So what do you want to achieve and why do you want to question her if you don't know the purpose? Officer Fox said he was just being told to ask me questions.

Pg 96 line 21

I'm not the first person they will question as an Officer but I was the first person they did not go through all the laid down procedure with. I am the first person that

they (supervisors) has to be reminded of what has to be done for. It's because I'm Officer Akinyemi, a Nigerian.

Pg 97 line 6

No, that's Greg Jurzac. He was the one that said the more he researched my husband, the more derogatory information he discovered and he had the "gut feeling" that something was not right. Office Jurzac and Alice Long were the Officers at the gate.

Pg 97 line 11

They bring the money to forfeiture and confinements. It is not that they don't know me from the blues.

Pg 98 line 8

I said from the first day of the incident it was discriminatory, because when Officer Jurzac saw me at the gate he could not comprehend a Nigerian Limo driver married to a CBP Officer. It is discriminatory because he is a black man Alien kissing a black Officer. If it were a white woman kissing a white man, it wouldn't be a new thing to them. A Nigerian can't kiss. That was why Officer Jurzac said he did not believe he was my husband because of the situation he witnessed. If it was a caucasian Peter or Paul that is not a Nigerian doing the same thing, they will believe her introduction.

Pg 99 line 7

His statement is so discriminatory because in the statement that he gave, he said that after he had seen us, the action triggered a suspicion that made him to further to dig into his immigration records. Digging into the immigration records of the spouse of a colleague that told you immediately she saw you that the person she is with is her husband is plain and obvious discrimination.

Pg 99 line16

What's that got to do with them being together? As a season non-biased Officer, if there was any reason for suspicion at that point, Officer Jurzac and Long had the authority to as a CBP representative to go as far to strip him from his head to his toes without anybody questioning it. Why did they not do it if there was a probable cause? I had left the gate, why didn't they exercise their authority if there was a question with him not making eye contact?

Pg 100 line 7

And the second incident was the questioning. I sat at the questioning without any regard for my person. Not made to know what I was questioned for, this is because I am a Nigerian. . They have been senior Officers for years none of them got there yesterday.

Pg 103 line 6

If I were not a Nigerian there would be no reason to question my integrity.

Pg 103 line 12

But his report indicated that he went over to question his status because he knew there was more to him and he even called IA and SA.

Pg 103 line 15

What happened? Whatever happened had nothing to do with the incident of December 5th. I think it was in August of 2004. I was home on that afternoon when just I saw two postal inspectors at my house.

Pg 103 line 24

I didn't know them and they did not know me. As the owner of the house, I said may I please know you?

Pg 104 line 11

I never had contact with anybody in France, they said they came there to find out if he knew anybody and he said no.

Pg 106 line 20

The next day.

Pg 109 line 14

They choose the cases they are interested in.

Pg 112 line 1

She said Ms. Haage said I cannot wear skirt to work. They know I'm a Christian and she said if I want to continue wearing it for religious reasons I should put it in writing. I know this woman is up to something. Eventually they will restrict me from the kind of duties I can perform. And as someone on probation, I couldn't pick assignments. And she (Ms Haage) will say if you can't wear this type of uniform you can't work here.

Pg 116 line 23

Everything I say is not trusted. They will look at me and say she's a Nigeria. She is one of them. That was why they did not trust my introduction that he was my husband.

Pg 118 line

It is more implied than spoken. Things are better spoken in action than in words. They will not say it to me because I will not give them reason to.

Pg 118 line 6

There are evidences that she was not treated the same way. She had a Union representative and she got all the documents that an Officer is entitled to from the beginning of her incident. Infact, the time it took to look into her case as a probationary Officer was enormous, she got all that the rights and privilege because she is Caucasian.

Pg 118 line 18

Which obviously wouldn't have qualified them for the job.

Pg 119 Line 20

It's not what was ever effected at Newark Liberty International Airport. An Officer that's on break is off duty and they go to the area. Once you are off duty, everybody goes over to the gate area. So if they had never reprimanded an Officer for such incident before, they did it to me because I am a Nigeria.

5

Pg 124 line 24---Pg 125 line 1

The Officers I alleged know not to make statements to me. They don't work on the floor and wouldn't be able to do such but the Officers that were questioned, indicated that they target Nigerians on flights.

Pg 125 line 11

If you profile a Nigerian passenger, you are not going to separate the person. You are dealing with a nationality.

Pg 125 line 15

You are going to work with the same intensity based on the amount of knowledge, impression and information given you about them. You will not separate where in your brain or mind that this is an employee, you are dealing with a nationality which happen to be the employees heritage.

Pg 127 line 10

As a Nigerian Officer, I knew where my limits were, and that was the way I operated there. I did not give room to anybody to raise issues concerning me because of my nationality, especially with my knowledge of their perception of Nigerians. So I did everything strictly by what I knew was to be done. Which goes back to the one of my son, I knew not to let them raise the issue of Nigerian laundering money so I brought it to their attention despite his innocence.

Pg 137 line 10

That was not what I said.

Pg 137 line 13

It is in the investigative report, where he alleged that the Officers told him that I knew what I was doing was not right but I had to do it anyway because of the bereavement in the family. The investigator posed his allegation to the Officers and they said that I did not say anything to them.

Pg 137 line 14

I did not say anything else.

Before me:

KENECHUKWU C. OKOLI
Notary Public, State of New York
No. 02OK6158336
Qualified in Nassau County
Commission Expires Jan. 2, 2011

November 10, 2007

6