## UNSWORN DECLARATION

**SUBJECT**: Discrimination Complaint of Yemisi Akinyemi and Michael Chertoff, Secretary, U.S. Department of Homeland Security, Case Number HS-06-CBP-000306-040105.

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

In accordance with the following provisions of 28 U.S.C. 1746, I, Alyse Long, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated complaint:

1. Question: Was is your position title, grade, and organizational unit?

   Answer: I am a Customs and Border Protection Officer (CBPO) GS-1895-11 on the React Team of CBP. We search for outbound currency and explosives.

2. Question: What is your national origin and race?

   Answer: I am Caucasian from the United States

3. Question: What national origin are your parents?

   Answer: United States

4. Question: How long have you worked for CBP?

   Answer: I have worked for CBP since December 2, 2001.

5. Question: Who is your first level supervisor?

   Answer: My first level supervisor is Robert Johnson, the Supervisory CBPO attached to the canine unit. I am attached to that unit, but I don't have a canine. We are CBP Officers who work with the canine officers and their dogs.

6. Question: How do you know Yemisi Akinyemi, and are you aware of her national origin?

   Answer: I know her by face, but I don't really know her. I knew her because she

Page one of six pages                                    Initials

was a new officer who came in and spent some time at the airport. I didn't know where she was from on December 5th, when this incident occurred.

7. Question: What happened on December 5, 2005 in relation to Ms. Akinyemi?

Answer: Basically, Officer Greg Jurczak and I walked from KLM at Gate 42 to Air France at gate 46 in Terminal B. We did our regular routine outbound passenger inspections standing right at the jet way. The passengers hand in their ticket to the gate agent and they start to walk into the jetway, and we randomly stop them. You might stand in the jetway if there is no room outside, but this gate had a space before the jetway to do the inspection.

8. Question: What happened during that inspection?

Answer: Officer Jurczak stopped a passenger named Seweje for a random exam and asked him routine questions. Officer Jurczak and I were side by side talking to different people. Officer Jurczak was just speaking to Mr. Seweje, asking him questions, and then he just let him go and Mr. Seweje walked down the jetway towards the plane. Then Officer Jurczak finished my exam with me. My passengers where traveling with more then $10,000 and that required them to fill out Form FinCEN 105. Officer Jurczak helped me with the rest of my exam because if the currency was to be verified I would have needed a witness and Officer Jurczak would have been there to witness for me.

9. Question: Did you see Mr. Seweje again?

Answer: There was a brief time that passed, and then Mr. Seweje exited from the

Page two of six pages                                Initials

jetway with an airline representative. He said he called his wife, and I asked if we knew her, and he said, "She works with you". We work with lots of people in the airport, and I asked if I knew her and maybe I could go look for her, but her name didn't ring a bell. I tried to ask what flight he was getting on and he kept looking out at the lobby. So we were just staring at the lobby waiting for someone to come along.

10. Question: When he first talked to Mr. Seweje, had Officer Jurczak asked him anything about why he was taking the flight?

Answer: I can't answer that, because I don't know, since I was in the middle of my own exam at the time.

11. Question: What happened while you were waiting?

Answer: Officer Akinyemi came towards us from the checkpoint, I'm guessing, since it is a small satellite. She came over to me and said "Hi, I know you", and I said "I know you", and she gave me a half hug. But we had no idea why she came back. Then she talked to passenger Seweje for a minute or so and he then he took out what appeared to be two fifty-dollar bills out of his wallet and handed it Officer Akinyemi. Then they kissed and he left and went on board. She didn't say why she was there, but she did say he was her husband. It was just my impression that she was there because he had to give her money.

12. Question: Did she say anything about her husband going to Nigeria because his father had died?

Answer: No.

Page three of six pages                                Initials 

13. Question: What did Ms. Akinyemi do after her husband boarded the flight?

Answer: She departed the area and he boarded and we made sure the flight was done. Then we went back to the office and explained what had just transpired to Herbert Herter, our Deputy Chief Officer, because this had never happened before, an Officer coming up to the jetway, getting money, and leaving. On a daily routine, that doesn't happen.

14. Question: Did you speak to anyone else in management about that incident?

Answer: No one spoke to me again about that incident. I have no idea if anyone else in management spoke to Officer Jurczak.

15. Question: What is your understanding of the CBP rules or regulations regarding access to restricted areas at the airport for CBP Officers?

Answer: As far as my understanding, you can be in those areas if it is work related duty. If it is part of your daily job, that is where you go. I wouldn't go there if it was not during work-scheduled hours.

16. Question: What are the restricted areas at the airport?

Answer: Right beyond the TSA point where they check you in is a restricted area.

17. Question: Is there a difference between the requirements for access to the passenger area beyond TSA security and access to restricted areas like the jet ways for CPB Officers?

Answer: The jetways are for people who intend to fly, or who have access and are working and are on official business to be there. There are AOA badges you need to access those areas. We all have Port Authority ID's, and depending on what is on your

Page four of six pages                              Initials

ID, you have access to different areas, but only during your duty time. There has to be some kind of reason to be there.

18. Question: To your knowledge, do CBP Officers who are not on duty at the airport go through security there in order to use the restaurants or shops in the passenger waiting areas?

Answer: No. There is a food court in the airport at term B that the public has access to before the TSA gates and multiple bathrooms in this terminal.

19. Question: Are you aware of any other CPB Officers being found in restricted areas without an official reason to be there?

Answer: No.

Page five of six pages                                            Initials

I declare under penalty that the foregoing is true and correct.

Executed on 03/10/06 at Newark, New Jersey
         (Date)              (City/State)

Signature: _____

Name (Please print): Alyse Long    Alyse Long

Title: CBP Officer GS-11

Address: Newark Liberty International Airport

Newark, NJ 07114

Page six of six pages                    Initials _____