

**U.S. Customs and Border Protection**

Interview with CBP Officer Yemisi Akinyemi

Date: 12/19/05

Present:
CBP Supervisory Officer D. Calise
CBP Deputy Chief E. Fox
CBP Officer J. Martella (NTEU representative)
CBP Officer Y. Akinyemi

At 1010 hours, on this date, management conducted an interview with Officer Akinyemi to gain clarification on a written statement the officer had submitted on 12/9/05. The written statement and subsequent interview were in regard to an allegation that Officer Akinyemi misused her position as a CBP Officer.

The following documents were given to the employee:
- General Notice (indicating an administrative inquiry)
- Weingarten Rights
- Kalkines Rights

The clarifying question posed to the employee was as follows:

"How did you gain access to the secured area on the date in question?"

The employee responded that she had passed through the TSA security checkpoint unchallenged. She indicated that she was in full uniform with Port Authority ID displayed. She indicated that she was not stopped nor challenged by TSA, in any manner.

She also made the following unsolicited statements:

"I did not have time to go home and change."

I asked my supervisor if I could leave work early to see my husband prior to his departure. He approved my request to leave work early. (paraphrased)

"I asked other colleagues if it was OK to go to the airport in uniform and they advised me that there shouldn't be a problem since I am coming from work."

No attempt was made, at the time of this interview to determine the validity of any of the unsolicited statements.

At 1030 hours, the interview concluded.

_____ 12/19/05        _____ 12/19/05
Employee                          Management

ON DECEMBER 5, 2005, I, OFFICER LONG AND OFFICER JURCZAK HAD SELECTED AF 19 FOR A ROUTINE OUTBOUND INSPECTION. I WAS INSPECTING PASSNGER ▮▮▮▮▮ AND HIS WIFE INFORMING THEM OF THE CURRECNY REPORTING LAWS. DURING THIS TIME OFFICER JURCZAK WAS SPEAKING TO PASSENGER SEWEJE ASKING HIM ROUTINE QUESTIONS. AT THE SAME TIME I WAS FILLING OUT A FINCIN 105 FORM FOR $10,025 IN, WHICH MY PASSENGERS HAD DECLARED. AS I WAS FILLING OUT THE FINCIN 105, I WAS TAKING NOTE OF WHAT OFFICER JURCZAK WAS DOING. AT THE SAME TIME, OFFICER JURCZAK WAS BEHIND ME TAKING NOTE OF MY EXAM. PASSENGER SEWEJE STATED TO OFFICER JURCZAK THAT HIS WIFE WORKED FOR CBP AND THAT HE WAS GOING ON VACATION. OFFICER JURCZAK CONTINUED TO QUESTION SEWEJE, AS I WAS FINISHING UP MY INSPECTION WITH MR. AND MRS. ▮▮▮▮▮ OFFICER JURCZAK COMPLETED HIS QUESTIONING AND PASSENGER SEWEJE WENT ON TO BOARD THE AIRCRAFT. MY INSPECTION WITH MR. AND MRS. ▮▮▮▮ WAS COMPLETE AND THEY BOARDED THE FLIGHT. PASSENGER SEWEJE HAD RESURFACED FROM THE JETWAY WITH AN AIR FRANCE REPRESENTATIVE. HE STATED THAT HE WAS WAITING FOR HIS WIFE AND THAT HE HAD TO GIVE HER SOME MONEY. THE AIRLINE REPRESENTITIVE HAD A STRANGE LOOK ON HER FACE DUE TO WHAT JUST TOOK PLACE. I THEN ASKED SEWEJE FOR HIS PASSPORT, AND ASKED IF I COULD GO LOOK FOR HIS WIFE OUT IN THE LOBBY. SEWEJE STATED SHE IS ON HER WAY THAT HE HAD JUST SPOKEN TO HER. I ASKED SEWEJE WHAT FLIGHT NUMBER HE WAS ON AND HE STATED HE DIDN'T KNOW. HE KEPT STARING IN THE DIRECTION OF THE LOBBY WAITING FOR HIS WIFE TO ARRIVE. I THEN ASKED HIM AGAIN WHAT FLIGHT NUMBER HE WAS TRAVELING ON 18 OR 19 AND SEWEJE THEN STATED HE THINKS 19. SEWEJE'S WIFE HAD THEN WALKED UP INTO THE JETWAY IN UNIFORM WITH A SIDE HOLSTER THAT WAS BARELY NOTICABLE. SHE WAS NOT WEARING A DUTY BELT. HER RAYMOND BLVD ID WAS CLIPPED TO HER UNIFORM SHIRT BUT AN AIRPORT AOA BADGE WAS NOT VISIBLE. SEWEJE ASKED IF BOTH OFFICER JURCZAK AND I KNEW HIS WIFE. BOTH OFFICER JURCZAK AND I RESPONED YES, AND THAT WE WERE AWARE THAT SHE WAS A CBPO. UPON HER APPROACHING US SHE GIVE ME A HALF HUG, AND STATED "I KNOW HER!" AT THIS TIME SEWEJE PROCEEDED TO TAKE OUT HIS WALLET AND HAND WHAT APPEARED TO BE TWO $50 BILLS TO HIS WIFE. THEY THEN SHARED AN INTIMATE KISS RIGHT BETWEEN OFFICER JURCZAK AND I. AT THIS TIME SEWEJE'S WIFE DEPARTED FROM THE LOBBY AREA AND SEWEJE BOARDED THE FLIGHT. AT THIS POINT OFFICER JURCZAK AND I WHERE BESIDE OURSELVES AT WHAT HAD JUST TRANSPIRED. SOMETHING JUST WASN'T RIGHT WITH THIS SITUATION. WE HEADED BACK TO THE OFFICE WHERE WE PROCEEDED TO EXPLAIN THE SITUATION TO DCO HERTER.

