On December 5th, 2005 while conducting an outbound inspection of Air France 19, subject OLUBUKOLA SEWEJE (DOB 06-22-67) was selected for examination. The subject stated he was a limo driver and was going to Nigeria for two months because the weather in the US was getting "bad". When asked if he was traveling with anyone else, subject stated that he was alone. Furthermore, he stated that his wife was a CBPO and worked "where people come into the country". Being a Legacy Immigration Inspector, I asked his wife's name thinking I might know her. I did not recognize her name, nor was I familiar with any Officer/Inspector with the passenger's last name or the name the subject was saying. The subject asked if he should call her on his cell phone, as it was inferred that she had just left the gate area and could return very quickly if necessary. I told him that was not necessary and asked how much money he was carrying. He declared $2552 verbally. An "ARC" stamp was visible in his Nigerian passport, which could be consistent with his claim to be married to a USC. I was standing next to CBPO LONG during this exam, and was aware her inspection amounted to more than $10,000. I was the only other Officer present and concluded my interview with subject SEWEJE to assist Officer LONG to verify the amount of money her passenger was carrying. Subject SEWEGE was released without further incident. He left the gate/jet way entrance area and I assumed boarded the plane.

A few minutes later, after we had completed the verification of Officer LONGs passenger's funds, subject SEWEJE returned up the jet way with the AIR FRANCE boarding agent. I asked if he had forgot anything and he said he had called his wife and wanted to give her some money. At this time, CBPO LONG requested to see SEWEJE's passport. I in turn began probing SEWEJE about his trip and CBPO LONG attempted to ascertain his wife's identity and asked where she worked within CBP. SEWEGE avoided eye contact with us both, scanning the terminal for his "wife" giving us vague and indiscernible answers.

Moments later, a person I believed to be CBPO YEMSI AKINYEMI in uniform, came from the direction of the TSA checkpoint. I observed that while in uniform, she was wearing an off-duty holster and had no additional magazine/magazine holders or handcuffs. Her weapon was also in an unorthodox position, not visible on her waist from the rear. CBPO LONG made this observation as well. Additionally, I noticed her CBP Raymond BLVD/Seaport ID was displayed but I did not see her Port Authority ID. I believed at the time CBPO YEMSI AKINYEMI was on duty working somewhere in the terminal. She approached both CBPO LONG and myself and said "This is my husband. This is my husband." CBPO AKINYEMI forcefully hugged CBPO LONG and said, "I know you!"

Subject SEWEJE then removed his wallet from his pocket, took out two bills that I believe were $50s, and gave them to his "wife". I believe that in addition to CBPO LONG and myself, the Air France boarding agent was present. Subject SEWEJE and CBPO AKINYEMI said goodbye and then kissed each other on the lips.

12-13-15

The situation was very awkward, uncomfortable, and unprofessional. The perception to anyone watching, was of a passenger handing money to a uniformed officer with two other's watching, then kissing.

CBPO AKINYEMI left immediately. CBPO LONG and I briefly spoke about the incident, agreeing how bizarre and uncomfortable it had been. We were both taken aback and described our thoughts about what had just transpired. The flight's last passenger then approached the jet way and interrupted our conversation. CBPO LONG spoke to him briefly.

Upon arrival back to the office, CBPO LONG and I advised DCO HERTER about the incident in entirety. DCO HERTER advised me to query subject SEWEJE in every respect, including past travel, criminal history, and immigration status.

On Tuesday December 6th, after completing an outbound baggage operation of KLM 658, I went to the Air France Office below Terminal B to find the agent who had witnessed the event the night before. In addition, I was attempting to determine who else may have encountered or seen subject SEWEJE or CBPO AKINYEMI either during check-in or while boarding the aircraft. I was able to locate the agent from the night before. Her name is Josslyn Notkin and is the Assistant Station Manager for Air France. I requested her to reflect on the previous night, to try to find out who may have seen subject SEWEJE or CBPO AKINYEMI, or who checked him in. I then left the Air France office to work flight KLM 658 with ▆▆▆▆.

Upon completing KLM 658, I returned to gate 46 where Air France 19 departs from daily. I spoke with two Delta Customer Service Agents: JANICE AHEARN and DAMIEN STEPHIEN. Both recalled subject SEWEJE and "the police women". I assured them both they had not done anything wrong and I was seeking information regarding the night before, specifically the presence or lack there of CBPO AKINYEMI. I stated that I needed to clarify some facts and asked them if they recalled details of the previous evening.

I asked when and where they had first seen either subject SEWEJE or CBPO AKINYEMI. Both AHEARN and STEPHIEN recalled seeing subject SEWEJE and CBPO AKINYEMI together, upstairs inside Terminal B, checking-in at the Air France ticket-counter, at approximately 1630 or 1700. They again saw subject SEWEJE and CBPO AKINYEMI in front of gate 46, Terminal B, while the flight was boarding. This was at approximately 1845. Both airline agents stated that the time was not exact and was based upon normal operating times. Both concurred their estimates were fairly accurate but not exact.

Neither agent was able to determine whether subject SEWEJE or CBPO AKINYEMI came through TSA/security separately or together. They just knew they were both in the gate area together. I asked if either of them had checked-in subject SEWEJE. They had not, but were able to inquire on my behalf. They were able to determine, based on computer records, that JENNY CASAS, Delta Customer Service Agent, had checked-in subject SEWEJE. I requested to speak directly with JENNY CASAS.

JENNY CASAS came from the Terminal B Air France check in area to gate 46, Terminal B. I introduced myself, and asked if she had worked the previous evening. She said she had. I asked if she recalled checking in subject SEWEJE, who may have been with a CBPO in uniform. She recalled the individual (SEWEJE) and the officer. I asked her if there was anything out of the ordinary about the couple or their demeanor. She replied that both SEWEJE and CBPO AKINYEMI were pleasant, however, subject SEWEJE had a third bag that was overweight, and he was required to pay an additional fee for the bag. Ms. CASAS was able to determine from her computer workstation, that she had checked in subject SEWEGE at 2242 ZULU time, or 1742 local time. She confirmed that CBPO AKINYEMI was present at that time.

I asked if there was ANYTHING else out of the ordinary regarding the check in procedure or demeanor of the subject. Ms. CASAS stated that after checking in, but while still at the ticket counter, either subject SEWEJE or CBPO AKINYEMI requested to lock SEWEJE's luggage. CASAS stated she said that was not allowed, at least until the luggage had been cleared by TSA. CASAS went on to say that after telling SEWEGE and AKINYEMI this fact, CBPO AKINYEMI told CASAS that as a CBPO, she had the authority to go to the bag room and the TSA area, and could look the bags after they were cleared. CASAS told her that was her business, but it would not happen at the ticket counter. Additionally, CASAS concluded that she remembered seeing both SEWEJE and AKINYEMI at gate 46 during boarding. The time was approximately 1830.

After speaking with CASAS, I sought out and spoke with JOSSLYN NOTKIN, Air France assistant manager, again. I asked her if she recalled anything else from the previous evening and what her "take" was about the whole thing. She stated that she was not comfortable with the situation, especially when subject SEWEJE came back up the jet way (after boarding?) and told her he had called his wife and he was going to give her money. She also stated he said his wife was a Customs Officer. (In an attempt to bully or intimidate?) She also told me that when CBPO AKINYEMI came into sight, CBPO AKINYEMI yelled to her husband, subject SEWEGE, "Hi honey, you have some money for me?" I did not hear this statement personally.

After speaking with the airline representatives, I conducted further law enforcement computer queries on subject SEWEGE.

I ▓▓▓ his name and DOB to query his travel and/or criminal history. The information was vague and fragmented. It appeared he had no criminal record. His travel history, using his present Nigerian pp# was limited to two crossings, one inbound, one outbound.

His immigration status information too, was limited and fragmented. It appears he originally entered the US as a DV6- class lottery winning immigrant; a# ▓▓▓. There is little information regarding his status from 1995 until earlier this year when he applied for and received a new green card. ▓▓▓ shows subject SEWEJE was issued a new ARC 08-11-2005. His original ARC was to expire 11-02-05. As far as I can tell, his immigration status has been unchanged since his initial entry into the US.

Using ▓▓▓, I was able to determine whether SEWEGE has a DL. It appears he has a NJDL and a NYID. Two addresses were listed to the Ids. One: ▓▓▓ Street, Apt ▓▓▓, Irvington, NJ. Two: ▓▓▓ Irvington, NJ 07111. Both addresses were queried in ▓▓▓

There were 112 base records in ▓▓▓ on the ▓▓▓ Street address. I believe this address is an apartment building. There was one hit on the exact apartment number, ▓▓▓ but the name in the ▓▓▓ topically does not match the subject of this inquiry.

The search of the ▓▓▓ address yielded only one match. It is important to note however, that this is the same listed address for CBPO AKINYEMI ▓▓▓ record # ▓▓▓, input by the OI, ICE Newark, on 8-17-05 states an individual living at that address in currently under investigation for the distribution of fraudulent money orders. It is unclear whether this address is a single/double family home or apartment building.

A search of ▓▓▓ on 12-06-05 showed subject SEWEJE had no return tickets for the US. His original reservation for travel to Nigeria via Amsterdam was made on 11-10-05. His reservations were booked through Picasso Travel, 350 Fifth Ave., NY NY. He was originally booked to fly out of JFK Int'l Airport.

This information was relayed to DCO HERTER. Based on the information discovered, and the chronology of events and circumstances/coincidences, I was advised to compile all information into a packet to be forwarded to the appropriate agency for investigation.

This is all the information I have as of December 7th, 2005.

Greg Jurczak, CBPO (K9)   12-13-05

157