December 5th 2005, I was assigned as the "Watch Commander" for NLIA. The ▓▓▓ Unit (Outbound Team) assigned to my Branch was also on duty 1600x2400. At approx 1815 hours CBPO Jurczak notified me of a possible failure to declare on KLM 658 and requested a personal search, I responded to the Gate. Search was completed with negative results, passenger was allowed to complete an amended CF 4790 (forced) and boarded the aircraft. CBPO Long stated that they were going to go work AF 19; I departed the area and returned to the FIS.

After completing AF-19, and returning to the FIS, CBPOs Long and Jurczak contacted me to discuss what they termed a "bizarre" incident that happened on the flight. Both Officers felt taken aback with the incident and were uncomfortable with brining it to my attention as it involved a fellow CBPO, but also felt that something just wasn't right. After advising me of the incident, as detailed in both their statements, I asked what they thought. Officer Jurczak stated that he had a partial name of the Officer and had seen her "around" but wasn't exactly sure of whom she was. I told him that we had to determine who she was. I asked both Officers that if they felt that something wasn't proper why they didn't pursue the exam? Officer Jurczak said that with a fellow employee there it would have caused a scene and could have been embarrassing to the Agency. I concurred. Both Long and Jurczak stated that they felt that this "display" was put on for their benefit. I asked if they felt that there may be some question as to their marital status and both Officers were unsure. I directed Officer Jurczak to "look" into it deeper and I definitely wanted an exact identity of the Officer.

At this point I felt that this was no more than a CBPO using their official position for personal gain, as only passengers are allowed in the departure lounges. She obviously used her CBPO position to get around TSA screening. I also felt that her actions as to the passing of currency from a civilian to a uniformed Officer plus the "intimate" kiss were highly unprofessional. I directed the Officers to see if she was on duty in primary, because if she was I had a concern, as the Watch Commander, that she left her assignment without approval to go to the gate. Officer Jurczak advised me that she was not assigned to Primary this evening and that he was able to determine from other officers that her name maybe Yemsi Akinyemi and that she was assigned to DAU at Raymond Blvd. He also expressed concern that I positively identify the Officer before taking any action. He stated that he would recognize her if he saw her again. I now felt that something definitely was out of the ordinary so I conducted some checks in the employee system to further identify her. I determined the following:

- Name: Akinyemi, Yesmi
- SSAN: ▓▓▓▓▓▓▓
- Assignment: C4 Branch- Document Analysis Unit (DAU) Raymond Blvd.
- Office Phone: 973-368-6185
- Scheduled Tour: 0800x1600 and was in on 12/05/05.
- SCD: 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 Grade 09/01
- Home Address: ▓▓▓▓▓▓▓ Irvington NJ. Note: This address was not familiar to the two Officers from reviewing Mr. Seweje's documents.



> Contact Info: [redacted] Phone: [redacted] Note: No reference to her "husband".

On 12/06/05 I directed Officer Jurczak to follow up with this issue, as I felt that there was an integrity issue developing with her actions at the Airport and possibly her association with the passenger. Officer Jurczak conducted several queries in the system for the passenger's "Status", and Criminal History. He also conducted some follow up questioning of the Airline Personnel. The information revealed is detailed in his statement. At approx 2040 on 12/06 Officer Jurczak contacted me at my residence to advised me of the derogatory information he discovered as related to [redacted]. Officer Akinyemi's documented residence. I immediately notified Acting Area Director J. Rivera of the new developments, he advised to put together a package and notify the Duty Agent for the Office of Professional Responsibility the next day.

12/7/05 Officer Jurczak and I reviewed all of the information to document the incident. When discussing the information on CBPO Akinyemi's residence it was suggested that this might be an apartment complex and a "bad" coincidence. We contacted S/A Guy Larbera to inquire into the [redacted] and the type of residence this was. He confirmed that it was a single-family dwelling and that they were already aware of Officer Akinyemi. I also contacted Mr. R. Jacobowitz, Physical Security Officer to see if he had a picture of Officer Akinyemi, from her Raymond Blvd Id, on file so that Officers Long and Jurczak could confirm that she was the individual. An image was forwarded and identified by both officers. I asked if we should notify the OPR Duty Agent as a "new" issue or did he want to advise the case Agent he was working with. S/A Larbera said he would get back to me and later advised me to notify the OPR Duty Agent as a separate incident. At that time I advised Acting Area Director J. Rivera of the developments as to the investigation. I then notified OPR S/A Darlene Line.

These are the developments that are current as of 12/07/05.

*[signature]* 12/12/05
Herbert Herter
DCO K-9/REACT
Newark Area.