Attn: SCBPO Loraine Spina
1210 Corbin Street
Elizabeth
NJ 07114

December 9, 2005

### RE: DECEMBER 5, 2005

On December 5, 2005 my family received a telephone call from Nigeria that my father in-law passed that morning and my husband had to leave for Nigeria on the next available flight, which was approximately at 1830hrs.

When I got to work at 1100 Raymond Blvd Newark, I informed SCBPO Mitchel Laudau of my situation and requested approval to leave early so I can see my husband off at the airport. SCBPO Laudau approved my request.

At the airport I met with my husband and at that time he told me he had to give me $150 before he departs. My husband went through all proper security procedures required by TSA and the airline. After the security check, I accompanied my husband to the gate. When we arrived at the gate the plane was already boarding and he went on line to board the plane and I left.

As I was walking back, I received a phone call on my cell phone from my husband and he told me he forgot to give me the $150. I walked back to the gate where my husband was standing with two CBP officers. My husband gave me $150 (3 $50 bills) as the officers watched and I went home.

Yemisi Akinyemi
CBPO

USA0256