Akinyemi                                                    80

1

2          A      I said officers, Hi, I know Alice

3    Long so I hugged her, how are you doing, I said

4    that's my husband.  That was the only thing I

5    said, and I left.  If I could say, telling them

6    not to bring a question of curiosity who is this

7    person, and I feel comfortable telling them who I

8    am with, that was why I identify him who's my

9    husband.

10         Q      Where did you go after you left your

11   husband the second time?

12         A      I went to pick my kids up because

13   they were in school.

14         Q      So you went home, you didn't go back

15   to work that day?

16         A      I had been excused one hour to leave

17   early, so it wasn't possible for me to go back to

18   work.  I went back home.

19         Q      After you left the airport, when was

20   the next time you spoke to anyone about what

21   happened that day, spoke to anyone at work about

22   what happened that day?

23         A      I didn't speak to anyone, was it

24   December 9th, if I could recollect.  Ninth or --

25   December 9th, yes, I had actually called Lorraine

1                    Akinyemi                    81

2    Spino to tell her something about the job.  I was

3    the one that called her, then she said oh, Yemisi,

4    I want you to come see me at Corbin Street, in

5    Newark where she works out of.  And I said when?

6    She said as soon as I have time or I have somebody

7    that's there that could cover for me, so I said

8    okay.  So I went over there.  So, I think, did she

9    tell me anything on the phone?  I can't recollect.

10   When I got there then I just said, I'm here, then

11   she called me in the morning, she called Dominic

12   Calise.  They want her to take a statement from me

13   about what happened on December 5th when I went to

14   the airport with my husband.

15            The first thing she asked me was did

16   I take permission, I said yes, she said from who,

17   I said from Mitch, I told Mitch.  She said what

18   happened, so I told her -- I think she was aware

19   my father-in-law passed.  I said that was --

20   that's the day my husband traveled.  I said I took

21   permission, she said are you sure you got -- I

22   said, yes, that I went in the morning, I explained

23   to Mitch.  He excused me, he'll give me 59

24   minutes, he excused me to go to the airport to

25   join my husband.  She said write that in the

Akinyemi                                                    82

statement, including that you got permission from
Mitch to be at the airport at that time, which was
the statement I wrote.

      Q    This meeting with Ms. Spino, did you
say somebody else was present?

      A    Yes, Dominick Calise was present,
and Joe Matella, that's a union representative.

      Q    And at this time, did any of the
people at that meeting refer to your race, or
national origin?

      A    The only thing she told me was just
what I told you what happened at the airport.
What were you doing at the airport on the 5th.  I
told her.  Who give you permission.  I told her.
Nothing, we didn't discuss nothing, instead write
me a statement.

      Q    Did you give her a written
statement?

      A    Yes, I did.

      Q    Okay.

          MR. CLOPPER:  I'm going to ask
          the reporter to mark this as
          Government's Exhibit 5.

             (Witness' written statement

Akinyemi                                  83

was marked as Deposition Exhibit No. 5

for identification, as of this date.)

BY MR. CLOPPER:

Q       I'm handing you what's been marked

as Government's Exhibit 5.  Is this the statement

or letter that you wrote to Ms. Spino?

A       Yes.

Q       Thank you.

A       You're welcome.

Q       After your meeting with Ms. Spino

when was the next time you spoke to anyone at CBP

about the events of December 5th?

A       I think about a week later, it was,

if I could -- it was, I think it was Robert

Oscard, he told me at the Raymond Boulevard where

he was, he said, Yemisi?  I said sir?  He said, I

will want you to go back to Raymond Boulevard to

speak to Dominick about your going to the airport

on December 5th.  Then he said you should try to

get a union representative with you.  Then I said,

okay.  So I went there.  So that was when I told

the people -- when -- I think that was the second

time, yes.  Then I got there, I went to the union

office, got Joe Martella, he should come again.

84

Akinyemi

He said for what.  I said I don't know.  So when
we got there, it was DCO Fox, Ed Fox, was there,
and Dominick Calise.  Then they said they wanted
to question me.  They started questioning me and
Joe Mantella's the union representative, said no,
this is the second sitting that we've come here.
What is the allegation?  What is happening that as
a union representative and as a union member under
the terms of agreement, before someone is going to
be interrogated or questioned we should have an
allegation or the people that are alleging should
be present, none of the things that are contracted
have been done.  Why is she being questioned?

They said -- Fox said there's no
allegation, that they're just interrogating, he
said well, I cannot let you interrogate any
further, because you're asking so many questions
and at this time I need to confer with my union
attorney.  So he left.  He went to call the union
attorney and, the union president was there,
Larry, and he said no, oh, no, why are they
questioning you?  I said, I don't know.  Did they
give you the Kalkinos law letter?  Not law,
letter.

Akinyemi                                      85

1

2      Q      I think you were talking about a

3  conversation you had where someone mentioned the

4  Kalkinos letter?

5      A      Yes, the union representative

6  mentioned like five different documents that, well

7  she cannot continue, you know.  Did you give her

8  this, did you give her this, like he said, we left

9  the office, he said no, she cannot answer any

10  question, because as a union representative these

11  are the things I know that should be done before

12  any of these things take place.  And this is the

13  second meeting.  You violated the first time and

14  this is the second time.  Nothing has been done,

15  she can nothing further until I go to confer with

16  a union attorney to find out are we obligated to

17  do this.  Then he called the attorney with the

18  union president, he was in the office, the union

19  attorney said no, you cannot answer any further,

20  any question, so, explain this is the law, before

21  they interrogate or ask you, they should let you

22  know what you have been questioned for, what you

23  have done.  And you've said you've gone their

24  once, you've gone twice -- he said me, what

25  happened?  He said is that it?  I said no.  Is

Akinyemi                                    86

there any more to it?  I said no, that was it.  He
said did any of the people show up?  I said no.
If they don't show up and there's no notice you
cannot answer any further thing, because you don't
know what they're trying, no, all other things.
So officer Martella went back to them and told Fox
and Dominick Calise that, well, this is what the
lawyer said.  You have been supervisors for years
and you should know.  And this is not the first
person you're interrogating or you're questioning.
You should know what and what and what documents
are required before you talk to an officer
concerning any issue.

          Do you have any of those?  What has
she done?  They said we don't know.  Officer Fox
said I don't know, he said you don't know, so why
you want to, that he was just being told to ask me
questions.  How are you going to be told who to
ask her questions when I don't know what the
question is driving at, what are you trying to
achieve?  What is the charge?  He said he doesn't
know.  Martella said at this point, I said -- said
no, without providing this document, this document
so that we know what you are investigating, she

Akinyemi

1

2   cannot answer further questions.

3        Q    So let's go back to the second

4   meeting.  So it's the meeting after the meeting

5   with Ms. Spino, I think you said the meeting with

6   Ms. Spino happened on December 9th and so the

7   second meeting was with Mr. Fox, Mr. Calise,

8   Mr. Martella?

9        A    The first meeting was with

10  Mr. Martella, Mr. Fox, Calise and Spino, it wasn't

11  Spino alone.

12       Q    At that first meeting there was no

13  discussion of your race, national origin or color?

14       A    No, the only thing they asked was a

15  statement what happened.

16       Q    And you gave them the written

17  statement?

18       A    Yes.

19       Q    And there was the next meeting and

20  the next meeting the people that were there at the

21  meeting were Fox, Calise and Martella, is that

22  correct?

23       A    Yes.

24       Q    At that meeting did anyone say

25  anything about your race, color or national