```
                                                              23
 1                      A. Akinyemi
 2    my wife told me, "Oh, you have to remove your
 3    shoes.  You have to remove your shoes and remove
 4    everything you have."  Like my watch and
 5    everything.  I said, "Oh, this is the new law
 6    now."  So she -- from there she just went inside
 7    and I was still on the line and I went through the
 8    metal detector and push everything through.
 9              Q.    And your wife went around TSA
10    security?
11              A.    Yes.
12              Q.    So she went in an area where --
13              A.    I don't know how she went because I
14    was on the line, but I know I met her inside.
15              Q.    You met her back in the gate area?
16              A.    No.  I met her inside.
17              Q.    What do you mean by inside?
18              A.    Inside this, after the metal
19    detector.
20              Q.    Did your wife carry anything with
21    her when she went around security that you took
22    with you on the plane?
23              A.    Not at all.
24              Q.    What happened after you met back
25    with your wife inside after TSA security?  What
```

```
                                                              24
 1                    A. Akinyemi
 2   did you do?
 3        A.    She was just, you know, we were just
 4   talking, talking to me.  You know, just consoling
 5   me.
 6        Q.    Did you go to the gate area?
 7        A.    Did I go to the gate area?
 8        Q.    Yes.
 9        A.    Where is the gate area?
10        Q.    Where you board the plane.
11        A.    At that time, no.  I was at the
12   waiting area where you sit down before you board
13   the plane.
14        Q.    How long were you there for?
15        A.    I would say I was there for -- at
16   that time she had already left.  So at that time I
17   was there waiting I would say for -- I can't
18   remember.  But I was like the last person there to
19   go in.
20        Q.    So after you met your wife back
21   inside, after the security --
22        A.    Yeah.  We spoke for about five
23   minutes and she said she had to go.  Because
24   probably she had to go back to work or something.
25        Q.    So your wife left and you stayed and
```

```
                              A. Akinyemi                    25
 1
 2    sat and waited?
 3         A.    Yes.
 4         Q.    Did there come a time when you got
 5    up to board the plane?
 6         A.    To board the plane, yeah.
 7         Q.    And tell me what happened after you
 8    got up and went to board the plane?
 9         A.    When I got up to board the plane the
10    airline tear my boarding pass and give me the
11    other one to go inside, and after that I went in.
12         Q.    Other than having someone take your
13    boarding pass, did you speak with anyone before
14    you boarded the plane?
15         A.    No.  I didn't speak to nobody.
16         Q.    Did you speak to a CBP officer, that
17    you recall?
18              MR. OKOLI:  Before you went to
19         board the plane.
20         A.    Before I went to board the plane?
21    No.
22         Q.    And then you boarded the plane?
23         A.    No.
24         Q.    What happened?
25         A.    What happened was like in the middle
```

```
                                                              26
  1                     A. Akinyemi
  2    of the tunnel, like you go down, you have to go
  3    through before you make a left and go up a little
  4    bit inside the plane.  At the middle of that
  5    tunnel I found the money in my -- I realized that
  6    I have the $150 in my wallet to give back to my
  7    cousin who had paid for my excess luggage.  Inside
  8    the tunnel my phone doesn't have a -- what do you
  9    call it?  My phone is not working.  So I had to go
 10    back out, out of the gate to the waiting area.  I
 11    am getting to the waiting area with the intention
 12    of asking the officers, can I use your phone?
 13              At that time, my phone started
 14    working.  I believe it's the tunnel that doesn't
 15    have a signal.  So I started working and I was
 16    like, "Oh, excuse me, officer.  Can I quickly go
 17    outside?  I want to give my wife something."  And
 18    that was ...
 19         Q.   I think you said you walked down the
 20    tunnel, you were halfway down the tunnel?
 21         A.   Halfway down the tunnel, yes.
 22         Q.   By tunnel, have you ever heard --
 23    excuse me.  Have you ever heard it referred to as
 24    the Jetway?
 25         A.   I have never heard it.
```

27

1         A. Akinyemi

2    Q.    You just mean the hallway after they
3 take your boarding pass but before you get on the
4 plane?
5    A.    Before you get on the plane.
6    Q.    So you were about halfway down and
7 you stopped --
8    A.    And came back out.
9    Q.    Did you ever set foot on the plane?
10   A.    No.
11   Q.    Other than what you have testified
12 to, which is you realized you had $150 you needed
13 to give back to your cousin for the excess
14 baggage, was there any other reason why you turned
15 around and came back through the tunnel?
16   A.    No.
17   Q.    After you exited back from the
18 tunnel, what happened?
19   A.    That was another sad day for me,
20 because my intention was asking the officer, can I
21 do this?  And to this point I was expecting "yes"
22 or "no."  All of a sudden my question leads to my
23 interrogation.
24        Then the officer -- it is a male and
25 female officer.  Then the officer said, "Oh, where

```
                                                              28
 1                      A. Akinyemi
 2   are you going?" I said, "Where am I going as how?
 3   I just came to tell you that can I just go and
 4   give something to my wife that I forgot in my
 5   pocket?" He said, "No. I mean where are you
 6   traveling to?" I said, "I am going to Nigeria."
 7   He said, "You are going to Nigeria? Where is your
 8   passport and your ticket?" "This is my passport
 9   and my ticket. And what do you do?"
10             I told him, I am a limo driver.
11   "Where did you get -- where did you get the money
12   to buy ticket? I said, I worked for it. Then he
13   said, a lot of questioning. At that time I was
14   like why am I -- what is all this about? I am
15   saying that to myself. All I need from you is
16   just yes or no. The next thing he said, "Oh,
17   where is your wife?" I said, "My wife is outside.
18   And now that I have spoken to her she is almost at
19   the parking lot. Can I call her or can I just go
20   outside to meet her? That was what I needed from
21   you."
22             He said, "Oh, no." A lot of
23   questions that I can't even start talking. So at
24   that point in time he started saying, "Oh. How
25   did you get the money? What do you do? Where is
```

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018 (212) 869-1500

```
                                                              29
   1                    A. Akinyemi
   2    your wife?"  She is out in the parking lot.  She
   3    must have been in the parking lot now.  Okay?
   4    Then I called my wife to at least meet me outside
   5    by the TSA so I can at least give her the money.
   6    So along that line the female officer said, "Oh,
   7    yes, let him go."  But the male officer said,
   8    "No."  Then it was at that time I told him that,
   9    "Officers, my wife is a colleague of yours."  She
  10    is a custom and border protection officer like
  11    you.  Then the male officer now asked me, your
  12    wife?  Your wife is a custom officer?  I said,
  13    yes.  What is her name?  I gave her the name.
  14    Then the female officer now said -- because the
  15    male officer asked her, have you ever heard that
  16    name before?  Then the female officer said, "that
  17    name rings a bell.  Well, I really can't picture
  18    her face.
  19              Then at that point in time we were
  20    like in the sitting area.  The officer said, "In
  21    that case, why don't you just call her?"  Then
  22    that was when I called my wife and she came and I
  23    gave her the money.
  24         Q.   Other than what you just testified
  25    to, you have said that -- you used the words
```

                                                                30
1                    A. Akinyemi

2   interrogation and you said that there was a lot of

3   questioning.  Other than what you have testified

4   to, do you recall any of the other questions that

5   were asked of you or your answers?

6           A.    Most of the questions he asked was

7   like, your wife, where is your wife from?  Then I

8   told her, she is a Nigerian American.  Probably

9   from before my wife came.  Then after my wife came

10  the lady said, "Oh, I know her."

11                Probably the officer asked me,

12  "Where does your wife work?" Then I said, "She

13  works at the Federal building in Newark, New

14  Jersey, Raymond Boulevard."  That was when I told

15  her she works there and when my wife came

16  approached us like oh -- the female said, "Oh, I

17  know her."  And she came and I gave her the money

18  there in their presence, $150, and we kiss and I

19  went back in.

20          Q.    Anything else about the conversation

21  with the CBP officers that you remember?

22          A.    That's what I can remember right

23  now.  That's the only one I remember.

24          Q.    Tell me what happened when your wife

25  came back when she approached.  What did you say

31

1                    A. Akinyemi

2   to her?

3          A.   I just told her that -- on the phone
4   I told her, please come and take this money from
5   me to give to my cousin to pay his bill, when his
6   bill comes -- when the bill -- you know, because I
7   don't want the situation where my cousin will
8   receive the bill and realize that why would they
9   charge me twice?  You know, so I said, come and
10  take the money so you can give him to pay the
11  bill.  That was the conversation with her.
12         Q.   When you were talking with the CBP
13  officers after you came back out from the tunnel,
14  where were you talking to them?
15         A.   They were right by the sitting area.
16         Q.   And when your wife came back and
17  approached you, where were you standing?
18         A.   I was by that sitting area.
19         Q.   Did your wife speak with the CBP
20  officers?
21         A.   I mean they are colleagues.  She is
22  in uniform they would have said, hello, how are
23  you.  But I can't remember what they said.
24         Q.   I think you testified that you gave
25  your wife $150?

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

```
                                                              32
 1                    A. Akinyemi
 2         A.    Yes.
 3         Q.    Did you give your wife anything
 4   else?
 5         A.    No.
 6         Q.    Did your wife give you anything?
 7         A.    No.
 8         Q.    Other than giving your wife the
 9   $50 --
10         A.    $150.
11         Q.    Sorry.
12               -- the $150, what do you remember
13   about your conversation with your wife?
14         A.    That was the only conversation we
15   had.  And part of the conversation we said it on
16   the phone that, you know, come and take this money
17   and give it to my cousin.
18         Q.    How long was your wife, after she
19   returned from when she left again, how long was
20   she there for?
21         A.    It's just a matter of this is the
22   money and we hug.  That was it.
23         Q.    I think you said less than three
24   minutes.  Is that what you said?
25         A.    Less than three minutes.
```

```
                                                              33
 1                       A. Akinyemi
 2          Q.    Then what happened after that?
 3          A.    After that I went in the plane.
 4          Q.    Did you have any further discussion
 5   with the CBP officer?
 6          A.    No.
 7          Q.    Did you have any discussion with any
 8   representative from Air France?
 9          A.    No.
10          Q.    It was an Air France plane?
11          A.    It was Air France.
12          Q.    I forgot to ask.  Did you have a
13   discussion with any Air France representative when
14   you were -- after you had had your boarding a
15   taken?  Did you ever have another discussion with
16   an Air France representative?
17          A.    No.
18          Q.    And so after your wife left --
19          A.    I just went back in.
20          Q.    And boarded the plane?
21          A.    Yes.
22          Q.    And did you get back off the plane
23   after that?
24          A.    No.
25          Q.    Have you ever discussed any of the
```