```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X      Case No. 07 CV 4048
YEMISI AKINYEMI,                                (AJP)

                    Plaintiff


-against-



MICHAEL CHERTOFF,
SECRETARY, DEPARTMENT OF HOMELAND
SECURITY,

                    Defendant         NOTICE OF MOTION
-------------------------------X      FOR RECONSIDERATION
```

PLEASE TAKE NOTICE that, upon the Opinion and Order of United States Magistrate Judge Andrew J. Peck, dated April 25, 2008, the Memorandum of Law accompanying this motion, and upon all prior pleadings and proceedings had herein, plaintiff, YEMISI AKINYEMI, by and through the undersigned attorney, will move this Court before the Honorable Andrew J. Peck, at the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined, pursuant to Local Civil Rule 6.3 and Fed. R. Civ. P., 59(e) for reconsideration of the aforesaid Opinion and Order of April 25, 2008, as it relates to certain rulings and orders of preclusion of evidence, and for such other and further relief as this Court deems just and proper in the circumstances.

Dated:    New York, New York
          May 5, 2008

                                        /s/ K.C. Okoli
                                        _____
                                        K.C. OKOLI, ESQ.
                                        (KO 7222)
                                        Attorney for Plaintiff
                                        YEMISI AKINYEMI
                                        330 Seventh Avenue
                                        15th Floor
                                        New York, N.Y. 10001
                                        (212) 564-8152

To:

JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
5th Floor
New York, New York 10007