

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

May 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/13/08

**BY FAX 212.805.7933**
The Honorable Andrew J. Peck
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

Re: *Akinyemi v. Chertoff,* 07 Civ. 4048 (AJP)

Dear Judge Peck:

The Government respectfully writes to request an extension of time to provide plaintiff with the Government's draft proposed pretrial order until May 27, 2008. The Government also requests an extension of time for the parties to submit the joint proposed pretrial order – as well as motions *in limine*, pre-marked exhibits, and other items required by the Court's individual practices – until June 2, 2008.

The Government's request is necessitated by plaintiff's failure to provide the Government with a draft of the proposed order on the date ordered by the Court, May 7, 2008. On May 9 and 10, plaintiff provided incomplete drafts of the proposed order. Among other things, plaintiff has failed to provide proposed jury instructions, proposed voir dire, and descriptions of witnesses' testimony. On Monday, May 12 at 9:30 pm, plaintiff provided the Government with an updated witness list with descriptions of testimony. However, plaintiff has not yet provided the other items required the Court's individual practices. The Government requests a brief extension so that it will have sufficient time to prepare a proposed joint pretrial order.

**MEMO ENDORSED** 5/13/08

1. Extension 5/27 & 6/2 is approved. [handwritten notes illegible]

2. [handwritten notes illegible]

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033
john.clopper@usdoj.gov

cc:  **BY FAX**
K.C. Okoli, Esq.
(212) 268-3443

2

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: __May 13, 2008__                            Total Number of Pages: __3__

| TO | FAX NUMBER |
|---|---|
| K. C. Okoli, Esq. | 212-268-3443 |
| John D. Clopper, Esq. | 212-637-0033 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 5/13/08**

1. Extension of PTO to 6/2 is approved. If plaintiff does not comply, monetary sanctions will be imposed.

2. Counsel are to confer and jointly call my secretary before 5/15 to set a date for trial.