UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/15/08

------------------------------------- x

YEMISI AKINYEMI,          :

        Plaintiff,     :     07 Civ. 4048 (AJP)

      -against-            :     ORDER RESCHEDULING TRIAL

MICHAEL CHERTOFF, Secretary,   :
Department of Homeland Security,
                                      :
        Defendant.
                                      :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

The start date for the jury trial in this matter has been scheduled for July 28, 2008 at 9:00 a.m., before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

        SO ORDERED.

DATED:      New York, New York
               May 15, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Kenechukwu Chudi Okoli, Esq.
                                 John D. Clopper, Esq.

C:\ORD\