MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  JOHN D. CLOPPER
      SARAH E. LIGHT
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2716/2774
Fax: (212) 637-0033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEMISI AKINYEMI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security,<br><br>    Defendant. | 07 Civ. 4048 (AJP)<br><br>ECF CASE<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of defendant's motion to exclude certain evidence, dated June 2, 2008, and the declaration of John D. Clopper, dated June 1, 2008, defendant Michael Chertoff, Secretary of the Department of Homeland Security, will move this Court, before the Honorable Andrew J. Peck, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order excluding from the trial in this matter the evidence described in the accompanying memorandum.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Local Civil Rule 6.(b), opposition papers, if any, are to be served on or before June 16, 2008, and reply papers, if any, are to be served on or before June 23, 2008.

Dated: New York, New York
       June 2, 2008

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

By:   /s/ John D. Clopper
       JOHN D. CLOPPER
       SARAH E. LIGHT
       Assistant United States Attorneys
       86 Chambers Street
       New York, New York 10007
       Telephone: (212) 637-27162774
       Facsimile: (212) 637-0033
       john.clopper@usdoj.gov
       sarah.light@usdoj.gov