UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEMISI AKINYEMI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security,<br><br>    Defendant. | 07 Civ. 4048 (AJP)<br>ECF CASE |

**DECLARATION OF JOHN D. CLOPPER**

  I, John D. Clopper, do hereby state and declare as follows in accordance with the provisions of 28 U.S.C. § 1746:

  1. I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York. In this capacity, I represent Michael Chertoff, Secretary, Department of Homeland Security (the "Government"), in the above-captioned case. I submit this declaration in support of the Government's Motion *In Limine* To Exclude Certain Evidence.

  2. Attached as Exhibit 1 is a true copy of the transcript of the argument and bench decision on the Government's motion for summary judgment in *Sonuga v. Chertoff*, 06 Civ. 1751 (AKH), dated August 9, 2007.

  I declare under penalty of perjury that the foregoing is true and correct based on information, knowledge, and belief.

  Executed on June 1, 2008  /s/ John D. Clopper
             John D. Clopper