```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X      Case No. 07 CV 4048
YEMISI AKINYEMI,                                  (AJP)

                Plaintiff


-against-




MICHAEL CHERTOFF,
SECRETARY, DEPARTMENT OF HOMELAND
SECURITY,

                Defendant              NOTICE OF MOTION
--------------------------------X      IN LIMINE
```

   PLEASE TAKE NOTICE that, upon the pleadings and proceedings heretofore had herein, the Joint Pretrial Order, and the accompanying Memorandum of Law, plaintiff will move this Court before the Honorable Andrew J. Peck, United States Magistrate Judge, at the United States Courthouse, 500 Pearl Street, New York, Neww York, for an Order excluding from trial, the evidence described in the accompanying memorandum of law, and for such other and further relief as to this court shall seem just and proper in the circumstances.


Dated:    New York, New York
          June 2, 2008


                              LAW OFFICES OF K.C. OKOLI, P.C.
                              Attorneys for Plaintiff
                              YEMISI AKINYEMI
                              330 Seventh Avenue

```
                                    15th Floor
                                    New York, N.Y. 10001
                                    (212) 564-8152

                                    /s/ K.C. Okoli
                                    _____
                                    BY:  K.C. OKOLI, ESQ.
                                    (KO 7222)


TO:   MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York
      By; JOHN D. CLOPPER
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      (212) 637-2716
```