UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YEMISI AKINYEMI,                                        :

            Plaintiff,                              :

     -against-                                          :

MICHAEL CHERTOFF, Secretary,              :
Department of Homeland Security,

            Defendant.                              :
                                                              :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/31/08

07 Civ. 4048 (AJP)

**CIVIL JUDGMENT**

       The issues in the above entitled action haveing been brought on for trial, on consent of all parties pursuant to 28 U.S.C. § 636(c), before the Honorable Andrew J. Peck, United States Magistrate Judge, and a jury on July 28, 2008, and at the conclusion of the trial on July 31, 2008, the jury having returned a verdict in favor of the defendants (see attached Verdict Form), it is,

       **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed with prejudice.

**Dated:**      New York, New York
                July ___, 2008

**Approved:**  July 31, 2008

_____
Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York

This document was entered on the docket on_____.

J. Michael McMahon
Clerk of Court

By:_____
          Deputy Clerk

**Copies by fax & ECF to:**    Kenechukwu Chudi Okoli, Esq.
                                 John D. Clopper, Esq.
                                 Sara Light, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

YEMISI AKINYEMI,                              :

        Plaintiff,                         :           07 Civ. 4048 (AJP)

        -against-                            :           **VERDICT FORM**

MICHAEL CHERTOFF, Secretary,      :
Department of Homeland Security,
                                                       :
        Defendant.
                                                       :
------------------------------------------------------------ x

1. **Liability**: On plaintiff Akinyemi's discrimination claim, the jury finds for:

    ☐ Plaintiff Akinyemi

    ☒ Defendant

[If you answered "Defendant," do not answer any other questions, and all jurors are to sign this Verdict Form. If you answered "Plaintiff Akinyemi," answer Question No. 2.]

2. **Damages**: The jury awards plaintiff Akinyemi damages of $_____.

ALL JURORS ARE TO SIGN THE VERDICT FORM:

_____         _____
Foreperson

_____         _____

_____         _____

_____         _____

[Trial start date: July 28, 2008]