UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X   Case No. 07 CV 4048
YEMISI AKINYEMI,                           (AJP)

        Plaintiff

-against-

MICHAEL CHERTOFF,
SECRETARY, DEPARTMENT OF HOMELAND
SECURITY,

        Defendant
---------------------------------X   **NOTICE OF APPEAL**

    NOTICE is hereby given that plaintiff YEMISI AKINYEMI hereby appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Judgment entered in this action on July 31, 2008 dismissing her Complaint herein with prejudice, together with the jury verdict returned in favor of the defendant herein. (Document 70).

Dated:    New York, New York
            August 19, 2008

                          LAW OFFICES OF K.C. OKOLI, P.C.

                          By: K.C. OKOLI, ESQ. (KO 7222)
                          Attorney for Plaintiff
                          YEMISI AKINYEMI
                          330 Seventh Avenue
                          15th Floor
                          New York, N.Y. 10001
                          (212) 564-8152

To:

MICHAEL GARCIA
United States Attorney for
the Southern District of New York
Attorney for the Defendant
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2716

## CERTIFICATE OF SERVICE

This is to certify that on August 19, 2008, I served the foregoing NOTICE OF APPEAL by enclosing a copy thereof in a properly addressed envelop and depositing same in an official depository of the U.S. Postal Service for delivery to Defendant's counsel as follows:

MICHAEL GARCIA
United States Attorney for
the Southern District of New York
Attorney for the Defendant
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

Dated:   New York, New York
         August 19, 2008

\_/s/ K.C. Okoli
K.C. OKOLI (KO-7222)
Attorney for Appellant