MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   JOHN D. CLOPPER
      SARAH E. LIGHT
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2716/2774
Fax: (212) 637-0033

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| YEMISI AKINYEMI, | : |
|                 Plaintiff, | : |
| | :  ECF Case |
|     v. | : |
| | :  07 Civ. 4048 (AJP) |
| MICHAEL CHERTOFF, SECRETARY, | : |
| DEPARTMENT OF HOMELAND | :  **NOTICE OF REQUEST TO** |
| SECURITY, | :  **TAX COSTS** |
| | : |
|                 Defendant. | : |
| | : |

-------------------------------------------------------------x

   PLEASE TAKE NOTICE that upon the annexed bill of costs and declaration of John D. Clopper and the exhibits thereto, defendant Michael Chertoff, Secretary, Department of Homeland Security, by and through his attorney Michael J. Garcia, United States Attorney for the Southern District of New York, will move before the Honorable J. Michael McMahon, Clerk of the Court, United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, Att'n: Judgments Clerk on September 10, 2008, pursuant to Federal Rule of Civil Procedure 54(d)(1) and Civil Rule 54.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for (i) entry of a bill of costs in the sum of $8,000.31 against plaintiff Yemisi Akinyemi, and (ii) such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 54.1(b), plaintiff's written objections, if any, must be served upon the undersigned prior to or at the time for taxation.

Dated: New York, New York
August 25, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

By:   /s/ John Clopper
       JOHN D. CLOPPER
       SARAH E. LIGHT
       Assistant United States Attorneys
       86 Chambers Street
       New York, New York 10007
       Telephone: (212) 637-2716/2774
       Facsimile: (212) 637-0033
       john.clopper@usdoj.gov
       sarah.light@usdoj.gov