UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YEMISI AKINYEMI,                                    :
                Plaintiff,              :
                                                     :       ECF Case
           v.                                          :
                                                       :       07 Civ. 4048 (AJP)
MICHAEL CHERTOFF, SECRETARY,        :
DEPARTMENT OF HOMELAND                  :       **NOTICE OF REQUEST TO**
SECURITY,                                           :       **TAX COSTS**
                                                       :
                Defendant.              :
                                                       :
------------------------------------------------------------x

       Judgment having been entered in the above-captioned action on July 31, 2008, against

plaintiff Yemisi Akinyemi, the Clerk of the Court is respectfully requested to tax the following

as costs:

       Trial transcripts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 6,444.36
       Deposition transcripts . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1,555.95

       TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 8,000.31

       Itemization and documentation for the requested costs is attached hereto.

Dated:  New York, New York
          August 25, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney

                By:    /s/ John Clopper_____
                        JOHN D. CLOPPER
                        SARAH E. LIGHT
                        Assistant United States Attorneys
                        86 Chambers Street
                        New York, New York 10007
                        Telephone: (212) 637-2716/2774
                        Facsimile: (212) 637-0033
                        john.clopper@usdoj.gov
                        sarah.light@usdoj.gov

Costs are taxed in the amount of $ 8,000.31 and included in the judgment.

_____
CLERK OF THE COURT