MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   JOHN D. CLOPPER
      SARAH E. LIGHT
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2716/2774
Fax: (212) 637-0033

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

YEMISI AKINYEMI,

            Plaintiff,

    v.

MICHAEL CHERTOFF, SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY,

            Defendant.

-----------------------------------------------------------x

ECF Case

07 Civ. 4048 (AJP)

**DECLARATION OF**
**JOHN D. CLOPPER**

JOHN D. CLOPPER makes the following declaration pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the defendant Michael Chertoff, Secretary, Department of Homeland Security.

2. Judgment was granted by this Court in defendant's favor after a four-day trial by jury verdict on July 31, 2008.

3. Judgment was entered on July 31, 2008.

4. Civil Rule 54.1(c)(1) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York allows for taxation of costs "any part of the original trial transcript that was necessarily obtained for use in this court."

5. During the course of the case, Judge Peck requested that the parties obtain transcripts of all hearings conducted in the case.

6. Attached hereto as Exhibit A are true and correct copies of invoices from Southern District Court Reports P.C. for the trial transcripts of this action. The total cost of the those transcripts is $6,444.36.

7. Local Civil Rule 54.1(c)(2) also allows taxation of costs for the "original transcript of a deposition, plus one copy . . . if the deposition was used or received in evidence at the trial, whether or not it was read in its entirety."

8. The transcripts of the depositions of the following witnesses were used at the trial of this case: Yemisi Akinyemi, Akintunde Seweje, and Bishop Joseph Adedeji.

9. Attached hereto as Exhibit B is a true and correct copy of an invoice from Ralph Fink & Associates, Inc. ("RFA") for the transcript of the Akinyemi deposition, taken on September 12, 2007. The invoice is in the total amount of $1,088.51, of which $990.15 reflects the cost of the original transcript and two copies.

10. Attached hereto and Exhibit C is a true and correct copy of an invoice from RFA for the transcript of the Seweje deposition, taken on November 16, 2007. The invoice is in the total amount of $227.55, which reflects the cost of the original transcript and two copies.

11. Also included in Exhibit C is a true and correct copy of an invoice from RFA for the transcript of the Adedeji deposition, taken on November 16, 2007. The invoice is in the amount of $338.25, which reflects the cost of the original transcript and two copies.

12. Attached hereto as Exhibit D is a true and correct copy of an electronic message from Jeannette Erickson, Administrator at RFA, stating that the charge for the original transcript of a deposition plus one copy is the same as for an original plus two copies.

13. Accordingly, the total taxable costs incurred for deposition transcripts in this case are $1,555.95.

14. The total taxable costs incurred by defendant in this action are $8,000.31.

15. The foregoing costs are allowable by law pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, are correctly stated, and were necessarily incurred in this action, and the services for which fees have been charged were actually and necessarily performed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 25, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

By:   /s/ John Clopper
       JOHN D. CLOPPER
       SARAH E. LIGHT
       Assistant United States Attorneys
       86 Chambers Street
       New York, New York 10007
       Telephone: (212) 637-2716/2774
       Facsimile: (212) 637-0033
       john.clopper@usdoj.gov
       sarah.light@usdoj.gov

# ATTACHMENT A

| Standard Form 1034<br>Revised October 1987<br>Department of the Treasury<br>1 TFM 4-2000<br>1034-121 | **PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL** | VOUCHER NO. |
|---|---|---|
| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION<br><br>UNITED STATE ATTORNEY<br>DEPARTMENT OF JUSTICE<br>NEW YOR, NY 10007 | DATE VOUCHER PREPARED<br>08/04/2008<br><br>CONTRACT NUMBER AND DATE<br>0109267-IN<br><br>REQUISITION NUMBER AND DATE | SCHEDULE NO.<br><br>PAID BY |

| PAYEE'S NAME AND ADDRESS | ID# 13-2775946<br>SOUTHERN DISTRICT REPORTERS, P.C.<br>500 PEARL STREET<br>NEW YORK, NY 10007<br><br>ORDER # 73693                    CASE # 07CV04048 | DATE INVOICE RECEIVED<br><br>DISCOUNT TERMS<br><br>PAYEE'S ACCOUNT NUMBER |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES | QUANTITY | UNIT PRICE COST | PER | AMOUNT |
|---|---|---|---|---|---|---|
| PICK UP | | YEMISI AKINYEMI V MICHAEL CHERTOFF, SECY<br>    Original<br>    MINU<br><br>DATE OF PROCEEDINGS 7/28/2008 TO 7/28/2008<br>NIGHT<br>GOVERNMENT ONLY | 182<br>182 | 7.98<br>1.20 | PGES<br>PGES | 1,452.36<br>218.40 |

| PAYMENT:<br>☐ PROVISIONAL<br>☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | APPROVED FOR<br>=$ 1,670.76<br>BY<br>AUSA<br>TITLE John Clopper | EXCHANGE RATE<br>=$1.00 | DIFFERENCES<br><br>Amount verified; correct for<br>(Signature or initials) | TOTAL<br>1,670.76 |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____ (Date)     _____ (Authorized Certifying Officer)     _____ (Title)

**ACCOUNTING CLASSIFICATION**

A1540322
IE4054
2510

                                                                              1,670.76

| CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|
| CASH $ | DATE | PAYEE | |

PER
TITLE

NSN 7540-00-900-2234

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

| Standard Form 1034 Revised October 1987 Department of the Treasury 1 TFM 4-2000 1034-121 | PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL | | VOUCHER NO. |
|---|---|---|---|
| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION UNITED STATE ATTORNEY DEPARTMENT OF JUSTICE NEW YOR, NY 10007 | DATE VOUCHER PREPARED 08/04/2008 | | SCHEDULE NO. |
| | CONTRACT NUMBER AND DATE 0109268-IN | | PAID BY |
| | REQUISITION NUMBER AND DATE | | |

| PAYEE'S NAME AND ADDRESS | ID# 13-2775946 SOUTHERN DISTRICT REPORTERS, P.C. 500 PEARL STREET NEW YORK, NY 10007 | | DATE INVOICE RECEIVED |
|---|---|---|---|
| | | | DISCOUNT TERMS |
| | | | PAYEE'S ACCOUNT NUMBER |
| | ORDER # 73694 | CASE # 07CV04048 | |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | COST | PER | (*) |
| | | YEMISI AKINYEMI V MICHAEL CHERTOFF, SECY | | | | |
| | | Original | 238 | 7.98 | PGE$ | 1,899.24 |
| | | MINU | 238 | 1.20 | PGE$ | 285.60 |
| PICK UP | | DATE OF PROCEEDINGS 7/29/2008 TO 7/29/2008 NIGHT GOVERNMENT ONLY | | | | |

(Use continuation sheets if necessary)  (Payee must NOT use the space below)  **TOTAL** 2,184.84

| PAYMENT: ☐ PROVISIONAL ☐ COMPLETE ☐ PARTIAL ☐ FINAL ☐ PROGRESS ☐ ADVANCE | APPROVED FOR =$ 2,184.84 BY² AUSA ~~John Clopper~~ TITLE | EXCHANGE RATE =$1.00 | DIFFERENCES |
|---|---|---|---|
| | | | Amount verified; correct for (Signature or Initials) |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

(Date)  (Authorized Certifying Officer)³  (Title)

**ACCOUNTING CLASSIFICATION**

A1540322
IE4054
2510                                                                 2,184.84

| CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|
| CASH $ | DATE | PAYEE⁴ | |

¹ When stated in foreign currency, insert name of currency.
² If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
³ A voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary" or "Treasurer", as the case may be.

Previous edition usable                                                                  NSN 7540-00-900-2234

| | PER |
|---|---|
| | TITLE |

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

| | | |
|---|---|---|
| Standard Form 1034<br>Revised October 1987<br>Department of the Treasury<br>1 TFM 4-2000<br>1034-121 | **PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL** | VOUCHER NO. |

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED<br>08/04/2008 | SCHEDULE NO. |
|---|---|---|
| UNITED STATE ATTORNEY<br>DEPARTMENT OF JUSTICE<br>NEW YOR, NY 10007 | CONTRACT NUMBER AND DATE<br>0109269-IN | PAID BY |
| | REQUISITION NUMBER AND DATE | |

| PAYEE'S NAME AND ADDRESS | ID# 13-2775946<br>SOUTHERN DISTRICT REPORTERS, P.C.<br>500 PEARL STREET<br>NEW YORK, NY 10007 | DATE INVOICE RECEIVED |
|---|---|---|
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NUMBER |
| ORDER # 73695 | CASE # 07CV04048 | |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES | QUANTITY | UNIT PRICE COST | PER | AMOUNT |
|---|---|---|---|---|---|---|
| PICK UP | | YEMISI AKINYEMI V MICHAEL CHERTOFF, SECY<br>Original<br>MINU<br><br>DATE OF PROCEEDINGS 7/30/2008 TO 7/30/2008<br>NIGHT<br>GOVERNMENT ONLY | 191<br>191 | 7.98<br>1.20 | PGES<br>PGES | 1,524.18<br>229.20 |

(Use continuation sheets if necessary)  (Payee must NOT use the space below)  **TOTAL  1,753.38**

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCES |
|---|---|---|---|
| ☐ PROVISIONAL<br>☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | =$ 1,753.38<br>BY<br>AUSA<br>TITLE John Clopper | =$1.00 | |
| | | | Amount verified; correct for<br>(Signature or initials) |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____  _____  _____
(Date)  (Authorized Certifying Officer)  (Title)

**ACCOUNTING CLASSIFICATION**

A1540322
IE4054
2510                                                                                          1,753.38

| CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|
| CASH $ | DATE | PAYEE | |

PER

TITLE

Previous edition usable                                                    NSN 7540-00-900-2234

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

| Standard Form 1034 Revised October 1987 Department of the Treasury 1 TFM 4-2000 1034-121 | PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL | | VOUCHER NO. |
|---|---|---|---|
| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED 08/04/2008 | | SCHEDULE NO. |
| UNITED STATE ATTORNEY DEPARTMENT OF JUSTICE NEW YOR, NY 10007 | CONTRACT NUMBER AND DATE 0109270-IN | | PAID BY |
| | REQUISITION NUMBER AND DATE | | |

| PAYEE'S NAME AND ADDRESS | ID# 13-2775946 SOUTHERN DISTRICT REPORTERS, P.C. 500 PEARL STREET NEW YORK, NY 10007 |
|---|---|

DATE INVOICE RECEIVED

DISCOUNT TERMS

PAYEE'S ACCOUNT NUMBER

ORDER # 73696         CASE # 07CV04048

GOVERNMENT B/L NUMBER

SHIPPED FROM    TO    WEIGHT

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE | | AMOUNT ($) |
|---|---|---|---|---|---|---|
| | | | | COST | PER | |
| | | YEMISI AKINYEMI V MICHAEL CHERTOFF, SECY | | | | |
| | | Original | 91 | 7.98 | PGES | 726.18 |
| | | MINU | 91 | 1.20 | PGES | 109.20 |
| PICK UP | | DATE OF PROCEEDINGS 7/31/2008 TO 7/31/2008 NIGHT GOVERNMENT ONLY | | | | |

(Use continuation sheets if necessary)    (Payee must NOT use the space below)

TOTAL  835.38

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCES |
|---|---|---|---|
| ☐ PROVISIONAL | =$ 835.38 | =$1.00 | |
| ☐ COMPLETE | BY² | | |
| ☐ PARTIAL | AUSA | | Amount verified; correct for |
| ☐ FINAL | | | (Signature or initials) |
| ☐ PROGRESS | TITLE  John Clopper | | |
| ☐ ADVANCE | | | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____ (Date)    _____ (Authorized Certifying Officer)²    _____ (Title)

ACCOUNTING CLASSIFICATION

A1540322
IE4054
2510                                                                                835.38

| CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|
| CASH $ | DATE | PAYEE³ | |
| | | PER | |
| | | TITLE | |

¹ When stated in foreign currency, insert name of currency.
² If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
³ When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary" or "Treasurer", as the case may be.

Previous edition usable

NSN 7540-00-900-2234

PRIVACY ACT STATEMENT
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

# ATTACHMENT B

Ralph Fink & Associates, Inc.
39 West 37th Street
6th Floor
New York, NY 10018
(212) 869-1500  Fax (877) 329-3465

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 99260 | 09/24/2007 | 03-56889 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/12/2007 | DIBEDE | 5863 |

**CASE CAPTION**

Akinyemi vs. US

**TERMS**

Net 30

Carmen Sepulveda
United States Attorney's Office
Budget-Fiscal Office
86 Chambers Street - 3rd Floor
New York, NY 10007

Original and 2 Copies of:
   Yemisi Akinyemi
      Ascii disk (s)
      Minuscript (s)
      Exhibit Binder (s)
      Exhibit Tabs
      Photocopying Exhibits

| | | |
|---|---|---|
| 161 Pages @ | 6.15/Page | 990.15 |
| | | 25.00 |
| | | 25.00 |
| 3.00 @ | 4.75 | 14.25 |
| 15.00 @ | .37 | 5.55 |
| 68.00 Pages @ | .42/Page | 28.56 |

TOTAL DUE >>>>  1,088.51

John D. Clopper, Esq.

TAX ID NO.: 13-2656827                                  (212) 637-2767

*Please detach bottom portion and return with payment.*

Carmen Sepulveda
United States Attorney's Office
Budget-Fiscal Office
86 Chambers Street - 3rd Floor
New York, NY 10007

Job No.   : 03-56889
Case No.  : 5863
Akinyemi vs. US

Invoice No.: 99260
Date       : 09/24/2007
TOTAL DUE  : 1,088.51

**PAYMENT WITH CREDIT CARD**

Card Holder's Name:
VISA/MC/AmExp #:
Amount to Charge:
Exp. Date:           Phone #:
Cardholder's Signature:

Remit To:   Ralph Fink & Associates, Inc.
           39 West 37th Street
           6th Floor
           New York, NY 10018

# ATTACHMENT C

Ralph Fink & Associates, Inc.
39 West 37th Street
6th Floor
New York, NY 10018
(212) 869-1500  Fax (877) 329-3465

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 100149 | 11/26/2007 | 03-57644 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/16/2007 | SANTEL | 5863 |

**CASE CAPTION**

Akinyemi vs. US

**TERMS**

Net 30

Carmen Sepulveda
United States Attorney's Office
Budget-Fiscal Office
86 Chambers Street - 3rd Floor
New York, NY 10007

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Original and 2 Copies of: Bishop Joseph A. Adedeji | 37 Pages @ | 6.15/Page | 227.55 |
| Original and 2 Copies of: Akintunde Olubukola Seweje Akinyemi | 55 Pages @ | 6.15/Page | 338.25 |
| Ascii disk(s) | 2.00 Disks @ | 25.00/Disk | 50.00 |
| Minuscript(s) | 2.00 @ | 25.00 | 50.00 |

**TOTAL DUE >>>>  665.80**

John D. Clopper, Esq.

TAX ID NO.: 13-2656827                                             (212) 637-2767

*Please detach bottom portion and return with payment.*

---

Carmen Sepulveda
United States Attorney's Office
Budget-Fiscal Office
86 Chambers Street - 3rd Floor
New York, NY 10007

Job No.    : 03-57644
Case No.   : 5863
Akinyemi vs. US

Invoice No.: 100149
Date       : 11/26/2007
TOTAL DUE  :    665.80

### PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC/AmExp #:
Amount to Charge:
Exp. Date:              Phone #:
Cardholder's Signature:

Remit To:   Ralph Fink & Associates, Inc.
            39 West 37th Street
            6th Floor
            New York, NY 10018

# ATTACHMENT D

**Gibson, Nenjae (USANYS)**

| | |
|---|---|
| **From:** | Jeanette Erickson [jerickson@finkandcarney.com] |
| **Sent:** | Wednesday, August 13, 2008 4:55 PM |
| **To:** | Gibson, Nenjae (USANYS) |
| **Subject:** | Rates |

To Whom It May Concern: The cost of an Original and one copy of a deposition transcript is the same as the cost of an Original and two copies.

Jeanette Erickson
Administrator